IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| IN RE: TRANSPACIFIC AIRLINE PASSENGERS ANTITRUST LITIGATION. | ) ) ) | 23-15118 |
| ———————————————— | ) | |
| DAVID GOULD and XANADU CORP., | ) ) | |
| Appellants. | ) ) | |
| _____ | ) | |

## <u>AMENDED</u> MOTION FOR EXTENSION OF TIME TO FILE BRIEF; AND, FOR LEAVE TO FILE OUT OF TIME

AND NOW COMES Appellants David Gould and Xanadu Corp., by and through their undersigned counsel, and move this Court for an extension of time to file their brief and appendix until May 22, 2023:

1. Appellants will not seek any additional extensions.

2. Appellants received one automatic extension.

3. Appellants contacted opposing counsel on April 23, 2023, and on April 25, 2023, opposing counsel advised that they did not consent to the extension.

4. Counsel for Appellant has reduced his law practice to about fifty percent because he has been receiving treatment for cancer.

5. Nevertheless, Counsel has been faced with many deadlines including multiple bankruptcy cases, state appeals, family court matters, and criminal cases.

6. Counsel has nevertheless been acting diligently in writing the briefs, but this case has an extensive background and it is impossible for counsel to meet the deadline imposed.

7. Appellants also recognize that this motion should have been filed seven days prior to the date the brief was to be filed. Appellants ask for leave to file it out

of time. Appellants believed that they may have been able to file the brief with counsel working on it full time over the weekend, but counsel realized that he could not and that the medication he is taking would not allow him to dedicate the additional time needed.

8. The date requested to file is a matter of precaution only, counsel believes he can file the brief prior to that time; however, he asks for until May 21, 2023, solely to make sure there is not a need for another extension.

WHEREFORE, Appellants David Gould and Xanadu Corp. respectfully request until May 22, 2023, to file the Brief and Appendix in this matter.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
_____
J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe PA  15650
(724) 537-0939
office@jarothlaw.com

COUNSEL FOR APPELLANT