| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 19 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

------------------------------

MEOR ADLIN; et al.,

        Plaintiffs-Appellees,

 v.

XANADU CORP.; DAVID GOULD,

        Objectors-Appellants,

 v.

ALL NIPPON AIRWAYS,

        Defendant.

No. 23-15118

D.C. No. 3:07-cv-05634-CRB
Northern District of California,
San Francisco

ORDER

Appellants' motion (Docket Entry Nos. 6 and 7) for an extension of time to file the opening brief is granted.

The opening brief is due May 22, 2023. The answering brief is due June 21, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA168