No. 23-15118

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

MEOR ADLIN; FRANKLIN AJAYE; ANDREW BARTON; RACHEL DILLER; SCOTT FREDERICK; DAVID KUO; DICKSON LEUNG; BRENDEN G. MALOOF; DONALD WORTMAN; HARLEY ODA; ROY ONOMURA; SHINSUKE KOBAYASHI; PATRICIA LEE; NANCY KAJIYAMA; DELLA EWING CHOW; JAMES KAWAGUCHI; SHARON CHRISTIAN,                                    Plaintiffs - Appellees,
  v.

XANADU CORP.; DAVID GOULD,              Objectors - Appellants,
  v.

ALL NIPPON AIRWAYS,                     Defendant.

On Appeal from the Orders of the United States District Court for the North District of California, No. 3:07-cv-05634, Hon. Charles R. Breyer, United States DIstrict Judge

**APPELLANTS' EXCERPTS OF THE RECORD
INDEX VOLUME**

J. Allen Roth, Esq.
Law Office of J. Allen Roth
805 S. Alexandria St.
Latrobe PA  15650
(724) 686-8003
office@jarothlaw.com

*Attorneys for Objector-Appellants
David Gould and Xanadu Corp.*

# EXCERPTS OF RECORD INDEX

| File Date | Document Description | ECF# | Vol. | ER# |
|---|---|---|---|---|
|  | **VOLUME 1** |  |  |  |
| 1/25/2023 | Order Denying Reconsideration | 1385 | 1 | 002 |
| 1/19/2023 | Order Granting Plaintiff's Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses | 1378 | 1 | 009 |
| 1/17/2023 | Order Directing Proposed Order | 1376 | 1 | 018 |
| 9/28/2022 | Order Setting Hearing | 1358 | 1 | 019 |
|  | **VOLUME 2** |  |  | 020 |
| 1/23/2023 | Class Counsel's Surreply in Opposition to Reconsideration | 1384 | 2 | 021 |
| 1/20/2023 | Appellants' Reply in Support of Reconsideration | 1382 | 2 | 026 |
| 1/20/2023 | Appellants' Exhibit "Increasing Complaince with Unclaimed Property Law." | 1382-1 | 2 | 031 |
| 1/20/2023 | Appellants' Exhibit "How to Reduce Your Unclaimed Property Liability" | 1382-2 | 2 | 039 |
| 1/20/2023 | Class Counsel's Opposition to Motion for Reconsideration | 1381 | 2 | 041 |
| 1/20/2023 | Appellants' Motion for Reconsideration | 1380 | 2 | 046 |
| 1/19/2023 | Xanadu's Objections to Class Counsel's Further Notice Regarding Claim and to the Proposed Order | 1379 | 2 | 048 |
|  |  |  |  |  |

| 1/17/2022 | Class Counsel's Proposed Order re Second Distribution and Xanadu's Claim | 1377 | 2 | 064 |
|---|---|---|---|---|
| 1/16/2022 | Declaration of Joel Botzet in Support of Class Counsel's Further Notice re Xanadu's Claim | 1375 | 2 | 071 |
| 1/16/2022 | Exhibit 1 to Declaration (Xanadu's Audit Response from October 12, 2020) | 1375-1 | 2 | 084 |
| 1/16/2022 | Exhibit 2 to Declaration (Returned envelope "mailbox closed"). | 1375-2 | 2 | 095 |
| 1/16/2022 | Exhibit 3 to Declaration (Emails to and from Rust Consulting from 2021 relating to the Final Determination) | 1375-3 | 2 | 097 |
| 1/16/2022 | Exhibit 4 to Declaration (Envelope showing that Rust Consulting sent $600,000 check without a City, State or Zip Code) | 1375-4 | 2 | 100 |
| 1/16/2022 | Exhibit 5 to Declaration (Declaration of Xanadu's Rich Sutton, corporate documents for Xanadu, Airline Ticket Sampling from 2015) | 1375-5 | 2 | 102 |
| 1/16/2022 | Exhibit 6 to Declaration (Purchase Order that formed basis of claim in Parking Heaters class action) | 1375-6 | 2 | 246 |
| 1/16/2022 | Exhibit 7 to Declaration (Rust Consulting's December 27, 2022 Second "Final" Determination denying claim) | 1375-7 | 2 | 250 |
| 1/16/2022 | Exhibit 8 to Declaration (January 9, 2023, follow up from Xanadu Corp. addressing Rust Consulting's new position) | 1375-8 | 2 | 253 |
| 1/16/2022 | Class Counsel's Further Notice re Xanadu's Claim | 1374 | 2 | 258 |

| 12/08/2022 | Order of Ninth Circuit Dismissing Xanadu's Appeal as Interlocutory | 1372 | 2 | 262 |
|---|---|---|---|---|
| 12/7/2022 | Plaintiff's Further Notice Regarding Xanadu's Claim | 1371 | 2 | 264 |
| 11/4/2022 | Hearing Transcript re Motion for Secondary Distribution and Attorney Fees | 1369 | 2 | 267 |
| 10/20/2022 | Notice of Appeal from Order Allowing Class Counsel to Audit Claim | 1360 | 2 | 287 |
| 9/15/2022 | Class Counsel's Reply in Support of Secondary Distribution and Request for Attorney Fees | 1356 | 2 | 289 |
| | **VOLUME 3** | | | |
| 9/15/2022 | Declaration of Joel Botzet (Rust Consulting) (Note: Exhibit 1 was not added as it is identical to 1375-1 included above) | 1356-1 | 3 | 309 |
| 9/15/2022 | Declaration of Elizabeth Castillo | 1356-2 | 3 | 319 |
| 9/15/2022 | EXHIBIT Email chain between Xanadu, Rust Consulting, Xanadu's counsel and Class Counsel | 1356-3 | 3 | 325 |
| 9/15/2022 | EXHIBIT Additional email from chain | 1356-4 | 3 | 337 |
| 9/15/2022 | EXHIBIT Additional emails from chain | 1356-5 | 3 | 339 |
| 9/14/2022 | Objections to Motion for Secondary Distribution by Kelly Overvold | 1357 | 3 | 344 |
| 9/7/2022 | Appellants' Objections to Secondary Distribution and Attorney Fees | 1353 | 3 | 348 |
| 8/8/2022 | Class Counsel's Motion for Secondary Distribution and Attorney Fees | 1347 | 3 | 370 |

| 8/8/2022 | Declaration of Joel Botzet (Rust Consulting) in Support of Motion for Secondary Distribution | 1347-1 | 3 | 389 |
| --- | --- | --- | --- | --- |
| 8/8/2022 | Declaration of Elizabeth Castillo in Support of Motion for Secondary Distribution | 1347-2 | 3 | 395 |
| 4/7/2022 | Class Counsel's Notice of Post-Distribution Accounting | 1333 | 3 | 404 |
| 4/7/2022 | Declaration of Joel Botzet (Rust Consulting) re Post-Distribution Accounting | 1333-1 | 3 | 410 |
| 2/3/2022 | Order Approving Distribution | 1327 | 3 | 413 |
| 1/18/2022 | Class Counsel's Reply in Support of Distribution | 1324 | 3 | 416 |
| 1/12/2022 | FRS Objection to Distribution | 1323 | 3 | 429 |
| 1/4/2022 | Class Counsel's Motion for Distribution | 1322 | 3 | 442 |
| 1/4/2022 | Declaration of Joel Botzet (Rust Consulting) | 1322-1 | 3 | 453 |
| 12/3/2019 | Judgment of Dismissal All Nippon | 1319 | 3 | 475 |
| 12/3/2019 | Order Approving Settlement All Nippon | 1318 | 3 | 480 |
| 5/29/2019 | Order Preliminary Approval All Nippon | 1306 | 3 | 485 |
| 10/11/2018 | Amended Judgment of Dismissal China Airlines | 1260 | 3 | 492 |
| 10/11/2018 | Order Granting Approval of Settlements with Philippine Airlines, Air New Zealand, China Airlines, and Eva Airways | 1259-1 | 3 | 498 |
|  |  |  |  |  |

| 10/11/2018 | Judgment of Dismissal Air New Zealand | 1258 | 3 | 506 |
|---|---|---|---|---|
| 10/11/2018 | Judgment of Dismissal Philippines Air | 1256 | 3 | 512 |
| 5/23/2018 | Stipulated Order Granting Preliminary Approval for PHILIPPINE AIRLINES, INC., AIR NEW ZEALAND LIMITED, CHINA AIRLINES, LTD., AND EVA AIRWAYS CORPORATION | 1165 | 3 | 518 |
| 6/15/2015 | Final Judgment of Dismissal Japan Airlines | 1023 | 3 | 524 |
| 6/15/2015 | Final Judgment of Dismissal Vietnam Airlines | 1021 | 3 | 529 |
| 6/15/2015 | Final Judgment of Dismissal Thai Airlines | 1020 | 3 | 534 |
| 6/15/2015 | Final Judgment of Dismissal Air France | 1019 | 3 | 539 |
| 6/15/2015 | Final Judgment of Dismissal Singapore Airlines | 1018 | 3 | 544 |
| 6/15/2015 | Final Judgment of Dismissal Qantas | 1017 | 3 | 549 |
| 6/15/2015 | Final Judgment of Dismissal Malaysian Airlines | 1016 | 3 | 554 |
| 6/15/2015 | Final Judgment of Dismissal | 1014 | 3 | 559 |
| 5/26/2015 | Order Granting Final Approval of Settlements as to Societe Air France, Cathay Pacific Airways Limited, Japan Airlines International Company, Ltd., Malaysian Airline System Berhad, Qantas Airways Limited, Singapore Airlines Limited, Thai Airways International Public Co., Ltd., and Vietnam Airlines Corporation) | 1009 | 3 | 564 |

| 12/13/2014 | Order Granting Approval of Notice | 968 | 3 | 571 |
| --- | --- | --- | --- | --- |
| 10/12/2014 | Motion for Approval of Notice | 948 | 3 | 575 |
| 8/11/2014 | Preliminary Approval of Settlements | 924 | 3 | 592 |
| | **VOLUME 4** | | | |
| 01/26/2023 | **Notice of Appeal** | 1386 | 4 | 598 |
| | Docket Sheet | | 4 | 601 |