**No. 23-15118**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

**In re:  TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**,

MEOR ADLIN; FRANKLIN AJAYE; ANDREW BARTON; RACHEL DILLER; SCOTT FREDERICK; DAVID KUO; DICKSON LEUNG; BRENDEN G. MALOOF; DONALD WORTMAN; HARLEY ODA; ROY ONOMURA; SHINSUKE KOBAYASHI; PATRICIA LEE; NANCY KAJIYAMA; DELLA EWING CHOW; JAMES KAWAGUCHI; SHARON CHRISTIAN,                                  Plaintiffs - Appellees,
  v.

XANADU CORP.; DAVID GOULD,                    Objectors - Appellants,
  v.

ALL NIPPON AIRWAYS,                    Defendant.

---

**On Appeal from the Orders of the United States District Court
for the North District of California, No. 3:07-cv-05634, Hon.
Charles R. Breyer, United States District Judge**

---

**APPELLANTS' EXCERPTS OF THE RECORD
VOLUME 2**

---

J. Allen Roth, Esq.
Law Office of J. Allen Roth
805 S. Alexandria St.
Latrobe PA  15650
(724) 686-8003
office@jarothlaw.com

*Attorneys for Objector-Appellants
David Gould and Xanadu Corp.*

Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND SUR-REPLY IN RESPONSE TO OBJECTORS XANADU CORP. AND DAVID GOULD'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION** |

Plaintiffs' Request for Leave to File Sur-Reply and Sur-Reply in Response to Objectors Xanadu
Corp. and David Gould's Reply in Support of Motion for Reconsideration;
MDL No. 1913; Case No. 3:07-cv-05634-CRB

2-ER-021

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY**

Concerning supplementary materials, Local Rule 7-3(d) provides, "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval" except in limited circumstances. L.R. 7-3(d). Plaintiffs respectfully request leave to file a sur-reply in response to Objectors Xanadu Corp. and David Gould's Reply in Support of the Motion for Reconsideration (ECF No. 1382) ("Reply"). A sur-reply is necessary and appropriate to briefly address (1) the alleged "additional factual details [that] came to light about the uncashed checks[,]" (2) the allegation that Class Counsel misrepresented facts to the Court, and (3) the alleged deficiencies regarding the settlement website (www.airlinesettlement.com). *See*, *generally*, Reply. If the Court grants leave to file a sur-reply, Plaintiffs request that the Court consider the sur-reply attached hereto.

Dated: January 23, 2023

Respectfully submitted,

_/s/ Elizabeth T. Castillo_
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

_/s/ Christopher L. Lebsock_
Michael P. Lehmann
Christopher L. Lebsock
Seth R. Gassman
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980

*Co-Lead Counsel for Plaintiffs and the Classes*

**PLAINTIFFS' SUR-REPLY**

**I. The Settlement Payment to Corp Xanadu**

The Objectors argue the Court should reconsider its January 19, 2023 Order (ECF No. 1378) ("Order") because "additional factual details came to light about the uncashed checks." Reply at 1. Specifically, the Objectors contend that Corp Xanadu's settlement payment "was returned because Rust Consulting's system added several redundant lines of text pushing the City, State and Zip to the end making it undeliverable." *Id.* That is flatly wrong. As detailed in the Declaration of Joel K. Botzet in Support of Plaintiffs' Opposition to Objectors Xanadu Corp. and David Gould's Motion for Reconsideration, Rust mailed a check by USPS to Corp Xanadu's alleged Wilshire Boulevard address on March 17, 2022, which USPS returned as undeliverable with no forwarding address on April 11, 2022. Botzet Decl. ¶ 4 (ECF No. 1375). A true and correct copy of USPS undeliverable check attached as Exhibit 4 to the Botzet Declaration plainly reflects that delivery was attempted but that the recipient was "temporarily away":

> RETURN TO SENDER
> TEMPORARILY AWAY
> UNABLE TO FORWARD

*Id.*, Ex. 4. Furthermore, it is irrelevant whether Corp Xanadu received the inadvertently mailed settlement payment. The point is, as Rust has determined, Corp Xanadu did not establish that it had any qualifying purchases and is not entitled to share in any of the settlement proceeds. Order ¶¶ 2-5.

**II. The Court's January 19, 2023 Order**

The Objectors also contend that the Court should reconsider its Order because the Order is based on an updated proposed order submitted by Plaintiffs (ECF No. 1377) at the Court's direction (ECF No. 1376). Specifically, the Objectors maintain that the updated proposed order allegedly includes "distorted information" about Corp Xanadu. Reply at 3. On the contrary, the updated proposed order merely reflects "Rust's conclusion as to Corp. Xanadu's claim[,]" as

Plaintiffs' Request for Leave to File Sur-Reply and Sur-Reply in Response to Objectors Xanadu Corp. and David Gould's Reply in Support of Motion for Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB

1

2-ER-023

requested by the Court (ECF No. 1376). Rust's conclusion as to Corp Xanadu's claim was based on Rust's examination of Corp Xanadu's claim over several months, which included a Zoom interview with Corp Xanadu's CEO, Rich Sutton, on November 1, 2022, and all documents and information provided by Corp Xanadu by November 30, 2022. Botzet Decl. ¶¶ 5-25, Exs.1-8. The Botzet Declaration was made under penalty of perjury. *Id.* ¶ 49. Neither Class Counsel nor Rust made any misrepresentations to the Court—through the updated proposed order or otherwise.

## III. The Settlement Website

Additionally, the Objectors suggest that the Court should reconsider its January 19, 2023 Order because notice of Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses through the settlement website (www.airlinesettlement.com) was allegedly deficient. Reply at 4-5. Specifically, the Objectors state that Rust should have also provided notice by email to all claimants. *Id.* at 4. Neither Objector has standing to raise this objection. As mentioned, *supra*, Objector Corp Xanadu is not a settlement class member because it did not establish that it had any qualifying purchases. Order ¶¶ 2-5. Furthermore, while Objector Gould is a settlement class member, he received notice of Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses and filed an objection together with Corp Xanadu (ECF No. 1353). Mr. Gould's speculation that other settlement class members may have been harmed by inadequate notice is therefore irrelevant.

Moreover, as Plaintiffs have indicated before, Rust determined there was no efficiency or precedent for emailing or mailing motions to claimants when they are available on the settlement website. Botzet Decl. ¶ 37. The Objectors' assumption that Rust has all the email addresses of the persons who submitted claims in this case is also wrong; not all claimants provided email addresses. *Id.* ¶ 35. Additionally, doing what the Objectors suggest would have expended much of the remaining uncashed settlement funds. *Id.* ¶ 37.

//

//

Plaintiffs' Request for Leave to File Sur-Reply and Sur-Reply in Response to Objectors Xanadu Corp. and David Gould's Reply in Support of Motion for Reconsideration;
MDL No. 1913; Case No. 3:07-cv-05634-CRB                                                              2

2-ER-024

Dated: January 23, 2023

Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

*/s/ Christopher L. Lebsock*
Michael P. Lehmann
Christopher L. Lebsock
Seth R. Gassman
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980

*Co-Lead Counsel for Plaintiffs and the Classes*

Plaintiffs' Request for Leave to File Sur-Reply and Sur-Reply in Response to Objectors Xanadu Corp. and David Gould's Reply in Support of Motion for Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB

3

2-ER-025

John Allen Roth, Esq.
Law Office of J. Allen Roth
805 Alexandria Street S.
Latrobe PA 15650
jroth@jarothlaw.com
(724) 686-8003

*Counsel for Objectors David
Gould and Xanadu Corp.
APPEARING PRO HAC VICE*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB<br>)<br>) MDL No. 1913<br>)<br>) REPLY IN SUPPORT OF<br>) OBJECTORS XANADU CORP. AND<br>) DAVID GOULD'S MOTION PURSUANT<br>) TO F.R.Civ.P. 59(b) AND 60(b)(1) AND (6)<br>) FOR RECONSIDERATION OF ORDER<br>) DATED JANUARY 19, 2023 |

Xanadu Corp. ("Xanadu") and David Gould ("Gould"), collectively "Objectors," by and

through their undersigned counsel *pro hac vice,* reply in support of the Motion for

Reconsideration:

### I.    **The Errors in the Notice of Motion were Harmless**

Class counsel quibbles that Objectors made an error when he failed to correct the

references to the party filing the motion and the name of the motion. This harmless oversight

obviously occurred because of the need to file the motion promptly. The error was harmless.

### II.   **Whether Rule 59(b) or (e) Applies Lacks Substantive Relevancy**

Again, the Objectors acted promptly in moving for reconsideration and cited Rule 59(b),

which Class Counsel points out should have cited 59(e). Certainly, the motion invoked the

Court's jurisdiction pursuant to Rules 59 and 60.

## III.   The Motion, Incorporating the Objections, does not Rehash Arguments

Contrary to the assertions of Class Counsel, the Objections do not merely rehash arguments. Rather, Class Counsel propounded a Proposed Order to this Court which included various findings of fact and conclusions as to what transpired and the basis for it. This Court signed paragraphs 1 through 10 of the proposed Order verbatim taking out only the words "totaling $1 million" in line 10. For paragraph 10 onwards, the Court engaged in its discussion of attorney fees and correctly reduced Class Counsel's fee award to $500,000. It is correct that this Court had the Objectors' previous objections that notice to the Class should have occurred first.

However, additional factual details came to light about the uncashed checks. Class Counsel filed an exhibit at Entry 1375-4 that demonstrates Xanadu Corp's second check was returned because Rust Consulting's system added several redundant lines of text pushing the City, State and Zip to the end making it undeliverable. In a case where 25% of checks were not cashed, and many were returned, this new information warranted a review by the Court.

As to the factual positions in this Court's Order relating to the Xanadu Corp. claim, there was no prior opportunity to bring the issues to the Court because most of the events occurred after the prior objections.

## IV.   Objectors Did Not "Improperly" File Objections After this Court's Order

With all due respect, it was not the objections that were "improper filed after the Court entered the Order" as Class Counsel argue. On the contrary, Objectors believe that in a case involving redistribution of millions of dollars belonging to unrepresented claimants that did not receive or did not cash their checks – over 25% of the claimants – and considering Class Counsel's exhibit at 1375-4, using a hasty "notice" procedure without a response period is improper, objectionable, and plain wrong.

## V. Class Counsel Misrepresents the Scope of this Court's Analysis

Without any response from Objectors, this Court copied the Proposed Order verbatim from paragraphs 1 through 10 less than 48 hours after Class Counsel filed it. Despite this, Class Counsel suggests that this Court "already analyzed *in detail* their arguments in overruling the Objectors' objections. Order ¶¶2-6." Of course, this is impossible because ¶¶4-5 of the Order parrots distorted information about Xanadu's responses including a false claim that the enterprise provided no explanation for why its officer testified that it had no vehicles, yet lodged a claim in a wholly unrelated class action not even under the purview of Class Counsel[1] as if this was somehow relevant to the instant matter (other than to distort the facts to defame Xanadu).

This is not the Court's fault. Class counsel utilized this language in its Proposed Order to gull it into making disputed findings of fact through the submission of a form Order and to justify the methodology.

Certainly, under these circumstances, the Court should have first provided an opportunity for Objectors to file a response. Whether the result would have been the same or not, perhaps this Court would have rendered a decision and simply stated that it deferred to Class Counsel the policies to use and that, for whatever reason, it believes that it is appropriate for a different burden of proof to be applied to Xanadu than all the other claimants who submitted just an affidavit. After all, that is the crux of the dispute: Differing standards of review. Class counsel's inserting its self-serving findings of fact and having the Court summarily adopt them warrants reconsideration.

## VI. Class Members Do Not Click Websites Every Day for Fifteen Years

Class Counsel suggests it is "reasonable" notice to expect claimants who lodged claims five to eight years ago to continually "visit th[e] website periodically for updates." Class Counsel

---

[1] Rust Consulting apparently lacks formal policies and recklessly allows Class Counsel from one case to datamine other cases without safeguards. In the case in question, a list of claimants was publicly available, but during the Zoom call it became apparent to Xanadu's officer that Class Counsel was provided much more information about its claim than merely the publicly available data.

complains that they should not have to create a "comprehensive notice program every time the Court's jurisdiction is invoked to finalize distribution of settlement proceeds."

Objectors find this position fascinating. In this case, without notice to anyone, Class Counsel distributed checks. Over 25% of the claimants either never received or never cashed them. Class Counsel and Rust Consulting could not take the inexpensive step of notifying these claimants by email.

As to the motion to approve the second distribution and convert the funds from the 25% of claimants who did not receive their checks into attorney fees, Class Counsel admitted they changed only the English language version of the website and surreptitiously did not change the Chinese or Japanese versions (in a worldwide litigation about flights from and to Asia). To provide reasonable notice, no "comprehensive notice program" needed to be formulated. On the contrary, a simple email would have sufficed.

## VII. Class Counsel and Rust Consulting are Willfully Violating Unclaimed Property Laws

Class Counsel again states that this Court found the concerns about escheat to be unfounded and cites the self-serving Order that they wrote. The problem with this finding is that it is against public policy and violates the laws in practically every state. What Class Counsel and Rust Consulting do not understand is that they may be liable for these amounts, including interest, because they are willfully non-compliant with the law regardless of their improperly asking this Court to violate the law. *See* Attachment 1 (report on non-compliance from Californial Legislative Analyst's Office) and 2 (California State Controller's How to Reduce Your Unclaimed Property Liability).

## VIII. Conclusion

Objectors have a due process right to lodge a response to the "Notice" and they did so in a timely manner– albeit a few minutes after this Court rendered its decision. Considering the fiduciary responsibilities of this Court and Class Counsel to non-present class members, the Court must grant reconsideration and consider the objections.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____
J. Allen Roth, Esq.

COUNSEL FOR OBJECTORS
DAVID GOULD AND XANADU
(*PRO HAC VICE)*

**The 2019-20 Budget:**

# Increasing Compliance With Unclaimed Property Law

GABRIEL PETEK
LEGISLATIVE ANALYST
MARCH 15, 2019

LAO

## Summary

*Unclaimed Property in California.* California law requires banks, insurance companies, and many other businesses (known as "holders") to transfer to the California State Controller's Office (SCO) personal property considered abandoned by owners. Most of this "unclaimed property" is cash, like uncashed checks. The state takes temporary title in these properties and maintains an indefinite obligation to reunite the property with its owners. Both holders and the state are required to notify owners about their property and attempt to reunite them with it. Funds remitted to the state but not reunited with owners provide a source of General Fund revenue, currently around $400 million per year.

*Holder Compliance With Unclaimed Property Law Is Very Low.* Most businesses in California fail to report unclaimed property—SCO estimates the compliance rate is about 2 percent. There are two reasons for this: (1) they are unaware of the law or (2) they are willfully noncompliant, largely to avoid the high interest penalty (12 percent annually) associated with failing to properly report.

*Increasing Holder Compliance Has Merit.* To increase holder compliance, the Governor proposes allocating resources to SCO for more audits of potential holders. We agree with the Governor's goal to increase holder compliance. However, the scale of SCO's audits cannot address the significant lack of compliance. With only a couple of dozen audits conducted each year, SCO cannot change the behavior of hundreds of thousands of California businesses.

*Two Options to Address Holder Compliance.* This report contains two options to try to substantially increase holder compliance with unclaimed property law. In particular we suggest the Legislature consider:

- *Including an Unclaimed Property Question on Businesses' Tax Forms.* The Legislature could amend tax law to require businesses to respond to a question about unclaimed property as part of their tax filings. This question would be purely informational (it would not have tax implications for the business) and likely would significantly increase businesses' awareness of the law.

- *Providing One-Time Amnesty for Noncompliant Holders.* The Legislature also could provide one-time amnesty for holders who voluntarily report past-due unclaimed property by temporarily waiving the penalty associated with delinquent reports. This could be an effective way to address the problem of willful noncompliance.

The Legislature might want to consider pursuing both of these options. This would be even more effective at increasing holder compliance than either of these options alone and would avoid placing undue financial hardship on businesses. Effectively increasing holder compliance would mean more property reunited with its rightful owners and could result in hundreds of millions of dollars in General Fund benefit.

# BACKGROUND

## Unclaimed Property Program

*What Is Unclaimed Property?* California law requires banks, insurance companies, and many other types of entities (known as holders) to transfer to SCO personal property considered abandoned by owners. Nearly all "unclaimed" properties are cash assets, like uncashed checks, bank accounts, payments from insurance policies, and the value of liquidated stocks and other securities. In rare cases, unclaimed property includes tangible items, like the contents of safe deposit boxes. Property is considered unclaimed if owners have had no contact with holders for a specified period of time, in many cases three years. This period without contact is called the "dormancy period" (see Figure 1). The state "escheats," or takes temporary title in, these properties and maintains an indefinite obligation to reunite the property with owners (including heirs), should they come forward and make a claim.

*Holders Must Notify Owners of Impending Escheat.* State law requires holders (businesses) to notify owners their property will escheat to the state if they do not contact the holder. Holders must notify owners between six months and one year prior to the reporting deadlines described in the next paragraph. These notices contain specific information, including details about the property, a statement that the property will escheat to the state, and a form that owners can use to contact the holder to keep the property active. The reasons owners have unclaimed property vary. Sometimes owners are deceased or simply unware that the property exists.

*Holders of Unclaimed Property Required to Report Annually to SCO.* By November 1st of each year, holders are required to submit a holder notice report to SCO. This report details the property that has exceeded its dormancy period. SCO uses these reports to send pre-escheat notices to owners, advising them to reestablish contact with the property. In 2016, SCO received 16,555 holder notice reports.

*Property Escheats to State About Seven Months After Holder Report.* If efforts by holders and SCO to prevent escheat have failed, holders must deliver unclaimed property to SCO between June 1 and June 15 (submitted with another report, called the holder remit report). State law requires holders that willfully fail to report, pay, or deliver unclaimed property to SCO to pay 12 percent annual interest on the value of the property from the date it should have been reported, paid, or delivered.

*SCO Works to Reunite Property With Owners.* Before and after property escheats to the state, SCO conducts a variety of activities to try to reunite owners with their property. In addition to the notices referenced earlier, SCO maintains a website for owners to search for their property, runs advertisements, and works with the Department of Veterans Affairs to send notices to veterans who appear to have unclaimed property. SCO also has a property owner advocate's office that assists individuals in making claims. State law also allows individuals

---

**Figure 1**

### Dormancy Period Is Three Years for Most Property Types

**One Year**
Wages and salaries, such as uncashed paychecks

**Three Years[a]**
Checking and savings accounts
Matured CDs and other time deposits
Payable individual retirement accounts (IRAs)
Stocks, bonds, dividends, and mutual funds

**Seven Years**
Sums payable on money orders

**Fifteen Years**
Sums payable on travelers' checks

[a] Includes only a selection of example property types. Most other property types also fall into this category.

2-ER-032

or businesses—known as investigators—to assist owners in recovering their unclaimed property and charge a fee of up to 10 percent of the value of the claim. (Our report from 2015, *Unclaimed Property: Rethinking the State's Lost and Found Program*, recommended a variety of options to improve the state's success in reuniting unclaimed property with owners.)

## Holder Compliance Is Very Low

*Only a Small Portion of California Businesses Are in Compliance With Holder Reports.* According to SCO, only 16,555 out of about 900,000 California businesses submitted a holder report in 2016. This represents a compliance rate of about 2 percent. (SCO's estimate of total businesses excludes self-employed individuals and small businesses.) While this might be an imperfect measure of the number of business with unclaimed property, it strongly suggests that the vast majority of California businesses are out of compliance with unclaimed property law. Based on this, SCO has estimated that the total amount of outstanding unclaimed property that has not been properly reported by holders to the state is in the billions of dollars. Moreover, although the number of active California businesses has increased, holder reporting has declined—from nearly 23,000 holder reports received in 2011-12 to 16,555 in 2016-17.

*Many Types of Holders and Properties Are Out of Compliance.* The types of holders that do commonly submit holder reports include banks and other financial institutions, major multinational corporations, and real estate agencies. Given the very low compliance rate, there are examples of nearly all types of businesses that are out of compliance with unclaimed property law. This includes hospitals, retailers, utility companies, manufacturers, and insurance companies. Even institutions that do remit reports fail to report certain kinds of property. Some forms of unclaimed property that is under-reported includes:

- *Uncashed Checks.* Other than sole proprietorships, most businesses have employees. As such, they are likely to have some form of unclaimed property, for example, in the form of uncashed checks,

like paychecks. While the dollar value of a single unclaimed property might be low, in aggregate, the value of this unreported unclaimed property could be substantial.

- *Individual Retirement Accounts (IRAs).* Even though major financial institutions tend to submit holder reports to SCO, audits have revealed that these institutions still under-report IRAs. Like other forms of property, IRAs are considered unclaimed property if an owner has not made contact with the account for three years. However, other conditions must also apply, namely that the owner must be over the age of 70.5 or the property is payable or distributable.

- *"Pay-Per-Click" Revenue.* An audit of a major California-based technology company found that while the business was remitting holder reports to SCO, it failed to identify pay-per-click revenue. This is money paid to individuals for allowing advertising content on their websites. For example, one company's policy was to only issue a check once revenues reached a certain threshold. For some individuals, reaching that threshold may take a long time and the owner may no longer be involved with account.

- *Other.* SCO reports that many other forms of unclaimed property are under-reported, some specific to a particular industry. Automobile dealerships tend to under-report customers' deposits and Department of Motor Vehicle fees. Casinos under-report uncollected jackpots and bonuses and expired chips. Professional sports teams often fail to report ticket refunds.

*Two Main Reasons Holders Are Out of Compliance.* SCO reports that there are two main reasons that businesses tend to be out of compliance. ("Out of compliance" can mean the business fails to remit a holder report entirely or fails to report a complete holder report.) In general, when holders are out of compliance it is because they either are:

- *Unaware of the Law.* Many businesses are simply unaware of the law regarding unclaimed property. These businesses do

not to submit holder reports at all. Relatedly, businesses also may lack adequate internal procedures to remain in compliance with the law. For example, holders must track when owners are in contact with their properties either through a technological solution to automate monitoring or—for smaller businesses—manually.

- *Willfully Noncompliant.* Some businesses are aware of the law, but still either fail to submit holder reports or submit incomplete reports. A key reason some businesses might choose not to comply with the law is the relatively high interest rate that must be paid on properties that have not been reported.

## SCO's Efforts to Improve Holder Compliance

*SCO Has Two Primary Ways to Increase Holder Compliance.* SCO recognizes the holder compliance rate is very low and has made efforts to increase it. SCO has resources for two major activities related to holder compliance:

- *Holder Outreach and Compliance.* First, SCO established its holder outreach and compliance unit in the 2012-13 budget to increase businesses' awareness of and compliance with the law. This unit conducts a variety of activities, including: speaking at conferences, conducting training and workshops, and sending informational letters. SCO also works with both the California

Department of Fee and Tax Administration and the Secretary of State to provide information about the law to new businesses. SCO currently has six authorized positions and $630,000 in expenditure authority for the holder compliance unit.

- *Audits.* Second, SCO performs audits of California businesses to ensure they are in compliance with unclaimed property law. Through the course of an audit, when SCO discovers a business has unreported unclaimed property, the business must first notify the owners about it. If an owner does not reestablish contact with the account, the holder must remit the property to SCO. In either case, the holder must pay penalty interest to the state on the unreported property. SCO also checks the businesses' internal policies and procedures to ensure they are able to perform the necessary functions to comply with the law. SCO currently has 17 authorized positions and $2.7 million in expenditure authority to conduct these audits.

*SCO Conducts About 20 Audits Per Year.* Since 2013-14, SCO has released 119 holder audit reports, an average of about 20 audits per year. Audits result in more property reunited with owners, property remitted to the state, and penalty interest revenue to the state. Figure 2 shows a recent history of the results of SCO's holder audits. As the figure shows, audits result in somewhat more property being returned directly to owners by

### Figure 2

**Property Returned to Owners and Remitted to State From Recent Audits**

*(Dollars in Thousands)*

| | 2013-14 | 2014-15 | 2015-16 | 2016-14 | 2017-18 | 2018-19 |
|---|---|---|---|---|---|---|
| Audit reports issued | 29 | 21 | 10 | 20 | 19 | 20 |
| **State** | | | | | | |
| Interest revenue | $3,761 | $2,073 | $1,849 | $2,980 | $1,547 | $1,400 |
| Property remitted to state[a] | 2,146 | 3,941 | 3,195 | 2,654 | 5,326 | 4,480 |
| **Totals** | **$5,907** | **$6,014** | **$5,044** | **$5,634** | **$6,873** | **$5,880** |
| **Owners** | | | | | | |
| Property returned to owners | $9,392 | $2,082 | $95 | $112 | $863 | $1,120 |

[a] A portion of the property remitted to the state is eventually returned to owners.

2-ER-034

holders. In addition, the amount the state spends on audits each year—$2.6 million—is less than the annual amount received by the state as a result of the audits—$5.9 million (a portion of this is eventually returned by the state to owners).

***Since 2013-14, Holder Compliance Unit Has Brought Thousands of Holders Into Compliance.*** SCO estimates that, since 2015-16, the holder compliance unit has brought an average of 2,200 new businesses to remit holder reports for the first time each year. SCO estimates this has resulted in an average of $57 million in cash property reunited with owners (directly by holders) and $70 million in unclaimed property remitted to the state each year.

## Unclaimed Property Provides a Net Benefit to State Budget

***Amount Escheated Always Exceeds Amount Reunited With Owners.*** Each year, the state receives unclaimed property from holders and reunites some portion of this property with its rightful owners. However, the value of property remitted to the state always exceeds the value of property reunited with owners. This difference provides a monetary benefit to the state, which first is deposited into the Unclaimed Property Fund and then transferred to the General Fund. The state uses the unclaimed property fund to finance SCO's administrative costs to operate the program. The remainder—the amount that is not reunited with owners or used for unclaimed property administration—provides a source of General Fund revenue. This money is spent on programs throughout the General Fund budget.

***Unclaimed Property Revenue Has Remained Flat in Recent Years.*** Figure 3 shows the annual amount of unclaimed property revenue to the state adjusted for inflation. As the figure shows, General Fund revenue from unclaimed property has remained largely flat for a few

decades, even declining slightly in recent years. (The significant spike in revenues in the mid-2000s reflects a decision to accelerate the schedule for selling securities.) The fact that unclaimed property revenue has been largely flat in recent years is consistent with declining rates of holder reporting.

***State Maintains an Indefinite Liability for Unclaimed Property.*** The cumulative amount of past unclaimed property that was not reunited with its owners constitutes a liability for the state. With hundreds of millions of dollars flowing to the state annually, this liability grows each year—and the cumulative total now stands at $9.4 billion. The state maintains an indefinite liability to reunite property with owners—meaning owners could one day come forward to claim any piece of this total amount. That said, the vast majority of this property will never be reunited with owners for a variety of reasons. For one, some records contain very little to no information about owners, rendering reunification with owners virtually impossible. Also, owners of properties that the state escheated long ago may have died or moved to another state, greatly diminishing the chances of reunification.

***Actual Liability Much Smaller.*** The state's Comprehensive Annual Financial Report (CAFR)—a display of the state's finances in compliance with generally accepted accounting principles—includes an alternative estimate of the state's unclaimed



**Figure 3**

**General Fund Revenue From Unclaimed Property**
*(In Millions)*

2-ER-035

property liability. Specifically, the CAFR includes an estimate of the amount that owners will actually claim in the future based on the state's historical experience in reuniting property with owners. The 2016-17 CAFR reflects an unclaimed property liability of nearly $1 billion.

# GOVERNOR'S PROPOSAL AND ASSESSMENT

This section summarizes the Governor's proposal to increase unclaimed property holder compliance and provides our assessment of the proposal.

**Governor Requests $1.6 Million (Unclaimed Property Fund) for 11 Positions.** The Governor's Budget proposes funding to improve holder compliance with unclaimed property law. In total, the Governor requests 11 positions and $1.6 million ongoing (Unclaimed Property Fund) to continue activities related to auditing holders for compliance. (This proposal would make permanent a similar 2016-17 budget request plus one additional position for administration.)

**Increasing Holder Compliance Increases Benefit to Owners and the State.** We agree with the Governor's goal to increase holder compliance. As discussed previously, compliance with unclaimed property law is very low. The state has the incentive to increase holder compliance for two main reasons. Increasing holder compliance would (1) result in more property being reunited with owners (both directly by holders as well as by the state) and (2) increase a source of state revenue. Measured against these goals, audits result in:

- **Slightly More Property Reunited With Owners.** As Figure 2 showed, since 2013-14, SCO's holder audits have resulted in an average of nearly $1 million in unclaimed property being reunited with owners directly by holders. That said, the magnitude of these increases is very low in the context of the overall amount of property that holders and the state reunite with owners each year. For comparison, through the course of the program's normal operations, the state reunites a couple hundreds of millions of dollars with owners each year.

- **Slightly More Unclaimed Property Remitted to the State.** As Figure 2 showed, since 2013-14, SCO's holder audits resulted in an average of $3.6 million in unclaimed property remitted to the state and nearly $2 million in related interest payments. (A portion of the property remitted to the state as a result of audits is eventually reunited with owners.) That said, compared to existing unclaimed property revenues (nearly $400 million in 2018-19), audit revenue of a few million dollars is very low. Overall, the General Fund revenue that results from the audits is low, but exceeds the cost of the audits.

- **Audits Can Only Address a Small Share of Holders Out of Compliance.** The threat of a potential audit is an important incentive for businesses to comply with unclaimed property law. That said, while there are benefits to auditing holders—and the General Fund benefit of the audits exceeds the cost of conducting them—there also are clear limitations. Namely, the scale of audits cannot address the vast holder under-compliance rate. With only a couple of dozen audits conducted each year, SCO cannot change the behavior of the hundreds of thousands of California businesses that are not complying with unclaimed property law. As such, this approach is unlikely to result in much additional compliance relative to current trends. To address this problem, the following section presents some additional policy options to try to significantly increase holder compliance.

# OPTIONS TO INCREASE HOLDER COMPLIANCE

This section presents some options to address the goal of substantially increasing holder compliance with unclaimed property law. As discussed earlier, there are two major reasons holders tend to be noncompliant. They are either: (1) unaware of the law or (2) willfully noncompliant, mainly to avoid interest penalties. Each of the two options in this section addresses one of these two different causes of noncompliance. As such, the Legislature could purse either or both of these options.

## Include an Unclaimed Property Question on Businesses' Tax Forms

Most California businesses file income tax returns with the Franchise Tax Board (FTB) each year. Under one option, the Legislature could amend tax law to require businesses to respond to a question about unclaimed property as part of their tax filings. This addition to tax forms could be relatively simple with a single question. For example, the tax form could ask: "Did your business submit a holder notice report to the California State Controller's Office last year?" and indicate that the business could be out of compliance with existing law if it responds "no." Alternatively, the tax form could include a few different questions that ask about different property types and length of time since owner contact. The adoption of this question in tax software would be critical to its effectiveness in improving compliance because so many businesses file their taxes electronically.

***Option Would Address Holders' Awareness of Unclaimed Property Law.*** This question would be purely informational—it would not have tax implications for the business. The main advantage of this option is that it is likely to significantly increase holders' awareness of the law. Incorporating such a question into tax filings is likely to be much more effective at increasing compliance than notices or letters because it incorporates information about the program into a formal process that businesses participate in every year.

***Resources Required.*** Implementing this option would require additional resources for both FTB and SCO. FTB would require additional resources primarily to handle questions from businesses generated by this new line on the form. SCO would require additional resources to process and evaluate additional holder reports and process more claims by owners. That said, the cost of these activities likely is much lower than the benefit, both in terms of the unclaimed property returned to owners and the amount of unclaimed property revenue remitted to the state. As a result, such a proposal likely would have a net benefit to the state, possibly in the hundreds of millions of dollars over time. (If this question were included on businesses' tax forms for the 2019 tax year, increased reporting would likely begin in late 2020.)

## Provide a One-Time Amnesty for Noncompliant Holders

Another option is to provide a one-time amnesty for holders who voluntarily report past-due unclaimed property. Under current law, these holders owe an interest penalty of 12 percent per year for past-due unclaimed property. This may deter some holders from becoming fully compliant, particularly because the probability of being audited is relatively low. The Legislature could temporarily waive this penalty for a certain period for holders who voluntarily report past-due unclaimed property.

***State Has Conducted a Holder Amnesty Program in the Past.*** The state has conducted an amnesty program for holders before. Chapter 267 of 2000 (AB 1888, Dutra), authorized a one-year amnesty program beginning in January 2001. (The program was extended for a second year—through December 2002—by Chapter 22 of 2002 [AB 227, Dutra].) During the amnesty period, SCO conducted outreach efforts, including advertisements in national newspapers. The program resulted in 4,927 holder reports detailing 145,903 properties valued at $196 million (in nominal terms)—$113 million in cash and $83 million in securities. Of these reports, 1,567 were made by holders that had never

previously filed. For comparison, this represented about a quarter of property escheated in 2000-01 and 2001-02.

**Option Would Address Willful Noncompliance.** Conducting audits—as the Governor proposes— is one way to address the problem of willful noncompliance, but it is a narrow solution to a wide-ranging problem. Because the state only conducts a couple of dozen audits each year, businesses know that the probability of receiving an audit is relatively low. Giving businesses a temporary amnesty period to report past-due unclaimed property could be a different—and more effective—way to address the problem of willful noncompliance, particularly among businesses that are already reporting to SCO.

**Resources Required.** Implementing this option would require resources for SCO—mostly on a temporary basis—to process and evaluate additional holder reports that occurred during the amnesty period. Some more resources also would be required on an ongoing basis to address higher compliance rates and more claims by owners. One way to limit the resources required would be to roll out the amnesty period at different times for different industries (say, one year for the service industry, a second year for the financial industry, and so on). That said, even if an amnesty period were pursued simultaneously for all industries, the temporary increased cost of these activities likely would be much lower than the benefit of unclaimed property returned to owners and remitted to the state. Consequently, there likely would be no net cost to the state. The state's experience with an amnesty program in the past suggests this option alone would result in at least a couple hundred millions of dollars in additional revenue.

## Both Options

Pursuing either of the options described above in isolation may be less effective than if they were implemented simultaneously. In particular, a change to tax filings might make many more businesses aware of the unclaimed property law, but they also might be reticent to participate if it means reporting years- or decades-old property, carrying a very high interest penalty. Complying with these interest penalties could even result in a financial hardship for some smaller businesses. Conversely, pursuing an amnesty program without an effective way to increase businesses' awareness of the law would not bring many new holders into compliance. As such, the Legislature might want to consider pursuing both of these options together—coupling an amnesty program with a new reporting requirement to FTB—to increase holder compliance, reunite property with its rightful owners, and result in additional General Fund benefit.

## LAO PUBLICATIONS

This report was prepared by Ann Hollingshead and reviewed by Carolyn Chu. The Legislative Analyst's Office (LAO) is a nonpartisan office that provides fiscal and policy information and advice to the Legislature.

To request publications call (916) 445-4656. This report and others, as well as an e-mail subscription service, are available on the LAO's website at www.lao.ca.gov. The LAO is located at 925 L Street, Suite 1000, Sacramento, CA 95814.

2-ER-038



**California State Controller Malia M. Cohen**
**Unclaimed Property Division**

# How to Reduce Your Unclaimed Property Liability

Nearly all businesses have unclaimed property such as uncashed payroll checks, vendor payments, overpayments, refunds, or inactive accounts. To reduce the number of unclaimed properties a business must report and remit to the state, a business should focus on the key elements outlined below.

## CONTACT

- Maintain or reestablish contact with customers, vendors, and employees to avoid properties from becoming dormant.

- Send due diligence notices prior to the property exceeding the dormancy period and becoming reportable, as required by the Unclaimed Property Law (UPL).

- Respond to owner contacts resulting from due diligence notices in order to reissue or reactivate dormant properties.

- Let California's two-report process work for you. Submit a Notice Report by November 1 (or May 1 for life insurance companies) identifying properties that remain unclaimed after due diligence has been performed. California sends additional letters to owners identified on the Notice Report telling owners to contact you to claim their property before it is sent to the state.

- Respond to owner contacts resulting from the state's notices and reissue or reactivate applicable properties.

## REUNIFICATION

- Reunite the owner with their property by reissuing or reactivating dormant property if a customer contacts you at any point before the property is required to be sent to the state.

  o For many property types, owner contact alone can reestablish and reactivate the date of last activity on dormant property and prevent it from being reportable as unclaimed property.

  o For other property types, any owner-initiated activity on an account (such as increasing or decreasing the balance) can reestablish the date of last activity and reactivate the account.

With California's two-report process, property remains with the business until the second step, the Remit Report. If contact efforts by either the business or the state are successful prior to the Remit Report due date, the business reunifies the property with the owner directly and does not send it to the state.

## What if the contact and reunification efforts are unsuccessful?

Once the dormancy period has passed and there has been no successful owner contact (by the business or by the state) or reunification of the property, submit a Remit Report between June 1-15 (or December 1-15 for life insurance companies) and transfer the property to the State. The UPL gives California citizens a single source, the State Controller's Office (SCO), to check for and claim unclaimed property, and a way for businesses to remove unclaimed liabilities from their books and records. The SCO safeguards unclaimed property until it is returned to the rightful owner.

2-ER-039

# Helpful Tips to Reduce Liabilities

To reduce unclaimed property liabilities, businesses should practice consistent recordkeeping; preserve contact with their clients, vendors, and employees; and maintain compliance with unclaimed property laws and regulations. Use these tips to help reduce your unclaimed property liabilities.

 Prepare a timeline and calendar for important steps in the unclaimed property reporting process.

 Establish written procedures for managing unclaimed property and responding to owners of dormant accounts.

 Identify responsible personnel and plan for employee turnover.

 Conduct internal training on handling unclaimed property.

 Monitor changes in unclaimed property laws and sign up to receive important email notices from SCO.

 Include unclaimed property information on websites, in newsletters, or via other customer contact tools.

 Make address change forms or website links easily available to maintain customer contact.

 Be prompt in updating contact information.

 Be responsive to owners of dormant accounts. Do not refer them to the state until the property has been transferred.

## Attend a Free Webinar



Visit the Trainings and Tutorials page on the State Controller's website to sign up.

## We're Here to Help!

The Outreach and Compliance Unit (OCU) educates holders through webinars, speaking engagements, and more. Contact the OCU with unclaimed property questions or to schedule one-on-one assistance.

## Outreach & Compliance Unit

(916) 464-6088

UPDHolderOutreach@sco.ca.gov



GoReport.sco.ca.gov

*All materials and information contained within this guide are for informational purposes only and do not constitute legal advice. Rev. 12/2021*

2-ER-040

Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **PLAINTIFFS' OPPOSITION TO OBJECTORS CORP XANADU AND DAVID GOULD'S MOTION FOR RECONSIDERATION** |

Plaintiffs' Opposition to Objectors Xanadu Corp. and David Gould's Motion for
Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB

2-ER-041

## I.  INTRODUCTION

On January 19, 2022, the Court entered an Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds (ECF No. 1378) ("Order"). Objectors Corp Xanadu and David Gould (together, "Objectors") subsequently moved the Court to reconsider the Order pursuant to Federal Rules of Civil Procedure ("Rules") 59(b) and 60(b)(1) (ECF No. 1380). The Court should deny the Objectors' Motion for Reconsideration ("Motion") because the Court has addressed the Objectors' arguments in its Order, and reconsideration would not change the analyses and findings in the Order.

As a procedural matter, the Motion is not a duly noticed motion pursuant to Civil Local Rule 7-2(b) and (d).[1] Plaintiffs therefore request that the Court strike the Motion. Plaintiffs will nevertheless address the substance of the Motion below.

## II.  ARGUMENT

### A.  The Court Should Deny Reconsideration Pursuant to Rule 59(b)

Rule 59(b) governs the time to file a motion for a new trial. Fed. R. Civ. P. 59(b). Rule 59(b) has no application here. There has been no trial in this litigation—on any issue. Indeed,

---

[1] Furthermore, the "notice" provided by the Objectors in the first paragraph of the Motion does not give notice of the relief that Objectors purportedly seek:

> PLEASE TAKE NOTICE THAT, the Honorable Charles R. Breyer will determine whether to hold a hearing or decide a civil matter on the papers. Plaintiffs are available for hearing should the Court find it appropriate. Through this motion, Plaintiffs seek entry of an order authorizing a secondary distribution of the remaining settlement funds, additional claims administration expenses, and further attorneys' fees and reimbursement of expenses in connection with settlement administration. Plaintiffs' motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in support thereof; the Objections of Xanadu Corp. and David Gould filed at Entry 1379; a proposed order; the Court's files and records in this matter; and such other matters as the Court may consider.

Mot. at 1.

The Objectors are not the "Plaintiffs" in this antitrust class action and, as stated above, the Court already ruled on Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds.

---

Plaintiffs' Opposition to Objectors Xanadu Corp. and David Gould's Motion for Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB

1

1   this litigation has been completely settled since December 2019, when the Court granted final

2   approval of the last settlement (ECF No. 1318) and entered a final judgment as to the last

3   Defendant (ECF No. 1319).

4       To the extent the Objectors ask the Court to construe its Motion as a motion to alter or

5   amend the judgment pursuant to Rule 59(e), this Court has previously recognized that a Rule

6   59(e) motion for reconsideration "should not be granted, absent highly unusual circumstances,

7   unless the district court is presented with newly discovered evidence, committed clear error, or

8   if there is an intervening change in the law." *Bailey v. Diaz*, No. C 12-1414 CRB (PR), 2013 WL

9   6189183, at *1 (N.D. Cal. Nov. 25, 2013) (citing *McDowell v. Calderon*, 197 F.3d 1253, 1255

10  (9th Cir. 1999) (citation omitted) (*en banc*)). In *Bailey*, this Court also remarked that "a motion

11  to reconsider is not a vehicle permitting the unsuccessful party to 'rehash' arguments previously

12  presented, or to present 'contentions which might have been raised prior to the challenged

13  judgment.'" *Bailey*, 2013 WL 6189183, at *1 (citing *Costello v. United States*, 765 F. Supp.

14  1003, 1009 (C.D. Cal. 1991)).

15      Here, the Objectors' Motion, which incorporates by reference their January 19, 2023

16  Objections (ECF No. 1379) improperly filed after the Court entered the Order (ECF No. 1378),

17  repeat the same arguments from their September 7, 2022 Objections to Plaintiffs' Motion for

18  Secondary Distribution of Remaining Settlement Funds (ECF No. 1353) and their statements at

19  the November 4, 2022 hearing (ECF No. 1369). This Court already analyzed in detail their

20  arguments in overruling the Objectors' objections. Order ¶¶ 2-6. The Objectors therefore fail to

21  demonstrate any reason to justify altering or amending the Order on the ground that the Court

22  failed to consider their objections.

23  **B.    The Court Should Also Deny Reconsideration Pursuant to Rule 60(b)(1)**

24      Rule 60(b)(1) provides, "On motion and just terms, the court may relieve a ***party*** or its

25  legal representative from a final judgment, order, or proceeding for the following reasons: (1)

26  mistake, inadvertence, surprise, or excusable neglect[.]" Fed. R. Civ. P. 60(b)(1) (emphasis

27

28

Plaintiffs' Opposition to Objectors Xanadu Corp. and David Gould's Motion for
Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB                                    2

2-ER-043

1  added). A Rule 60(b)(1) motion "must show that the district court committed a specific error."

2  *Straw v. Bowen*, 866 F.2d 1167, 1172 (9th Cir. 1989) (internal citation omitted); *see also*

3  *Williams v. Las Vegas Metro Police Dept.*, No. 2:19-CV-01212-APG-EJY, 2020 WL 2045788,

4  at *6 (D. Nev. Apr. 8, 2020) (finding a party did not establish a basis for Rule 60(b)(1) relief

5  because he had "not demonstrated any error, the correction of which would have, or even may

6  have, changed the outcome of this case."). A Rule 60(b) motion for relief is left to the discretion

7  of the trial court. *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262

8  (9th Cir. 1993).

9        Here, neither Objector is a named party to the litigation (*see*, *generally*, Pls.' Second

10  Amended Consolidated Class Action Compl. (ECF No. 741)) and, indeed, Objector Corp

11  Xanadu failed to establish that it had any qualifying purchases to be a settlement class member.

12  Order ¶¶ 2-5. Even if the Court deems the Objectors to be parties, the Objectors have not shown

13  that this Court committed a specific error in finding Corp Xanadu lacked standing to object and

14  in overruling the Objectors' objections, as required under *Straw*.

15        Moreover, even if the Court reconsiders its Order as Objectors suggest, its analysis and

16  findings would remain intact. The Objectors' arguments do not change the fact that Objector

17  Corp Xanadu is not a settlement class member. Further, there is no authority for the proposition

18  that a notice posted on the settlement website (www.airlinesettlement.com) is an insufficient

19  method of informing settlement class members when Class Counsel seek to invoke the Court's

20  jurisdiction ancillary to the claims administration process—in this case to seek authorization to

21  redistribute uncashed settlement funds. In fact, the Objectors received *actual notice* of the

22  proposed secondary distribution as well as the request for attorneys' fees and reimbursement of

23  expenses and filed objections, directly contradicting their argument that Plaintiffs and the claims

24  administrator, Rust Consulting, Inc., failed to provide reasonable notice of the relief sought from

25  the Court. The very first page of the settlement website reminds settlement class members to

26  "visit this website periodically for updates" precisely because it is unreasonable to require a

27

28

Plaintiffs' Opposition to Objectors Xanadu Corp. and David Gould's Motion for Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB      3

2-ER-044

comprehensive notice program every time the Court's jurisdiction is invoked to finalize distribution of settlement proceeds. *See* https://airlinesettlement.com/eng/. Finally, the Court has previously recognized that Objectors' concerns about escheat are unfounded. Order ¶¶ 2-6. The Objectors have had their day in court. Reconsideration is not justified here.

## III. CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully request the Court deny Objectors Xanadu Corp. and David Gould's Motion for Reconsideration.

Dated: January 20, 2023

Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

*/s/ Christopher L. Lebsock*
Michael P. Lehmann
Christopher L. Lebsock
Seth R. Gassman
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980

*Co-Lead Counsel for Plaintiffs and the Classes*

Plaintiffs' Opposition to Objectors Xanadu Corp. and David Gould's Motion for Reconsideration; MDL No. 1913; Case No. 3:07-cv-05634-CRB

4

2-ER-045

John Allen Roth, Esq.
Law Office of J. Allen Roth
805 Alexandria Street S.
Latrobe PA 15650
jroth@jarothlaw.com
(724) 686-8003

*Counsel for Objectors David
Gould and Xanadu Corp.
APPEARING PRO HAC VICE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB<br>)<br>) MDL No. 1913<br>)<br>) OBJECTORS' XANADU CORP. AND<br>) DAVID GOULD'S NOTICE OF MOTION<br>) AND MOTION PURSUANT TO F.R.Civ.P.<br>) 59(b) AND 60(b)(1) AND (6) FOR<br>) RECONSIDERATION OF ORDER DATED<br>) JANUARY 19, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, the Honorable Charles R. Breyer will determine whether to hold a hearing or decide a civil matter on the papers. Plaintiffs are available for hearing should the Court find it appropriate. Through this motion, Plaintiffs seek entry of an order authorizing a secondary distribution of the remaining settlement funds, additional claims administration expenses, and further attorneys' fees and reimbursement of expenses in connection with settlement administration. Plaintiffs' motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in support thereof; the Objections of Xanadu Corp. and David Gould filed at Entry 1379; a proposed order; the Court's files and records in this matter; and such other matters as the Court may consider.

2-ER-046

## I.    <u>Memorandum of Points and Authorities</u>

Xanadu Corp. ("Xanadu") and David Gould ("Gould"), collectively "Objectors," by and through their undersigned counsel, *pro hac vice,* move this Court for reconsideration of the Order entered on January 19, 2023, at around 9:30 a.m. at Entry 1378.  The basis for the reconsideration is found at Entry 1379, incorporated by reference.

Specifically, this Court's Order made findings of fact and conclusions of law propounded by Class Counsel in the late afternoon on January 17, 2023 at Entry 1375.  The Notice by Class Counsel was filed January 16, 2023, a federal holiday (Dr. Martin Luther King day).  Certainly, it was not fairly possible for Objectors to submit their objections considering the scope of the factual findings that this Court adopted, unfairly, without a response.  Class Counsel and the Court's procedures unfairly deprived the Objectors of their due process right to notice and an opportunity to be heard.  Objectors obviously were working on the objections promptly and efficiently.  In fact, counsel was in the process of the final edit at the time this Court rendered the Order, which is why they were uploaded a few minutes after the Order.

Therefore, Rule 59, or Rule 60's surprise or excusable neglect procedures warrant this Court to vacate the Order.  Thereafter, the Court can reissue the Order as it deems fit after considering the timely the objections, which were filed less than a half hour after the Order.

WHEREFORE, Objectors Xanadu Corp and David Gould respectfully request that this Court grant reconsideration of the Order entered January 19, 2023, at Entry 1378.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____

J. Allen Roth, Esq.

COUNSEL FOR OBJECTORS
DAVID GOULD AND XANADU
*PRO HAC VICE)*

John Allen Roth, Esq.
Law Office of J. Allen Roth
805 Alexandria Street S.
Latrobe PA 15650
jroth@jarothlaw.com
(724) 686-8003

*Counsel for Objectors David
Gould and Xanadu Corp.
APPEARING PRO HAC VICE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB<br>)<br>) MDL No. 1913<br>)<br>) OBJECTIONS TO PLAINTIFFS'<br>) FURTHER NOTICE REGARDING<br>) CORP. XANADU'S CLAIM<br>) (1374) AND TO THE PROPOSED<br>) ORDER GRANTING PLAINTIFFS'<br>) MOTION FOR SECONDARY<br>) DISTRIBUTION OF REMAINING<br>) SETTLEMENT FUNDS AND<br>) REQUEST FOR ATTORNEY FEES<br>) AND REIMBURSEMENT OF<br>) EXPENSES |

Xanadu Corp. ("Xanadu") and David Gould ("Gould"), collectively "Objectors," by and through their undersigned counsel, *pro hac vice,* objects to Plaintiffs' Further Notice Regarding Corp. Xanadu's Claim (Entry 1374) and the Proposed Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorney Fees and Reimbursement of Expenses (Entry 1377):

**I.   The Proposed Order is Objectionable**

At Entry 1353, pages 7 through 10, Xanadu Corp. objected to Class Counsel's attempt to relitigate the Final Determination approving its claim.  Class Counsel sought permission to re-audit the claim.  Over Xanadu's objections, this Court's Order at Entry 1358 stated, "Class

Counsel and Rust may audit/re-examine Corp. Xanadu's[1] claim, consistent with their obligation to pay only qualified claimants." Because it appeared that the Court simply delegated the decision on the claim to Class Counsel and Rust, Xanadu believed the Order at 1358 to be final and it took an appeal. *See* Entry 1360.

At the hearing held on November 4, 2022, this Court did not suggest it took control of Xanadu's claim and it did not set a review process or any standards as to Class Counsel's determinations. Nevertheless, Class Counsel told the Ninth Circuit that the Order from this Court constituted an interlocutory Order and that the Court intended to take some action over the claim. Based on this, Class Counsel sought to dismiss the appeal as interlocutory, which the Ninth Circuit granted. *See* Entry 1372.

Despite the fact that this Court did not take control of the claim other than grant authority to audit it after approval, Class Counsel propounded a Proposed Order at Entry 1377 that seeks to have this Court parrot various incorrect conclusions and standards. Signing this Order would make it appear as if a full evidentiary hearing occurred and that this Court is making the findings.

The following are some of the problems with the Proposed Order:

| PROPOSED ORDER LANGUAGE | REASON WHY THE LANGUAGE IS OBJECTIONABLE |
|---|---|
| The Court overrules the objections by Objector Corp Xanadu because Corp Xanadu did not establish that it had any qualifying purchases. In failing to do so, therefore, not only has it failed to establish that it is entitled to share in the settlement proceeds, but it has also failed to establish that it is a settlement class member. Courts considering class action settlements must verify that every class member has standing, and it is the class member's burden to establish standing. Non-class members have no standing to object to the settlement of a class action | Class Counsel does not suggest David Gould has no standing to object to the attorney fees and redistribution in this case. |

---

[1] The name of the corporation is Xanadu. When the corporate designator is added, in English, it is "Xanadu Corp." In Spanish, as demonstrated by Google Translate, it is "Corp. Xanadu" or *Corporacion Xanadu*. The original affiant for Xanadu primarily speaks Spanish as a citizen of Ecuador.

|  | As to Xanadu, Class Counsel formulated the following test for claimants, which Rust Consulting was tasked to oversee. That test was defined by the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraph 15, "businesses that filed claims of less than 1,000 tickets were not audited. In Xanadu's case, the claims administrator indeed audited the claim. "Rust reviewed all responses supplied by the claimants from the 'Request for More Information' letters and determined responses to be acceptable support for the number of tickets claimed if any of the following documentation was provided: a. Receipts showing ticket purchases; b. Cancelled checks; c. Credit card statements; d. Travel itineraries; e. Email confirmation of ticket purchases; and/or f. Affidavit or declaration attesting that the number of tickets claimed is accurate." *Id.* at 18. Rust then passed the responses through a "Quality Assurance" review. *Id* at 20.

Xanadu met this test based on its declaration. Rust approved the claim and it passed their "Quality Assurance Review." However, because Rust mismailed Xanadu's check reissuance, Class Counsel learned of the claim during its fee request and heightened the burden of proof solely for Xanadu, requiring proof beyond what was expected of other claimants.

Xanadu provided a supplemental declaration, see Entry 1375-5, and participated in a Zoom call that other class members were not subjected to. It provided corporate history documents and an explanation to every point raised by Class Counsel as the reason to reopen Xanadu's claim.

Just because Class Counsel changed the standard of review and was predisposed to denying the claim does not eliminate standing. On the contrary, one of Class Counsel's apparent goals in heightening the burden solely for Xanadu was to eliminate its objector standing. |

| | |
|---|---|
| Corp Xanadu (claim number 0000144970) filed a claim to the settlements in this litigation. Rust audited Corp Xanadu's claim because the audit threshold established for businesses was 1,000 or more tickets. Corp Xanadu did not support any of its claimed ticket purchases with actual invoices or other corporate records. Instead, Corp Xanadu's alleged 1,337 claimed tickets are supported by a one-page Affidavit, executed by the alleged Secretary of Corp Xanadu, Carlos Suica, on October 2, 2020 in response to Rust's September 20, 2020 audit letter | This is incorrect. Xanadu's claim was approved and passed the "quality review" procedure. A check was mailed. The check was returned and Xanadu followed up and Rust sent it a second time. That second check was mismailed by Rust. As shown by Entry 1375-4, which was concealed until the filing, Rust Consulting clearly mislabeled the check repeating the lines many times resulting in the visibility of the City, State, and Zip being blocked. Rust then admitted it ignored Xanadu's email and did not process the request (see Entry 1375, paragraphs 15 and 17). As the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraph 15-20 explained, the declaration was sufficient proof and actual invoices or corporate records were not required. |
| On September 30, 2022, at the direction of the Court (ECF No. 1358) and the request of Class Counsel, Rust requested additional documentation or information from Corp Xanadu to establish the legitimacy of its claim. | Class Counsel and Rust did not request additional documentation "at the direction of the Court." On the contrary, this Court stated that Class Counsel and Rust "may" audit/re-examine the claim. *See* Entry 1358. Notably, none of the information Class Counsel dramatically used to cause that occurrence to happen formed a basis for the decision. |
| Rust has now completed reviewing the documents and information that Corp Xanadu provided by November 30, 2022 and has made a determination on Corp Xanadu's claim (ECF No. 1374). Specifically, Rust determined "there is $0 due in settlement benefits" to Corp Xanadu based on numerous factors, including, but not limited to: | Rust did not determine anything the second time. On the contrary, Rust granted the original claim and it passed their "quality review" process. Class Counsel directed Rust as to how to proceed thereafter. It is an open factual dispute as to the extent of Class Counsel's enmeshment within the second process. Class Counsel asked 45 minutes of questions on the Zoom call and Rust only 15, as an example. The transcript of that call has not been provided. |
| (a) The 144 American Airlines itineraries that Corp Xanadu provided for claimed ticket purchases between the dates of July 2015 and August 2015 did not verify that Corp Xanadu was the payor of the foregoing claimed ticket purchases. Thus, even though those purchases fell within a qualifying period for the settlement classes, Corp Xanadu provided no documentation (e.g., bank statements) that it paid for such purchases2 ; | As shown by Entry 1375-5, the American Airlines tickets which were for a small period of time (less than two months) were not submitted to be paid on. Rather, they were provided to demonstrate that Xanadu extensively engaged in international travel. |
| (b) During an interview with Rich Sutton, Corp Xanadu's CEO, he informed Rust that the documents used to determine the number of tickets claimed for American Airlines and the other airlines were destroyed. Without this information, Rust was unable to verify the methodology used to determine the number of ticket purchases claimed; | This differs from the standard of review applied to other claimants by Rust (which is why Xanadu's claim was original approved and passed the "quality review" procedure). That standard of review is found in the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. This finding constitutes a heightened standard that other claimants were not subjected to. |

| | |
|---|---|
| (c) Rust requested, but Corp Xanadu did not provide, the date when the foregoing documents were destroyed and information to explain the difference in the records maintained for the years 2002 – 2008 and 2009 – 2015, including the names of the employees that maintained the records for these two time periods. Accordingly, Rust was not able to verify that the documentation ever existed to substantiate the ticket purchases claimed; | The Supplemental Declaration provided at Entry 1375-5 explained clearly that the 2015 records did not form the basis of Xanadu's claim, but were retained in connection with a dispute. Xanadu testified to this during the Zoom call and explained it yet again.<br><br>The names of Xanadu's employees who "maintained" the records during the time periods served no purpose. Nevertheless, after reading the predisposition provided by Rust, Xanadu again explained to Rust and provided the list of names. |
| (d) Aside from the claimed purchases on American Airlines, Corp Xanadu provided no documentation of purchases for any travel on other qualifying airlines to substantiate its claim; | This differs from the standard of review applied to other claimants by Rust (which is why Xanadu's claim was original approved and passed the "quality review" procedure). That standard of review is found in the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. This finding constitutes a heightened standard that other claimants were not subjected to. |
| (e) Rust also asked Corp Xanadu to provide any marketing material and/or magazine ads for Corp Xanadu services to confirm the nature of Corp Xanadu's business, which Corp Xanadu never provided; | Xanadu could not locate 15 year old advertising. This burden of proof constitutes a heightened standard that other claimants were not subjected to. Other claimants were not asked for these documents as explained in the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. |
| (f) After Mr. Sutton represented that Corp Xanadu never owned any property in the United States, including vehicles, Rust asked Corp Xanadu to explain why it filed a claim and received a settlement payment in In re: Parking Heaters Antitrust Litigation in 2019 (this indirect purchaser plaintiff settlement, which Rust administered, paid monies to those who purchased an aftermarket parking heater for their commercial vehicles between October 1, 2007 and December 31, 2012). Corp Xanadu did not provide any explanation. | This is false and known to be false by Rust Consulting and Class Counsel. Specifically, during a Zoom call for which the transcript has not been provided, Class Counsel asked about parking heaters. (Apparently, Rust breached data policies without informing the federal court in New York and provided Class Counsel claim information in that case even though it was not under their purview , including address information).<br><br>During the Zoom call, Xanadu advised that it had no vehicles or property. It stands by that statement. |

| | Xanadu provided Rust a copy of its purchase order for the Parking Heaters, which Class Counsel filed at Entry 1575-6. This demonstrates that Xanadu's predecessor, Trust Services SA, had James Arthur Banta (for TSSA) purchase 8 Airtronic heaters in 2010 at the Sacramento Reno Swap Meet "to be used for investigation of the frost protection hypothesis." After receiving this, Rust did not follow up with additional questions about the frost protection hypothesis, but at Entry 1575-8, Xanadu did attempt to clarify at page 4 that its research specialist, James Banta, engaged in an experiment having nothing to do with vehicles, but which the heaters were used to test warming of equipment during frost temperatures because they could run for nearly 24 hours on a single gallon of diesel fuel. |
|---|---|
| 5. In summary, Rust determined that Corp Xanadu is not a settlement class member because it does not have any valid claim to the net settlement funds. As Corp Xanadu is not a settlement class member, the Court need not consider its objections. | As stated, pursuant to the procedure outlined by *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20, including a quality control review, Xanadu's claim was approved. However, after Class Counsel directed Rust to reopen it, a heightened standard occurred. Notably, none of the reasons Class Counsel cited for opening the claim were listed as the reason for the denial. Rather, it is clear that Class Counsel imposed a higher standard of review that it did not impose on other class members. |
| The Court will nevertheless address the merits of all objections raised. The Court overrules the objections by Objectors Corp Xanadu, David Gould, and Kelly Overvold for several reasons:<br><br>(a) First, the Objectors received notice of the proposed secondary distribution and filed objections, directly contradicting their argument that Plaintiffs and Rust failed to provide reasonable notice of such distribution. Furthermore, Class Counsel already provided notice of each of the three rounds of settlements, which the Court approved (ECF Nos. 1009, 1259-1, 1318). There is no authority for the proposition that a comprehensive notice program pursuant to Federal Rule of Civil Procedure 23 is required when Class Counsel and the Court are simply seeking to redistribute uncashed settlement funds as part of the claims administration process. [citations omitted] | Rule 23(h) governs requests for attorney fees. There exists a strict notification process when Class Counsel seeks fees. Rule 23(h)(1) explains, "Notice of the motion must be served on all parties and, for motions by class counsel, directed to class members in a reasonable manner." *See also Stair v. Thomas & Cook*, 254 F.R.D. 191, 203 (D.N.J. 2008).<br>    Rule 23(h)(2) explains that, "A class member, or a party from whom payment is sought, may object to the motion." Of course, without being aware of the motion, class members cannot object.<br>    Simply put, Class Counsel is required to submit their basis for attorneys' fees well before objections are due so that the class has a full and fair opportunity to address the claims made. *In re Mercury Interactive Corp. Secs. Litig.*, 618 F.3d 988 (9th Cir. 2010). Class members must be "allowed an opportunity to object to the fee 'motion' itself, not merely to the preliminary notice that such a motion will be filed." Id. at 993-94. |

| | |
|---|---|
| (b) Second, the Objectors received notice of Plaintiffs' request for attorneys' fees and reimbursement of expenses and filed objections, directly contradicting their argument that Plaintiffs failed to provide reasonable notice of such request. Moreover, Class Counsel already provided reasonable notice to settlement class members of their fee requests in connection with each of the three rounds of settlements (ECF Nos. 986, 1227, 1307), and the deadlines to object to these requests have long passed. The pending request for attorneys' fees and reimbursement of expenses relates to Class Counsel's lodestar and expenses in connection with settlement administration between August 1, 2019 and July 31, 2022. Additionally, this Court invited Class Counsel to submit this request. Hr'g Tr. at 9:12-16 (Jul. 6, 2022). The amount of fees requested fall below the amount described in the settlement notice for the prior settlement round; | The entire class is entitled to reasonable notice, not just the objectors who had to rush to the Court.<br><br>The funds are not new funds brought into the Class, but are money that actually belongs to claimants who did not receive their checks from all three settlement rounds. In other words, Class Counsel is seeking a reward for not assuring Rust Consulting used proper addressing for checks (see Entry 1375-4 demonstrating that Rust made so many pre-address lines of text that the City, State, and Zip was obscured resulting in non-delivery of Xanadu's check) and not contacting claimants through a simple email to advise them that their checks were returned.<br><br>As explained in the original objections, Rust merely placed a copy of the motion on their website and did not place it on the Chinese or Japanese language versions of the website.<br><br>Third, Class Counsel could have simply sent an email to Class Members at very little expenses advising of the request for attorney fees. They did not need to conduct advertising since the claims period expired. Instead, they did nothing to notify class members. |
| (c) Third, given the amount of the remaining uncashed settlement funds (i.e., $5,448,087.41), the Objectors' contention that such funds should escheat to the states is unsupported in the Ninth Circuit and in class actions generally—and is nowhere to be found in any of the settlement agreements at issue. See Hester v. Vision Airlines, Inc., No. 2:09-CV-00117-RLH, 2017 WL 4227928, at *2 (D. Nev. Sept. 22, 2017) ("[r]edistribution of unclaimed class action funds to existing class members is proper and preferred" because it "ensures that 100% of the [settlement] funds remain in the hands of class members" and because "class settlements rarely 'pay individual class members the full value of their claims'"); William B. Rubenstein, Newberg on Class Actions, § 12:30 (5th ed.) ("Redistribution is more likely to bring the class members closer to that value rather than to be a windfall."). | Class Counsel fails to understand that not turning the uncashed checks over to each state's Treasury as unclaimed property violates the law in most states. Approving this conduct violates public policy.<br><br>As an example, California's Code of Civil Procedure Part 3, Title 10, Chapter 7 – Unclaimed Property Law. Section 1570 states that persons still have a duty to report unclaimed property regardless of the expiration of claim limits set by courts. Section 1576 imposes penalties for not reporting unclaimed property. Section 1577 requires a holder of unclaimed property to pay interest for failing to turn the funds over. "Common types of unclaimed property are bank accounts, stocks, bonds, uncashed checks, insurance benefits, wages, and safe deposit box contents." Malia M. Cohen, California State Controller, from: https://www.sco.ca.gov/upd_msg.html |

|  | Finally, turning over uncashed checks to the state is a preferred method of dealing with it. "To the extent the remaining funds represent uncashed checks that were made payable to specific claimants, it will be permissible to submit those funds to the unclaimed property funds of those persons' respective states of residence, as may be provided by the laws of those states." *See In re Optical Disk Drive Antitrust*, 3:10-md-02143-RS, Entry 3122 (N.D.Cal. Jan. 8, 2023)(denying class counsel's request to bulk escheat funds with California). |
|---|---|
| FOOTNOTE 3 Class Counsel requested attorneys' fees of 33%, and the Court granted 25%, in connection with the third and final round net settlement fund (ECF Nos. 1307 at 1 (motion), ECF No. 1314 at 14 (order)). The Court's award here of additional attorneys' fees of $1 million, or 18.355%, from the remaining settlement funds of $5,448,087.41, results in a fee award of 26.77% in connection with third and final round net settlement fund (i.e., less than the 33% noticed). | These are not "remaining settlement funds," but money that belongs to the over 25% of smaller claimants who did not receive their checks, received no notice that their checks were returned or not cashed, and whose checks were not delivered because of Rust Consulting's failure to properly address checks as shown by entry 1375-4. |
| 10. The Court awards attorneys' fees totaling $1 million in connection with Class Counsel's settlement administration work from August 1, 2019 through the secondary distribution and a cy pres distribution, if necessary, at the end of the litigation | The class did not receive reasonable notice of this request, the funds belong to the claimants who did not receive their money or notice, and this Court has not approved any *cy pres*. This Court should not award attorney fees except for work actually done after all claimants are paid their approved payments, which did not happen as to 25% of the claimants. |
| 11. The Court directs Plaintiffs to pay the awarded fees and expenses from the remaining settlement funds of $5,448,087.41. | It is not "remaining settlement funds," but funds from claimants whose checks were not delivered or who did not cash their checks. |
| 13. If there are any further remaining settlement funds after the secondary distribution, assuming such funds will be economically infeasible to distribute, Plaintiffs shall propose an appropriate cy pres recipient with approval from the Court after the check void date for this secondary distribution. At that time, Class Counsel will also provide an update to the Court regarding the final resolution of Mr. Chekian's claims. | This Court stated, "in this case, payment to a Court-approved *cy-pres* would only take place for a 'tiny fraction of funds if money remains after paying Class members.'"2015 WL 3396829 *3 (N.D.Cal. May 26, 2015). However, this is not what is happening. Class Counsel converted the uncashed checks from the claimants, did not notify them despite the cost-effectiveness of email, and seeks to redistribute and provide the leftover funds to *cy pres*. |

For the reasons above, Xanadu objects and Gould joins the objection as to the attorney fees, lack of notice to claimants, and plan to redistribute.

II. **Class Counsel's Subjecting Xanadu Corp. to a Heightened Standard of Review and Ultimate Conclusions Constitutes Error**

Class Counsel presented this Court with a potpourri of issues that it wanted to review during a re-audit including Xanadu's email, its corporate structure, why its check was not accepted (which we now know from Entry 1375-4 is because Rust Consulting's faulty addressing system omitted the City, State, and Zip from the visible area of the envelope), and speculation about Xanadu's phone number.

However, none of these things formed the basis for the decision. Rather, Class Counsel directed Rust to apply a completely different standard of review than that applied to other claimants pursuant to the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20.

Specifically, under the prior standard that applied to every other claimant, a declaration appeared sufficient. Indeed, Rust approved Xanadu's claim and mailed the check. Xanadu's claim passed the "quality assurance" review described by Joel Botzet.

Apparently, the mail service erroneously stamped the first check closed box. However, Xanadu contacted Rust and asked for a reissue. The reissue envelope was returned as well, and it clearly is Rust's fault, see entry 1375-4 (having so much text on it that the City, State, and Zip was beyond the window's visible area). The record is clear that Rust received the check back and made no effort to correct its addressing error or contact Xanadu.

The record reflects that Xanadu followed up, but Rust ignored the email. When Xanadu's attorneys contacted Class Counsel, they took it upon themselves to demand a plethora of items not requested from other claimants and a Zoom call.

Despite knowing that the result was predisposed and that Class Counsel was guiding Rust, it participated in an hour-long Zoom call dominated by Class Counsel while Rust asked just a couple questions.

The decision of "Rust" (at the direction of Class Counsel) did not mention the topics Class Counsel raised to this Court. As shown, the predisposition provided by Rust invoked a heightened standard that other claimants were not subjected to. That standard did not include the declaration

that Rust clearly accepted from Xanadu and other claimants originally. Rather, it demanded copies of the records that formed the basis of Xanadu's internal spreadsheet. This standard was not demanded of other claimants. Apparently, it needed to know when the documents were destroyed; something impossible to provide as to records from 2010. Notably, other claimants did not need to provide this unless, of course, they asked for their money after Class Counsel decided to seek a million dollar in fees from money that belongs to the people they are supposed to represent.

The following Table demonstrates that Xanadu was improperly subjected to a heightened standard with a predisposition:

| | |
|---|---|
| The original claim submitted by Corp Xanadu was for 1,337 tickets to the settlements in In re Transpacific Passenger Air Transportation Antitrust Litigation. On September 30, 2022, at the request of Class Counsel, at the direction of the Court, and after new information came to light, additional information was requested to establish the legitimacy of Corp Xanadu's claim for 1,337 tickets to the settlements in In re Transpacific Passenger Air Transportation Antitrust Litigation. | It is correct that Rust did not initiate any review, that it approved the claim and it passed the "quality assurance" review, and it was only opened at the "at the request of Class Counsel." As to the "new information," none of the so called "new information" was cited in the predisposition decision. The additional information requested was not asked of other class members and the standard applied to Xanadu differed vastly from that applied to other claimants per the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. |
| Final Determination: After further review of the claim, including the additional documentation submitted by Corp Xanadu on October 18, 2022 and December 1, 2022, the Settlement Administrator has determined that Corp Xanadu has not provided the documentation needed to support its claim and is therefore due $0 in settlement benefits. | The burden of proof greatly exceeded that described in the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20 which applied to other claimants. Indeed, Rust approved Xanadu's claim and it passed the "quality assurance" review. Rust did not cite any of the information Class Counsel advised the Court as a reason for denying its claim. On the contrary, the sole basis to deny the claim is the heightened standard selectively applied to Xanadu that differed from the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. |
| The Settlement Administrator has made the foregoing determination based on a number of factors, including, but not limited to the following: The 144 American Airlines itineraries provided for | Xanadu repeatedly made clear to Rust and Class Counsel on the Zoom call and in writing that the 144 tickets, which encompass a single project during a period less than two months, were not |

| claimed ticket purchases between the dates of July 2015 and August 2015 did not verify that Corp Xanadu was the payor of the foregoing claimed ticket purchases. Thus, even though those purchases fell within a qualifying period for the settlement classes, Corp Xanadu provided no documentation (e.g., bank statements) that it paid for such purchases. | included in the claim submissions previously made. Rather, Xanadu made it clear they provided them to demonstrate the involvement in Transpacific travel. See Entry 1375-5, pages 8 and 9, paragraphs 56-60.<br><br>Paragraph 65, page 9, explains, "Xanadu only claimed flights taken between the years 2002 and 2008." *Id.*<br><br>As these tickets were not the basis of Xanadu's claims, and were provided to demonstrate the business activity, the payment data lacks any relevance. |
|---|---|
| During an interview with Rich Sutton, Corp Xanadu's CEO, he informed us that the documents used to determine the number of tickets claimed for American Airlines and the other airlines were destroyed. Without this information the Settlement Administrator is unable to verify the methodology used to determine the number of ticket purchases claimed; | As to the documents used to determine the number of tickets claimed, Xanadu did provide an internal spreadsheet summary. However, the actual underlying ticket by ticket data, Xanadu did not retain as to tickets from 15 to 20 years ago.<br><br>As this litigation involves tickets that are decades old, Rust did not require this type of documentation from other claimants. Obviously, most companies, including Xanadu, would not have the data. This is why Rust only required declarations from other claimants, of which apparently Xanadu's was good enough until the intervention of Class Counsel and the heightened burden of proof placed upon it. The proper burden of proof is found at *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. Xanadu's supplemental declaration (Entry 1375-5) at paragraph 64 explains, "Per normal business and record retention procedures, we do not currently have airline ticket copies, reservation numbers, or reservation confirmations for tickets from 15 to 20 years ago." Paragraph 65 explains that Xanadu only claimed flights from 2002 through 2008. |
| Additionally, the Settlement Administrator requested the date when the foregoing documents were destroyed and information to explain the difference in the records maintained for the years 2002 – 2008 and 2009 – 2015, including the names of the employees that maintained the records for these two time periods. The requested information was never provided. | Xanadu did not have data showing when the information was destroyed or *if* it was actually destroyed. Xanadu explained that it actually did not locate the documents. As to the names of the persons, the data is totally non-relevant and meaningless. Nevertheless, as shown by Entry 1375-8,page 3, the names of the persons who maintained the records from 2002 to 2008 was Maria Sanchez. After 2008, various secretaries existed including Adriana Rodriguez, Priscilla Arias, Diayanna Hernandez, and Mariana Campos. How these names help Rust, or would have helped Rust, is baffling. |

| | Xanadu's supplemental declaration (Entry 1375-5) at paragraph 64 explains, "Per normal business and record retention procedures, we do not currently have airline ticket copies, reservation numbers, or reservation confirmations for tickets from 15 to 20 years ago." Paragraph 65 explains that Xanadu only claimed flights from 2002 through 2008. |
|---|---|
| Accordingly, the Settlement Administrator was not able to verify that the documentation ever existed to substantiate the ticket purchases claimed | During the Zoom call, Xanadu's agent testified that at the time of the claim, sufficient data existed. The claim form was actually submitted in 2015. Rust waited five years to begin audits. |
| | Because this litigation involved flights from 2002 to 2008, and the claims period did not begin until a decade thereafter, Rust accepted declarations from claimants knowing that the records would not ordinarily exist. *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. |
| | At the direction of Class Counsel, Rust applied a heightened standard to Xanadu that did not comport with the *Botzet* Declaration's standard of review. |
| Aside from the claimed purchases on American Airlines, Corp Xanadu provided no documentation of purchases for any travel on other qualifying airlines to substantiate its claims; | As explained above, the documentation no longer exists. Because this litigation involved flights from 2002 to 2008, and the claims period did not begin until a decade thereafter, Rust accepted declarations from claimants knowing that the records would not ordinarily exist. *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. |
| | At the direction of Class Counsel, Rust applied a heightened standard to Xanadu that did not comport with the *Botzet* Declaration's standard of review. |
| The Settlement Administrator also asked Corp Xanadu to provide any marketing material and/or magazine ads for Xanadu Corp services to confirm the nature of Corp Xanadu's business, which Corp Xanadu has not provided. | Xanadu provided Rust and Class Counsel with a Declaration relating to the business activities. It simply does not have the marketing material from 20 years ago that was requested. *See* Entry 1375-5, page 4, paragraphs 22-23. |
| | Rust did not request this material from any other claimant, only from Xanadu. The standard applied to other claimants is found in the *Declaration of Joel K. Botzet*, Entry 1322-1, paragraphs 15-20. |
| Finally, after Mr. Sutton represented that Corp Xanadu never owned any property in the United States, including vehicles, the Settlement Administrator asked Corp Xanadu to explain why it filed a claim | Regardless of the appropriateness of Class Counsel and Rust's breaching data from another settlement that Class Counsel had no purview over, Xanadu has no vehicles in the United States. It provided Rust with the purchase order from August 2010, |

| | |
|---|---|
| and received a settlement payment in the Parking Heaters settlement in 2019 (this settlement paid monies to those who purchased an aftermarket parking heater for their commercial vehicles between October 1, 2007 and December 31, 2012). Corp Xanadu did not provide any explanation. | which Rust publicly filed at Entry 1375-6. The Purchase Order clearly states that the diesel heaters were used for investigation of a frost protection hypothesis by its researcher, James Arthur Banta in California. After Rust propounded its insinuation, Xanadu clarified even further that the parking heaters were not used in connection with any vehicles. *See* Entry 1375-8. |

Most objectionable is the fact that Class Counsel represented to this Court that it desired Rust to reopen the claim – which was already approved and passed the "quality assurance" review – based on insinuations, speculation, and allegations made to the Court in its filings. These speculative issues included Xanadu's corporate structure, its address, its used of "phreakmail.com" instead of a corporate email. Xanadu addressed all of these issues, which were the crux of Class Counsel's specious concerns. Specifically, Xanadu addressed its corporate structure, *see* Entry 1375-5, page 3-4, paragraphs 14-21, the domain name and the fact that it does have but simply did not use its corporate email, *id*, page 5, par. 26-32, why the mail was not delivered (which we now know was Rust's mismailing shown by Entry 1375-4, *id* pages 6-7, pars. 33-44, non-registration with the California Secretary of State (Xanadu was a Costa Rican corporation that split into several Colorado corporations), *id,* pages 7-8, par. 45-48, its telephone number, *id* page 8, par. 49-51, the company's request for a check in the company name only, *id*, page 8, pars. 52-55.

Clearly, the basis to apply a heightened standard solely to Xanadu should have eviscerated with this information. Instead, Class Counsel had Rust apply an impossible standard to Xanadu that it did not apply to other class members.

One reason most likely is that Xanadu objected to the entire administration of the check issuances on behalf of all class members. Class Counsel is seeking attorney fees from money purportedly abandoned by claimants when, in reality, Rust's checks were mismailed (*see* Entry 1375-4) and over 25% of claimants did not receive or did not cash their checks. Therefore, Class Counsel had the incentive to attempt to declare Xanadu a non-member of the class to take away its

standing.  It enmeshed itself in the process, with Class Counsel interrogating Xanadu for 45

minutes of a Zoom call while Rust had only 15 minutes of questions.  It directed Rust to apply a

different standard.

If Rust was truly the decision-maker, before with respect to the claim it approved and

which passed "quality assurance," then there would have been no need for Class Counsel to pull it

by a leash to achieve the result it needed to impugn Xanadu's standing.  Rather, Class Counsel

would have simply told Rust to apply the same standard it applied to other claimants, but to

review its concerns– all of which were addressed.  Instead, Rust applied a heightened burden of

proof to achieve Class Counsel's desired results.

Therefore, Xanadu objects to this conflict-ridden non-uniform approach.

### III. Class Counsel Disclosed that Rust Consulting Acted Negligently in Mailing Checks Using Faulty Software which Explains the Large Percentages of Unpaid Checks.

As this Court knows, Xanadu's approved claim resulted in the mailing of a check that was

returned to Rust Consulting ("Rust"), the claims administrator.  Xanadu Corp. reordered the check

from Rust and they remailed it.  For the first time, Rust disclosed the envelope of the returned

check.  As shown by Entry 1375-4, at least as to the Check to Xanadu, Rust's system repeated

address lines over and over pushing the city, state, and zipcode to below the window making

delivery impossible.

This gross negligence as to the handling of a six figure check reveals the reason why

claimants must be contacted and told how to request a replacement check before Class Counsel is

rewarded with more fees.

### IV. Considering How Rust Consulting Misaddressed the Second Check to Xanadu, Contacting Claimants with Returned Checks or Uncashed Checks is Fair

We now see from Entry 1375-4 why some checks did not reach the claimants.  Indeed,

25% of claimants did not receive or did not cash their check.  Class Counsel believes this is

normal and cites another case that they participated in and converted, without objection, money to

claimants who did not receive their check.  Class counsel should be embarrassed by its pattern of disregard rather than trying to cite its past poor administration of claims to justify the present.

It appears more than simple:  Class Counsel and Rust Consulting maintain a fiduciary duty to advise people by email who did not receive their payment or did not cash it.  Compare Class Counsel's position with *In re Optical Disk Drive Antitrust,* 3:10-md-02143-RS, Entry 3122 (N.D.Cal. Jan. 8, 2023).  In that case, the district court granted more time so Class Counsel could notify people who did not cash their checks and provide them with additional time to order a new check.  The district court explained, "The settlement administrator reports that an unexpectedly large number of checks distributed in the second round of settlement payments have gone uncashed—[. . .] In the interest of maximizing the dollar amount returned to class members, the settlement administrator requests an additional 60 days, during which efforts will be made to contact those who have not cashed their checks, and in which checks will be reissued if necessary."

In another case where Cotchett Pitre & McCarthy acted as Class Counsel, the same issue came up.  Like this case, Class Counsel adamantly refused to agree to notify claimants when their checks were returned despite an objection.  Objectors appealed and Class Counsel changed their stance.  Class Counsel agreed that they would automatically resend checks if misaddressed or where a new address could be located and that, if not, they would contact the claimant by email.  The Court found this benefitted the class.  In re:  Zoom Privacy, 2022 WL 16861661 (N.D. Cal. Nov. 11, 2022).

In the present case, Class Counsel appears interested in minimizing payout to class members.  This position is unfortunate considering the fiduciary duties to the class that Class Counsel has.  *See*, *e.g., Staton v. Boeing Co.* 327 F.3d 938, 959 (9th Cir. 2003)( class counsel ultimately owe their fiduciary responsibility to the class as a whole and are therefore not bound by the views of the named plaintiffs regarding any settlement); *In re GMC Pick–Up Truck Fuel Tank Prods. Liab. Litig.,* 55 F.3d 768, 801 (3d Cir.1995) ("Beyond their ethical obligations to their

clients, class attorneys, purporting to represent a class, also owe the entire class a fiduciary duty once the class complaint is filed").

It is often said that judges act as fiduciaries for absent class members. *Rodriguez v. West Publ'g Corp.*, 563 F.3d 948, 968 (9th Cir. 2009); Reynolds v. Beneficial Nat'l Bank, 288 F.3d 277, 279–80 (7th Cir. 2002) ("We and other courts have gone so far as to term the district judge in the settlement phase of a class action suit a fiduciary of the class."); 4 WILLIAM B. RUBENSTEIN, NEWBERG ON CLASS ACTIONS § 13:40 (5th ed. 2020) (noting that in class action litigation "the law requires the judge to act as a fiduciary" of absent class members).

This Court should not allow the 25% of claimants who did not receive their check – some because of Rust's errors as shown at Entry 1575-4 – or those who did not cash them because years passed from the claims period to the distribution period to lose their money.

## V.   CONCLUSION

Based on the above, the motion for second distribution and attorney fees must be denied. First, Xanadu needs to receive the funds so wrongfully mismailed by Rust considering that none of their allegations formed a basis for their decision and that they applied a different standard to its claim. Second, Claimants with returned or unclaimed checks need to be notified and given the opportunity to receive their money. Third, any money left should be provided to the proper state's unclaimed property fund. Fourth, only if money remains, Class Counsel needs to notify class members by email that they intend to seek attorney fees.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____

J. Allen Roth, Esq.

COUNSEL FOR OBJECTORS
DAVID GOULD AND XANADU
*PRO HAC VICE)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Case No. 3:07-cv-05634-CRB |
| | MDL No. 1913 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SECONDARY DISTRIBUTION OF REMAINING SETTLEMENT FUNDS AND REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
| ALL ACTIONS | |

[Proposed] Order Granting Plaintiffs' Motion for secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; Case No. 3:07-cv-05634 CRB

2-ER-064

1       This litigation has been completely settled since December 2019 when the Court granted

2  final approval of the last settlement (ECF No. 1318) and entered a final judgment as to the last

3  Defendant (ECF No. 1319). In the approximately two years after that, the claims administrator,

4  Rust Consulting, Inc. ("Rust"), processed settlement class members' claims to the settlements and

5  made an initial distribution of the net settlement funds on March 17, 2022. Plaintiffs now seek

6  entry of an order authorizing a secondary distribution of the remaining uncashed net settlement

7  funds, additional claims administration expenses, and further attorneys' fees and reimbursement

8  of expenses in connection with settlement administration.

9       The Court, having reviewed Plaintiffs' Notice of Motion and Motion for Secondary

10  Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement

11  of Expenses ("Motion") (ECF No. 1347), the objections by Corp Xanadu, David Gould, and Kelly

12  Overvold (together, "Objectors") (ECF Nos. 1353, 1357), Plaintiffs' reply in support of the

13  Motion (ECF No. 1356), Plaintiffs' notices regarding Corp Xanadu's claim, including Rust's final

14  determination as to Corp Xanadu's claim (ECF Nos. 1370, 1371, 1374), and the Court's files and

15  records in this matter, hereby finds that the relief requested is appropriate.

16

17       Accordingly, it is hereby ORDERED and DECREED that:

18       1.     The Court authorizes a holdback of $50,000 for Claimant Michael Chekian;[1]

19       2.     The Court overrules the objections by Objector Corp Xanadu because Corp

20  Xanadu did not establish that it had any qualifying purchases. In failing to do so, therefore, not

21  only has it failed to establish that it is entitled to share in the settlement proceeds, but it has also

22  failed to establish that it is a settlement class member. Courts considering class action settlements

23  must verify that every class member has standing, and it is the class member's burden to establish

24  standing. *In re Volkswagen "Clean Diesel" Mktg.*, No. 15-MD-02672-CRB, 2022 WL 17730381,

25  at *1 (N.D. Cal. Nov. 9, 2022) (citing *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2207–08

26  (2021)). Non-class members have no standing to object to the settlement of a class action. *Clean

27

28  [1] *See* Tr. of Remote Zoom Video Conference Proceedings 14:17-18, 16:1-3 (Nov. 4, 2022) (ECF No. 1347).

---

[Proposed] Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds
and Request for Attorneys' Fees and Reimbursement of Expenses, Case No. 3:07-cv-05634 CRB    1

2-ER-065

1    *Diesel*, 2016 WL 6248426, at \*22 (N.D. Cal. Oct. 25, 2016), *aff'd sub nom. Clean Diesel*, 895

2    F.3d 597 (9th Cir. 2018), and *aff'd sub nom. Clean Diesel*, 741 F. App'x 367 (9th Cir. 2018).

3           3.     Corp Xanadu (claim number 0000144970) filed a claim to the settlements in this

4    litigation. Rust audited Corp Xanadu's claim because the audit threshold established for

5    businesses was 1,000 or more tickets. Corp Xanadu did not support any of its claimed ticket

6    purchases with actual invoices or other corporate records. Instead, Corp Xanadu's alleged 1,337

7    claimed tickets are supported by a one-page Affidavit, executed by the alleged Secretary of Corp

8    Xanadu, Carlos Suica, on October 2, 2020 in response to Rust's September 20, 2020 audit letter.

9    On September 30, 2022, at the direction of the Court (ECF No. 1358) and the request of Class

10   Counsel, Rust requested additional documentation or information from Corp Xanadu to establish

11   the legitimacy of its claim.

12          4.     Rust has now completed reviewing the documents and information that Corp

13   Xanadu provided by November 30, 2022 and has made a determination on Corp Xanadu's claim

14   (ECF No. 1374). Specifically, Rust determined "there is $0 due in settlement benefits" to Corp

15   Xanadu based on numerous factors, including, but not limited to:

16

17          (a)    The 144 American Airlines itineraries that Corp Xanadu provided for

18                 claimed ticket purchases between the dates of July 2015 and August 2015

19                 did not verify that Corp Xanadu was the payor of the foregoing claimed

20                 ticket purchases. Thus, even though those purchases fell within a

21                 qualifying period for the settlement classes, Corp Xanadu provided no

22                 documentation (*e.g.*, bank statements) that it paid for such purchases[2];

23

24

---

25   [2] Rust noted that Corp Xanadu redacted the name of the payor from all itineraries that it provided
     to Rust, which the Court finds to be inconsistent with Corp Xanadu's obligation to demonstrate
26   that it was the purchaser of these tickets. *See Miller v. Ghirardelli Chocolate Co.*, No. 12-CV-
     04936-LB, 2015 WL 758094, at \*10 (N.D. Cal. Feb. 20, 2015) (holding that three objectors lacked
27   standing to challenge settlement because none had purchased the defendant's product and suffered
     injury).
28

[Proposed] Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds
and Request for Attorneys' Fees and Reimbursement of Expenses – Case No. 3:07-cv-05634 CRB

2

2-ER-066

(b) During an interview with Rich Sutton, Corp Xanadu's CEO, he informed Rust that the documents used to determine the number of tickets claimed for American Airlines and the other airlines were destroyed. Without this information, Rust was unable to verify the methodology used to determine the number of ticket purchases claimed;

(c) Rust requested, but Corp Xanadu did not provide, the date when the foregoing documents were destroyed and information to explain the difference in the records maintained for the years 2002 – 2008 and 2009 – 2015, including the names of the employees that maintained the records for these two time periods. Accordingly, Rust was not able to verify that the documentation ever existed to substantiate the ticket purchases claimed;

(d) Aside from the claimed purchases on American Airlines, Corp Xanadu provided no documentation of purchases for any travel on other qualifying airlines to substantiate its claim;

(e) Rust also asked Corp Xanadu to provide any marketing material and/or magazine ads for Corp Xanadu services to confirm the nature of Corp Xanadu's business, which Corp Xanadu never provided; and

(f) After Mr. Sutton represented that Corp Xanadu never owned any property in the United States, including vehicles, Rust asked Corp Xanadu to explain why it filed a claim and received a settlement payment in *In re: Parking Heaters Antitrust Litigatio*n in 2019 (this indirect purchaser plaintiff settlement, which Rust administered, paid monies to those who purchased an aftermarket parking heater for their commercial vehicles between October 1, 2007 and December 31, 2012). Corp Xanadu did not provide any explanation.

[Proposed] Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; Case No. 3:07-cv-05634 CRB    3

2-ER-067

1   5.   In summary, Rust determined that Corp Xanadu is not a settlement class member

2   because it does not have any valid claim to the net settlement funds. As Corp Xanadu is not a

3   settlement class member, the Court need not consider its objections.

4   6.   The Court will nevertheless address the merits of all objections raised. The Court

5   overrules the objections by Objectors Corp Xanadu, David Gould, and Kelly Overvold for several

6   reasons:

7       (a)   First, the Objectors received notice of the proposed secondary distribution

8       and filed objections, directly contradicting their argument that Plaintiffs

9       and Rust failed to provide reasonable notice of such distribution.

10      Furthermore, Class Counsel already provided notice of each of the three

11      rounds of settlements, which the Court approved (ECF Nos. 1009, 1259-1,

12      1318). There is no authority for the proposition that a comprehensive notice

13      program pursuant to Federal Rule of Civil Procedure 23 is required when

14      Class Counsel and the Court are simply seeking to redistribute uncashed

15      settlement funds as part of the claims administration process. *See*, *e.g.*, *Six*

16      *(6) Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301, 1307 (9th

17      Cir. 1990) ("Federal courts have broad discretionary powers in shaping

18      equitable decrees for distributing unclaimed class action funds.");

19      *Keepseagle v. Vilsack*, 118 F. Supp. 3d 98, 117 (D.D.C. 2015) (noting that

20      "as a general matter, 'a court's goal in distributing class action damages is

21      to get as much of the money to the class members in as simple a manner as

22      possible'");

23      (b)   Second, the Objectors received notice of Plaintiffs' request for attorneys'

24      fees and reimbursement of expenses and filed objections, directly

25      contradicting their argument that Plaintiffs failed to provide reasonable

26      notice of such request. Moreover, Class Counsel already provided

[Proposed] Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses, Case No. 3:07-cv-05634 CRB                    4

2-ER-068

reasonable notice to settlement class members of their fee requests in connection with each of the three rounds of settlements (ECF Nos. 986, 1227, 1307), and the deadlines to object to these requests have long passed. The pending request for attorneys' fees and reimbursement of expenses relates to Class Counsel's lodestar and expenses in connection with settlement administration between August 1, 2019 and July 31, 2022. Additionally, this Court invited Class Counsel to submit this request. Hr'g Tr. at 9:12-16 (Jul. 6, 2022). The amount of fees requested fall below the amount described in the settlement notice for the prior settlement round;[3]

(c)     Third, given the amount of the remaining uncashed settlement funds (*i.e.*, $5,448,087.41), the Objectors' contention that such funds should escheat to the states is unsupported in the Ninth Circuit and in class actions generally—and is nowhere to be found in any of the settlement agreements at issue. *See Hester v. Vision Airlines, Inc.*, No. 2:09-CV-00117-RLH, 2017 WL 4227928, at *2 (D. Nev. Sept. 22, 2017) ("[r]edistribution of unclaimed class action funds to existing class members is proper and preferred" because it "ensures that 100% of the [settlement] funds remain in the hands of class members" and because "class settlements rarely 'pay individual class members the full value of their claims'"); William B. Rubenstein, Newberg on Class Actions, § 12:30 (5th ed.) ("Redistribution is more likely to bring the class members closer to that value rather than to be a windfall.").

---

[3] Class Counsel requested attorneys' fees of 33%, and the Court granted 25%, in connection with the third and final round net settlement fund (ECF Nos. 1307 at 1 (motion), ECF No. 1314 at 14 (order)). The Court's award here of additional attorneys' fees of $1 million, or 18.355%, from the remaining settlement funds of $5,448,087.41, results in a fee award of 26.77% in connection with third and final round net settlement fund (*i.e.*, less than the 33% noticed).

[Proposed] Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses, Case No. 3:07-cv-05634 CRB    5

2-ER-069

7. Having addressed the holdback for Mr. Chekian and the objections by Corp Xanadu, David Gould, and Kelly Overvold, the Court grants the Motion.

8. The Court authorizes reimbursement of additional claims administration expenses totaling $125,921.00 in connection with Rust's anticipated work through the secondary distribution and a *cy pres* distribution, if necessary, at the end of the litigation.

9. The Court authorizes reimbursement of incurred litigation expenses totaling $4,876.85 in connection with Class Counsel's settlement administration work from August 1, 2019 through July 31, 2022.

10. The Court awards attorneys' fees totaling $1 million in connection with Class Counsel's settlement administration work from August 1, 2019 through the secondary distribution and a *cy pres* distribution, if necessary, at the end of the litigation.

11. The Court directs Plaintiffs to pay the awarded fees and expenses from the remaining settlement funds of $5,448,087.41.

12. The Court authorizes a secondary distribution of the remaining settlement funds of $5,448,087.41 less the holdback of $50,000 for Mr. Michael Chekian, less the additional claims administration expenses of $125,921.00 for Rust and reimbursement of litigation expenses of $4,876.85 for Class Counsel authorized by the Court above, and less the attorneys' fees of $1 million for Class Counsel awarded by the Court above.

13. If there are any further remaining settlement funds after the secondary distribution, assuming such funds will be economically infeasible to distribute, Plaintiffs shall propose an appropriate *cy pres* recipient with approval from the Court after the check void date for this secondary distribution. At that time, Class Counsel will also provide an update to the Court regarding the final resolution of Mr. Chekian's claims.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; Case No. 3:07-cv-05634 CRB

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB |
| | MDL No. 1913 |
| **This Document Relates To:** | **DECLARATION OF JOEL K. BOTZET IN SUPPORT OF PLAINTIFFS' FURTHER NOTICE REGARDING CORP XANADU'S CLAIM** |
| **ALL ACTIONS** | |

Declaration of Joel K. Botzet in Support of Plaintiffs' Further Notice Regarding Corp Xanadu's Claim
MDL No. 1913; Case No. 3:07-cv-05634-CRB

2-ER-071

I, JOEL K. BOTZET, declares and states that:

1.     I am a Program Manager for Rust Consulting, Inc. ("Rust"), the Court-appointed Claims Administrator for the class action Settlements in this case. My business address is 920 Second Avenue South, Suite 400, Minneapolis, Minnesota 55402. My business telephone number is 612-359-2035. I am authorized to make this declaration on behalf of Rust.

2.     Rust has extensive experience in class action matters, having provided settlement administration services in class action lawsuits affecting millions of class members in cases involving antitrust, employment, consumers, banking and financial services, property, insurance, securities, and products liability, among its more than 8,000 projects.

3.     Except as otherwise stated, I am fully familiar with and have personal knowledge of the matters stated in this declaration and am competent to testify about them if called upon to do so. I submit this declaration to provide the Court and the parties to the above-captioned action with information supporting Plaintiffs' Further Notice Regarding Corp Xanadu's Claim as well as Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses ("Secondary Distribution Mot.") (ECF No. 1347).

4.     This declaration supplements my previous declarations in support of the Secondary Distribution Motion and Reply thereto (ECF Nos. 1347-1, 1356-1).

**A.     Background on Objector Corp Xanadu's Claim**

5.     Corp Xanadu (claim number 0000144970) filed a claim to each of the three rounds of Settlements in this action online through the settlement website (www.airlinesettlement.com). Corp Xanadu's contact information is:

First and Last Name: Corp Xanadu

Email: corpxanadu@phreakmail.com

Phone: (801) 823-1320

Address: 5042 Wilshire Boulevard #35581, Los Angeles, California 90036

6.     Corp Xanadu's claim includes the following tickets:

---

| Airline | Route | Date | Number of Tickets |
|---|---|---|---|
| American Airlines | USA to Tokyo | 2004 | 150 |
| Cathay Pacific Airways | USA to Tokyo | 2004 | 62 |
| | USA to Tokyo | 01/01/2005 – 01/31/2005 | 10 |
| Delta Airlines | USA to Tokyo | 2008 | 90 |
| Japan Airlines | USA to Tokyo | 02/01/2005 – 12/31/2005 | 260 |
| | USA to Tokyo | 2006 | 270 |
| | USA to Tokyo | 2007 | 270 |
| United Airlines | USA to Tokyo | 2003 | 35 |
| | USA to Tokyo | 2003 | 190 |
| **Total** | | | 1,337 |

7. Rust audited Corp Xanadu's claim because the audit threshold established for businesses was 1,000 or more tickets. Corp Xanadu did not support any of its claimed ticket purchases with actual invoices or other corporate records. Instead, Corp Xanadu's alleged 1,337 claimed tickets are supported by a one-page Affidavit, executed by the alleged Secretary of Corp Xanadu, Carlos Suica, on October 2, 2020 in response to Rust's September 20, 2020 audit letter. Rust initially approved the claim based on the signed Affidavit.

8. Attached hereto as **Exhibit 1** is a true and correct copy of Corp Xanadu's Audit Response that includes Mr. Suica's Affidavit.

9. On August 24, 2021, Rust sent a determination letter by USPS to Corp Xanadu's alleged Wilshire Boulevard address initially approving the claim, which USPS returned as undeliverable with no forwarding address on September 22, 2021.

10. Attached hereto as **Exhibit 2** is a true and correct copy of USPS undeliverable letter.

11. On October 11, 2021, Corp Xanadu emailed Rust indicating that it did not receive the determination letter and stating that the Wilshire Boulevard address was correct. Rust replied to the email and attached the determination letter attached hereto as **Exhibit 3**.

Declaration of Joel K. Botzet; MDL No. 1913; Case No. 3:07-cv-05634-CRB

2-ER-073

12. On March 17, 2022, Rust mailed a check in the amount of $603,831.08 by USPS to Corp Xanadu's alleged Wilshire Boulevard address, which USPS again returned as undeliverable with no forwarding address on April 11, 2022. Attached hereto as **Exhibit 4** is a true and correct copy of USPS undeliverable check.

13. On April 25, 2022, Rust sent the claimant names and addresses of all checks returned as undeliverable, including the check to Corp Xanadu, to a vendor to obtain an updated address through an automated process called "batch trace," which did not return a better or updated address for Corp Xanadu.

14. On July 26, 2022, consistent with this Court's order at the July 6, 2022 hearing, Class Counsel advised Rust to stop reissuing checks immediately and proceed with voiding uncashed original checks as of July 31, 2022 and uncashed reissued checks as of August 30, 2022.

15. On July 30, 2022, Mr. Suica emailed Rust indicating that Corp Xanadu did not receive a check and provided a new mailing address: 8605 Santa Monica Boulevard #10287, West Hollywood, California 90069. Rust did not process this request because it came after Class Counsel's request to stop reissuing checks on July 26, 2022.

16. On August 24, 2022, Mr. Suica emailed Rust inquiring about reissuance of the check.

17. With the exception of Mr. Suica's July 30, 2022 email, Rust answered Corp Xanadu's multiple emails regarding its claim status.

**B.** **Rust's Examination of Corp Xanadu's Claim**

18. On September 30, 2022, at the direction of the Court[1] and the request of Class Counsel, Rust requested additional documentation or information to establish the legitimacy of Corp Xanadu and its claim given that USPS returned both the August 2021 determination letter to Corp Xanadu (*see* ¶ 9, *supra*) and the March 2022 settlement check to Corp Xanadu (*see* ¶

---

[1] On September 27, 2022, the Court entered the Order Setting Hearing, which provided that ". . . Class Counsel and Rust may audit/re-examine Corp. Xanadu's claim, consistent with their obligation to pay only qualified claimants" (ECF No. 1358).

12, *supra*) as undeliverable with no forwarding address and given the spike in potentially fraudulent claimants requesting the reissuance of checks right after Plaintiffs filed the Second Distribution Motion.[2] As noted, *supra* at ¶ 7, Corp Xanadu's alleged 1,337 claimed tickets are supported by a one-page Affidavit, executed by the alleged Secretary of Corp Xanadu, Carlos Suica, on October 2, 2020.

19.     On October 18, 2022, Corp Xanadu provided the following documents, which are attached hereto as **Exhibit 5**:

    a.  The Declaration of Richard Sutton (undated);

    b.  Statement of Foreign Entity Authority filed with the Colorado Secretary of State on February 24, 2013;

    c.  Resolution of Trust Services S.A. and Trust Services Inc. executed by Carlos Suica, Secretary of Trust Services S.A. and Trust Services Inc., on February 26, 2013;

    d.  Xanadu Corp.'s Articles of Incorporation for a Profit Corporation filed with the Colorado Secretary of State on February 27, 2013;

    e.  A compilation of America Airlines tickets from July 2015 through August 2015 with payor and passenger information redacted; and

    f.  Xanadu Corp. Certificate of Fact of Good Standing issued by the Colorado Secretary of State on October 17, 2022.

---

[2] In the weeks after filing the Secondary Distribution Motion on August 8, 2022, Class Counsel and Rust received 16 e-mails from potentially fraudulent claimants requesting the reissuance of checks. They request that Rust reissue a check for under $10,000. Each of these claimants list their address as different units in various apartment complexes on West Duarte Road in Arcadia, California, or as post office boxes in Southern California. To verify the legitimacy of these claims, Rust sought interviews from each of these claimants regarding (1) why they all have similar addresses or post office box addresses, (2) why they have substantively identical emails, and (3) why they disclosed attempts to circumvent federal law requiring banks to report cash transactions of $10,000 or more pursuant to the Currency and Foreign Transactions Reporting Act. To date, none of these potentially fraudulent claimants have responded to Rust's request for an interview.

Declaration of Joel K. Botzet; MDL No. 1913; Case No. 3:07-cv-05634-CRB

20.     Instead of confirming the legitimacy of Corp Xanadu and its claims, the documentation that Corp Xanadu provided raised more questions. Consequently, on November 1, 2022, Rust and Class Counsel conducted an interview of Rich Sutton, Corp Xanadu's CEO, regarding the documentation provided. During this interview, to answer the questions raised, Rust requested Corp Xanadu provide additional documentation or information by November 30, 2022.[3]

21.     On November 30, 2022, Corp Xanadu provided some but not all of the additional documentation and/or information requested. Specifically, Corp Xanadu provided the following documents, which are attached hereto as **Exhibit 6**:

a. List of Xanadu Corp.'s Directors (undated); and

b. Trust Services S.A.'s Purchase Authorization of August 1, 2010 relating to Corp Xanadu's claim filed to the indirect purchaser plaintiff settlements in *In re: Parking Heaters Antitrust Litigation*, Case No.1:15-mc-00940-DLI-JO (E.D.N.Y.), which Rust administered.[4]

22.     On December 27, 2022, Rust sent the final determination letter, attached hereto as **Exhibit 7**, which stated that after further review of Corp Xanadu's claim, including the additional documentation submitted by Corp Xanadu on October 18, 2022 and December 1, 2022, Rust determined Corp Xanadu did not provide the documentation needed to support its claim and is therefore due $0 in settlement benefits. Rust communicated this determination, including a list of the factors supporting the determination, to Mr. Sutton, with copy to Corp Xanadu's attorney, John Allen Roth, by email. Rust also communicated this determination by mail to Corp Xanadu, 8605 Santa Monica Blvd #10287, West Hollywood, CA 90069, on the same day.

---

[3] Rust requested that Corp Xanadu provide: (1) Any marketing material and/or magazine ads for Corp Xanadu's services; (2) a list of its Directors and Officers; (3) banking records to document that the American Airline tickets provided were paid by Corp Xanadu; (4) confirmation from Mr. Suica of the date when documents used for determining the number of tickets claimed were destroyed; (5) confirmation from Mr. Suica of the name of employee(s) that maintained the records for 2002 – 2008 and 2009 – 2015; and (6) information regarding the claim to the indirect purchaser plaintiff settlements in *In re: Parking Heaters Antitrust Litigation* that Corp Xanadu submitted in 2019.

[4] Corp Xanadu therefore did not provide items (1), (3), (4), and (5) in footnote 3, *supra*.

Declaration of Joel K. Botzet; MDL No. 1913; Case No. 3:07-cv-05634-CRB

23.     The foregoing determination based on a number of factors, including, but not limited, to the following:

    a.   The 144 American Airlines itineraries provided for claimed ticket purchases between the dates of July 2015 and August 2015 did not verify that Corp Xanadu was the payor of the foregoing claimed ticket purchases. Thus, even though those purchases fell within a qualifying period for the settlement classes, Corp Xanadu provided no documentation (*e.g.*, bank statements) that it paid for such purchases;

    b.   During an interview with Rich Sutton, Corp Xanadu's CEO, he informed us that the documents used to determine the number of tickets claimed for American Airlines and the other airlines were destroyed. Without this information the Rust is unable to verify the methodology used to determine the number of ticket purchases claimed;

    c.   Additionally, Rust requested the date when the foregoing documents were destroyed and information to explain the difference in the records maintained for the years 2002 – 2008 and 2009 – 2015, including the names of the employees that maintained the records for these two time periods. The requested information was never provided. Accordingly, the Rust was not able to verify that the documentation ever existed to substantiate the ticket purchases claimed;

    d.   Aside from the claimed purchases on American Airlines, Corp Xanadu provided no documentation of purchases for any travel on other qualifying airlines to substantiate its claim;

    e.   Rust also asked Corp Xanadu to provide any marketing material and/or magazine ads for Xanadu Corp services to confirm the nature of Corp Xanadu's business, which Corp Xanadu has not provided;

    f.   Finally, after Mr. Sutton represented that Corp Xanadu never owned any property in the United States, including vehicles, Rust asked Corp Xanadu to explain why

it filed a claim and received a settlement payment in the *In re: Parking Heaters Antitrust Litigation* in 2019 (this indirect purchaser plaintiff settlement paid monies to those who purchased an aftermarket parking heater for their commercial vehicles between October 1, 2007 and December 31, 2012). Corp Xanadu did not provide any explanation.

24.     The December 27, 2022 determination letter concludes Rust's examination of Corp Xanadu's claim.

25.     On January 9, 2023, Rich Sutton of Corp Xanadu responded to the December 27, 2022 determination letter. Attached hereto as **Exhibit 8** is a true and correct copy of this letter.

**C.     Scope of Rust's Claims Administration Work Generally**

26.     For ease of reference, Rust provides an overview of the scope of its claims administration work in this litigation below.

27.     As the Claims Administrator, Rust is required to follow the terms of the Settlement Agreements and the claims administration process approved by the Court. The Distribution Plan approved by the Court ordered Rust to prepare and mail checks to qualified claimants in the amounts equal to their *pro rata* share of the Settlement Funds.

28.     During the distribution phase, the scope of Rust's services included the following:

a.     Calculate and distribute the initial payment distribution to Settlement Class Members that were determined to have approved claims;

b.     Remail payments returned as undeliverable with forwarding addresses. Payments returned by the U.S. Postal Service with forwarding addresses were flagged and the addresses were updated in Rust's database. Rust then reissued payments and mailed them to the updated addresses;

c.     Trace and remail payments returned as undeliverable with no forwarding addresses. Payments returned by the U.S. Postal Service with no forwarding addresses were flagged in Rust's database with this

designation. As part of its normal practices, Rust then performed a batch trace through a vendor to locate updated addresses, as it did with Corp Xanadu without success. Alternative mailing addresses returned from trace were updated in Rust's database. Rust then reissued payments and mailed them to the updated addresses returned from trace; and

d. Reissue payments upon request. Rust worked with Settlement Class Members who requested reissue payment requests, including assisting Settlement Class Members and financial institutions with the check cashing process.

29. The claims administration of the Settlements began in 2015, prior to the common use of email addresses and electronic payments in class action settlements. Therefore, settlement communications via email were not part of the Settlement Class Member notification process and electronic payment information was not part of the claim filing or settlement distribution processes in this action.

30. Tens of thousands of Settlement Class Members received notice of the settlements in this action and filed claims, including Corp Xanadu.

31. Rust sent determination letters by USPS to all claimants, including Corp Xanadu, and answered emails from claimants inquiring about their claim status.

32. After the initial distribution on March 17, 2022, Rust received inquiries from claimants primarily residing outside of the United States who were experiencing difficulty cashing or depositing their checks. Rust, in consultation with Class Counsel, established a process for claimants who contacted Rust because they were unable to cash a physical check. For these claimants, Rust made payments via PayPal.

33. During the claims administration process, Rust conducted all outreach to claimants by mail. This included mailing Request for Information letters to claimants with claims determined to be deficient or ineligible; Request for More Information letters in the audit process;

and Notice of Determination Letters to all individuals and entities who filed claims and whose claims were not withdrawn. These letters were mailed to the most current address in the settlement database, whether provided on the claim form, by the claimant through email, phone, or mail, or through address trace.

34.     At the start of claims administration, before notices were mailed, Rust established an email address, info@airlinesettlement.com, for claimant inquiries. The email address was provided on all outbound communications to Settlement Class Members and available on the settlement website, www.airlinesettlement.com.

35.     Rust does not provide regular claim status updates to Settlement Class Members by email but does respond to Settlement Class Members' requests for claim status updates by email, phone, and mail upon request. Not all claimants provided an email address.

36.     As an experienced class action settlement claims administrator, Rust determined the best way to handle undeliverable checks is to utilize a "batch trace" process with a vendor as outlined in this declaration. Rust's email communications with Settlement Class Members were limited to receiving and responding to email inquiries directed to Rust by Settlement Class Members.

37.     Neither the Court's orders regarding settlement distribution nor the Federal Rules of Civil Procedure require Rust to email each of the 96,133 individuals and companies that submitted claims in this action every time Plaintiffs file a motion. There is no efficiency or precedent for emailing or mailing motions to claimants when they are readily available on the settlement website. Furthermore, this would expend much of the remaining uncashed settlement funds.

38.     Since Plaintiffs moved for secondary distribution of the remaining settlement funds on August 8, 2022, Rust has received 16 e-mails with questionable, potentially fraudulent, requests for reissuance of checks. Each of these emails are in substantially the same form and same language. They request that Rust reissue a check for under $10,000 and "split the check into

two checks or issue a check in the amount for $9,500" because the claimant "cannot cash a check and walk out of the bank with more than $10,000 in cash." Each of these claimants list their address as different units in various apartment complexes on West Duarte Road in Arcadia, California, or as post office boxes in Southern California. Accordingly, Rust has been carefully reviewing these check reissue requests and verifying the legitimacy of the claimants and their claims. To verify the legitimacy of these claims, Rust is in the process of seeking interviews from each of these claimants in connection with their requests for reissuance of checks. These interviews will seek explanations from these claimants regarding their alleged purchases and will seek to understand (1) why they all have similar addresses or post office box addresses, (2) why they have substantively identical emails, and (3) why they disclosed the appearance of attempts to circumvent federal law requiring banks to report cash transactions of $10,000 or more pursuant to the Currency and Foreign Transactions Reporting Act, among other fraud prevention inquiries. Rust will conduct the interviews and evaluate the results of the interviews and reissue requests with Class Counsel as needed.

### D. Rust's Process for Undeliverable Checks

39. Between 2015 and February 28, 2022, 1,289 claimants contacted Rust with a change of address. Rust updated those addresses in the settlement database.

40. After the distribution as some checks were returned as undeliverable, Rust used the unique barcode printed on each check to identify the claimant record in the settlement database. Rust imaged the returned checks and flagged them as undeliverable in the settlement database. Rust included a code that indicated whether the Post Office had included a forwarding address, and if so, keyed the indicated address in the settlement database. For checks returned as undeliverable without forwarding addresses, Rust created files of names and last known addresses that were sent to a vendor to obtain an updated address through the automated "batch trace" process describe above. Rust uses vendors commonly used by class action administrators to return

---

a better or updated address for those whose checks were returned as undeliverable. A check was re-mailed if an updated address was obtained.

41. During the distribution phase, Rust traced 5,444 undeliverable checks. For those, 3,391 alternative addresses were returned and checks were remailed. Of these remailed checks, 2,314 were cashed.

42. As of August 3, 2022, 16,216 checks in the amount of $5,448,087.41 or 5% of the initial amount distributed remain uncashed. Of those, 3,337 checks do not have mailable addresses.

**E.    Settlement Website**

43. At the start of the claims administration, Rust established the settlement website, www.airlinesettlement.com, in 10 languages. Prior to sending notice for Phase 2 in June 2018, the website was changed to provide information in four languages: English, Japanese, Traditional Chinese, and Simplified Chinese. Prior to sending notice for Phase 3 in July 2019, the website was changed to provide information in three languages: English, Japanese, and Traditional Chinese. Rust provided status updates through the initial distribution on March 17, 2022 in these languages on the website.

44. On April 8, 2022, Rust posted the Notice of Post-Distribution Accounting to the Court Documents page of the settlement website.

45. On August 9, 2022, Rust posted the documents related to the Motion for Secondary Distribution to the Court Documents page of the settlement website.

46. On August 16, 2022, Rust posted the documents related to the Reply in Support of the Motion for Secondary Distribution to the Court Documents page of the settlement website.

47. The Court Documents page is linked to the English, Chinese, and Japanese pages of the settlement website. Rust updated the settlement status on the English home page of the website when these documents were posted. The home pages for other languages were not updated when there were no changes to the Commonly Asked Questions.

1

**F.    Rust's Experience in Similar Actions**

2      48.    In a similar airline antitrust litigation matter, such as *In re Korean Air Lines Co.,*

3  *Ltd. Antitrust Litigation*, MDL No. 1891, No. 2:07-cv-05107-SJO-AGR (C.D. Cal.), Rust

4  followed a similar distribution plan that did not include sending reminder notifications to

5  Settlement Class Members who did not cash their settlement payments.

6      49.    I declare under penalty of perjury under the laws of the United States that the

7  foregoing is true and correct to the best of my knowledge.

8      Executed this 16th day of January 2023 in Minneapolis, Minnesota.

9

10

11     Joel K. Botzet

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Joel K. Botzet; MDL No. 1913; Case No. 3:07-cv-05634-CRB

# EXHIBIT 1



5823





- UAA - 8 - 1130
*0000146338*

CORP XANADU
CARLOS SUICA
6042 WILSHIRE BLVD # 35591
LOS ANGELES CA 90036-4305

FOR OFFICIAL USE ONLY

07

Page 1 of 2

☐ If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: ____ ____ ____ ____

# REQUEST FOR THIRD ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the Japan, *Satogaeri*, and Settlement Class III Classes with the claim form deadline of April 1, 2020.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

October 12, 2020.

Sign and Date

I (we) declare under penalty of perjury, that the documentation provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to December 1, 2016. I understand that my Claim may be subject to audit verification and Court review.

_____          10/02/2020
Claimant Signature                                    Date

Carlos Suica
Print Name/Capacity of person signing

4109678787-000035-02-05-00





 8-1130

*0000146338*

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator that included at least one flight segment originating in the U.S. to Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through December 1, 2016.

| Column 1 | Column 2 |
|---|---|
| Airline that sold you ticket for travel | Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
| AMERICAN AIRLINES | 150 |
| CATHAY PACIFIC AIRWAYS | 72 |
| DELTA AIRLINES | 90 |
| JAPAN AIRLINES (JAL) | 800 |
| UNITED AIRLINES | 225 |

---

[1] China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

2-ER-087

41096787-000035-02-05-00

||||||||||||||||||||| - UAA - 8 - 1130

*0000146338*

CORP XANADU
CARLOS SUICA
6042 WILSHIRE BLVD # 35581
LOS ANGELES CA 90036-4305

FOR OFFICIAL USE ONLY

07

Page 1 of 2

☐ If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: ___ ___ ___ ___ ___

# REQUEST FOR SECOND ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the ANZ, EVA/China Airlines, and PAL Settlement Classes with the claim form deadline of December 21, 2018.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

October 12, 2020.

Sign and Date

I (we) declare under penalty of perjury, that the documents provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to the December 1, 2016. I understand that my Claim may be subject to audit verification and Court review.

_Carl S_____     10/02/2020
Claimant Signature                              Date

Carlos Suica, Secretary
Print Name/Capacity of person signing



2-ER-088




*0000146338*

8-1130

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator where at least one flight segment was between the U.S and Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through the Effective Date.

| Column 1<br>Airline that sold you ticket for travel | Column 2<br>Total Number of Tickets Purchased for travel between the U.S. and Asia/Oceania | Column 3<br>Number of Tickets Identified in Column 2 that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
|---|---|---|
| AMERICAN AIRLINES | 150 | 150 |
| CATHAY PACIFIC AIRWAYS | 72 | 72 |
| DELTA AIRLINES | 90 | 90 |
| UNITED AIRLINES | 225 | 225 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Purchase Information (continued)

With respect to claims concerning travel on Asiana Airlines and/or Korean Airlines where at least one flight segment was between the U.S. and Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through the Effective Date, provide documentation for the tickets claimed in the following section:

| Column 1<br>Airline that sold you ticket for travel | Column 2<br>Total Number of Tickets Purchased for travel between the U.S. and Asia/Oceania | Column 3<br>Number of Tickets Identified in Column No. 2 that were Purchased for One-Way or Roundtrip Travel Originating in the United States | Column 4<br>Number of Tickets Identified in Column No. 3 where the Republic of Korea was the destination | Column 5<br>Number of Tickets Identified in Column No. 2 that were Purchased for One-Way or Roundtrip Travel Originating in the Republic of Korea |
|---|---|---|---|---|
| Asiana Airlines | | | | |
| Korean Airlines | | | | |

² China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

2-ER-089

4109678?-000035-03-05-00



```
*0000146338*
```
~ UAA - 8 - 1180

CORP XANADU
CARLOS SUICA
5042 WILSHIRE BLVD # 35581
LOS ANGELES CA 90036-4305

FOR OFFICIAL USE ONLY

07

Page 1 of 2

☐ If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: ____ ____ ____ ____

# REQUEST FOR FIRST ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the Qantas, Cathay Pacific, and Thai Airlines Settlement Classes with the claim form deadline of October 13, 2015 and the JAL, Air France, Singapore Airlines, Vietnam Airlines, and Malaysian Air Settlement Classes with the claim form deadline of April 3, 2018.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

October 12, 2020.

Sign and Date

I (we) declare under penalty of perjury, that the documentation provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to the Effective Date.

_____     10/02/2020
Claimant Signature                      Date

Carlos Suica, Secretary
Print Name/Capacity of person signing

41096787-000035-04-05-00





2-ER-090

Corp Xanadu
5042 Wilshire Blvd #35581, Los Angeles, CA 90036

## AFFIDAVIT

I, Carlos Suica, do hereby declare the following as being true and correct under penalties of perjury under the laws of the United States this 2nd day of October, 2020:

1. That I am the Secretary of Corp Xanadu, am duly authorized to act on behalf thereof, and further am knowledgeable with regards to the company's claim in re: the Transpacific Air Transportation Litigation.

2. That I received correspondence from TRANSPACIFIC AIR SETTLEMENT - 4422 regarding our claim number 0000144970 which gives a response deadline of October 12.

3. That between January 1, 2000 and December 1, 2016 we made purchases of the following transpacific airline tickets that qualify under the Transpacific Air Settlements in the U.S. District Court for the Northern District of California:

   One hundred and fifty (150) transpacific airline tickets from the USA to Tokyo on American Airlines:
   - i) One hundred and fifty (150) during 2004

   Seventy two (72) transpacific airline tickets from the USA to Tokyo on Cathay Pacific Airways:
   - i) Sixty two (62) during 2004
   - ii) Ten (10) between Jan 1, 2005 and Jan 31, 2005

   Ninety (90) transpacific airline tickets from the USA to Tokyo on Delta Airlines:
   - i) Ninety (90) during 2008

   Eight hundred (800) transpacific airline tickets from the USA to Tokyo on Japan Airlines, all of which paid a fuel surcharge:
   - i) Two hundred and sixty (260) between Feb 1, 2005 and Dec 31, 2005
   - ii) Two hundred and seventy (270) during 2006
   - iii) Two hundred and seventy (270) during 2007

   Two hundred and twenty five (225) transpacific airline tickets from the USA to Tokyo on United Airlines:
   - i) Thirty five (35) during 2002
   - ii) One hundred and ninety (190) during 2003

4. None of the airline tickets were purchased for resale purposes. All purchases were made for our own use and qualify under the Settlements.

on behalf of Corp Xanadu

CARLOS SUICA
Secretary

41096787-000035-01-05-00




*0000146338* 8-1130

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator where at least one flight segment originated in the U.S. to Asia or Oceania (Australia, New Zealand or the Pacific Islands), and the purchase was made between January 1, 2000 and December 1, 2016.

| Column 1 | Column 2 |
|---|---|
| Airline that sold you ticket for travel | Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
| CATHAY PACIFIC AIRWAYS | 72 |
| JAPAN AIRLINES (JAL) | 800 |

Provide documentation for the tickets claimed in the following section that you purchased from All Nippon Airways and/or Japan Airlines where at least one flight segment meets the criteria of the Japan Settlement Class or *Satogaeri* Settlement Class (defined above):

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Airline that sold you ticket for travel | Number of Tickets Identified above that you Purchased between February 1, 2005 and December 31, 2007 and paid a Fuel Surcharge | Number of Tickets Identified above that you Purchased between January 1, 2000 and April 1, 2006 for an eligible *Satogaeri* Fare |
| All Nippon Airways | | |
| Japan Airlines | 800 | 0 |

---

[1] China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

000035

OCT 21 2020

FIRST-CLASS MAIL
US POSTAGE
**PAID**
PALATINE, IL
PERMIT #459

XANADU
5042 WILSHIRE BLVD # 35581
LOS ANGELES, CA 90036-4305



**USPS CERTIFIED MAIL**

9207 1902 3589 0900 0006 5237 74

TRANSPACIFIC AIRLINE
PO BOX 2209
FARIBAULT, MN 55021-1609

41096787-000035-05-05-00



USPS CERTIFIED MAIL™

5502181609 B050

# EXHIBIT 2

Transpacific Air Transportation Settlement
c/o Rust Consulting, Inc.
P.O. Box 2209
Faribault, MN 55021-1609

T65 P1
23240CU30

**IMPORTANT LEGAL MATERIALS**

*00001463338*  UAA

********AUTO**ALL FOR AADC 900
CORP XANADU
CARLOS SUICA
5042 WILSHIRE BLVD # 35581
LOS ANGELES CA 90036-4305

UTF
55021>1609

Return to Sender
Mailbox closed or unkn...

NIXIE      910   DC 1        0009/1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 55021160909    *2952-08019-1

2-ER-096

# EXHIBIT 3

| | |
|---|---|
| **From:** | airlinesettlement |
| **Sent:** | Wednesday, October 13, 2021 4:27 PM |
| **To:** | 'corpxanadu@phreakmail.com'; airlinesettlement |
| **Subject:** | RE: determination letter? |

Thank you for your inquiry. Your letter was returned to us as "Return to Sender/Not Deliverable As Addressed/Mailbox closed or Unknown" by the USPS.

Below is a copy of the determination letter sent to you via USPS on August 24, 2021.

NOTICE OF CLAIM FINAL DETERMINATION for Class Member ID 146338

We have received and processed the Claim Form(s) that you filed in the Transpacific Airline Settlement along with any supporting documentation you may have provided at our request.  Upon reviewing the claim and purchase information provided below are the ticket counts that qualify for each of the settlement classes:

| Settlement Class | QualifiedTicketCount |
|---|---|
| JAL Settlement Class: | 72 |
| Air France/Singapore Airlines/Vietnam Airlines Settlement Class: | 537 |
| Thai Airways Settlement Class: | 537 |
| Malaysian Air Settlement Class: | 72 |
| Cathay Pacific Airways/Qantas Settlement Class: | 72 |
| ANZ Settlement Class: | 1874 |
| EVA/China Airlines Settlement Class: | 944 |
| PAL Settlement Class: | 1874 |
| Settlement Class III (passenger air transportation originating in the U.S. that included at least one segment to Asia/Oceania from a Defendant between January 1, 2000 and December 1, 2016): | 1816 |
| Japan Settlement Class (Fuel Surcharge): | 800 |
| *Satogaeri* Settlement Class: | |

This letter is for informational purposes only and you do not need to do anything in response.  The ticket totals are the basis for calculating the settlement benefits for which you are entitled.  More information including the Settlement Class definitions is located on the website www.airlinesettlement.com.

Sincerely,

Settlement Administrator
Transpacific Air Settlement
PO Box 2209
Faribault, MN 55021-1609

info@airlinesettlement.com

-----Original Message-----
From: corpxanadu@phreakmail.com [mailto:corpxanadu@phreakmail.com]
Sent: Monday, October 11, 2021 4:02 PM
To: airlinesettlement <info@airlinesettlement.com>
Subject: determination letter?

Hello,

I am writing on behalf of Corp Xanadu.  Transpacific settlement claim number 0000144970.

Shouldn't we have received a determination letter?  The settlement website refers to determination letters being sent prior to distribution of settlement payments.

We have not received ours.

The company's address as provided at the time of entering its claims remains active, which is:

Corp Xanadu
5042 Wilshire Blvd #35581
Los Angeles, CA 90036

If you could proceed and send the determination letter via reply email here, that would suffice.


Carlos Suica
Secretary

EXHIBIT 4

Transpacific Air Transportation Settlement
c/o Rust Consulting, Inc. - 4422
PO Box 2209
Faribault MN 55021-1609

UAC

* 0 0 0 0 1 4 6 3 3 8 - 3 9 6 8 4 *

********AUTO**ALL FOR AADC 900

T84 P1
33261CU42

CORP XANADU
CARLOS SUICA
CARLOS SUICA
5042 WILSHIRE BLVD # 35581

NIXIE        911   DC 1        0003/2

RETURN TO SENDER
TEMPORARILY AWAY
UNABLE TO FORWARD

TA
55021>1609

BC: 55021160909      *2152-03151-2

# EXHIBIT 5

## DECLARATION

I declare under the penalty for perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief (28 USC 1746):

1. My name is Rich Sutton.  I am the Chief Executive Officer of Xanadu Corp., a Colorado corporation, and successor in interest to a division of Trust Services S.A., a Costa Rica corporation.

## Objections

2. By submitting this Declaration, Xanadu Corp. does not waive its objections to the inappropriate singling out of our enterprise with respect to its claim and submissions.

3. Specifically, we understand that we are being treated in a disparate manner than other claimants and subjected to a higher standard of review.

4. That is, we did not opt out of the settlement with the understanding that all class members would be treated equally and that the settlement agreement, terms, deadlines, and administration would apply equally to all claimants.

5. If it was disclosed during the proceedings that, after our claim was approved, Class Counsel could arbitrarily decide to overturn the approval and impose burdens not applied equally as to all claimants, we would have opted out of the settlement and filed a parallel proceeding.

6. Specifically, the Claims Administrator, Rust Consulting, Inc., approved our claim.

7. We believe that Class Counsel, which is supposed to represent the interest of the class members, engaged in objectionable conduct by forcing a post-approval audit to favor its own request for attorney fees.

8. We believe that Class Counsel maintains a clear conflict of interest by violating the terms and conditions of the settlement and the Order approving the same, attempting to convert our funds to a portion of its attorney fee request, and advocating against the terms and conditions of its own settlement agreement and procedures and the determination made by the claims administrator that it chose to make sure that all class members were treated equally and subject to the same procedures.

9. If our claim is subject to post-approval audit because we utilized a virtual office, we believe that Rust Consulting should conduct post-approval audits with respect to all claimants that submitted claims using a mailing address instead of a physical address, something not even asked on the original claim forms.

10. If we are subject to a criteria that other claimants were not, notwithstanding their use of estimations or other criteria, then Rust Consulting should seek to engage in a post-approval audit of those claimants on an equal basis.

11. Specifically, it is clear that our claim is being subjected to a different, more onerous standard, than claims submitted by similarly situated companies.

12. We further object to the handling by Rust Consulting, at the direction of Class Counsel, to simply convert payments that were misdelivered or not cashed to claimants without any attempt to notify them. In this case, Rust Consulting knew how to reach us, but made zero effort to do so when the check was returned the second time. This clearly breaches the fiduciary duty to claimants, especially when Rust Consulting knew there was a significant amount of time (several years) between the claims time and the time payment was made.

13. By responding to the inappropriate and objectionable post-approval audit, we reserve our right and ability to initiate litigation outside of these proceedings.

### Corporate structure

14. Trust Services S.A. was an entity in Costa Rica formed on or around November 29, 2001.

15. During 2013, the environment for consulting businesses domiciled primarily in Costa Rica stalled with respect to conducting international business.

16. Therefore, on February 24, 2013, Trust Services S.A. registered a Statement of Foreign Entity Authority pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.) entitling it to conduct business in the United States. The document was filed by Rodrigo Calderon, a Costa Rican national vested with proper authority for the purpose.

17. With this document, to comply with Colorado law, the entity name was changed to Trust Services Inc.

18. Four days later, to enable Trust Services' business operations to be converted into various domestic United States enterprises, it caused the creation of several entities including Xanadu Corp., along with ten other corporations.

19. All of the rights, liabilities, receivables, and assets of Trust Services' business, as described below, was transferred to Xanadu Corp., an entity 100% owned by Trust Services.

20. All of the rights, liabilities, receivables, and assets of Trust Services' other business activities, not relevant to the business described below, were transferred to one of nine entities formed on the same day.

21. Collectively we refer to the present and past operations as Xanadu or Xanadu Corp.

### Nature of the business

22. Xanadu Corp.'s business, as relevant to the present case, involved locating temporary personnel on a contract basis including designers, marketing specialists, business presenters, interpreters, models, business escorts, and security personnel usually for events, trade shows, video creation, acting, and other types of one-time contracts. At all times material, we adhered to the standards of the *The Code of Conduct for the Protection of Children from Sexual Exploitation in Travel and Tourism* and other protocols related to prevention of trafficking and exploitation of persons.

23. As to the specific question as to the number of "employees" it had during the material times, the enterprise maintained between 4 and 62 employees depending on which year, primarily in Costa Rica, Nicaragua, Ecuador, Dominican Republic and Colombia. These employees did not travel routinely. The employees conducted marketing, telemarketing, online marketing, travel coordination, supervision of events, making reports, etc. The travel purchased or paid for by Xanadu Corp. involved independent contractors, usually retained for a specific one or multi-time purpose, not its employees.

### Current operations

24. Currently, the Company no longer engages in this type of business activity. Due to a change in the environment, the availability of companies to find their own contractors using the internet, and liability, the business model from 2000 to 2015 is no longer feasible.

25. Therefore, Xanadu Corp.'s business activities have winded down to less than 1% of its activities during the first decade from 2000.

## Domain Name *Phreakmail.com*

26. We understand that Class Counsel is attempting to impugn our use of our domain name *phreakmail.com* in connection with the filing of our claim.

27. Contrary to the incorrect insinuation about the domain name, our domain name demonstrates our long term business.

28. Specifically, any person can register a domain name. For example, we could register the domain name IBM.xyz, but have no association with IBM. To do so would cost under $10. Yet, Class Counsel implied that a domain name or the contents of a domain name somehow legitimizes or delegitimizes a business.

29. A review of the domain history of *phreakmail.com* demonstrates several things. First, it shows the registration occurred in 2004, over 18 years ago. From www.whois.ws, one can see the following: (1) The domain registration occurred during 2004; (2) the domain name is registered through Epik.com; and (3) the name servers are through www.dandydns.com , our dns provider.

Domain Name: PHREAKMAIL.COM
Registry Domain ID: 122654399_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.epik.com
Registrar URL: http://www.epik.com
Updated Date: 2022-06-10T08:03:05Z
Creation Date: 2004-06-16T17:51:39Z
Registry Expiry Date: 2023-06-16T17:51:39Z
Registrar: Epik Inc.
Registrar IANA ID: 617
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DANDYDNS.COM
Name Server: NS2.DANDYDNS.COM
Name Server: NS3.DANDYDNS.COM
Name Server: NS4.DANDYDNS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2022-10-15T00:31:13Z <<<

30. Reviewing our domain www.xanaducorp.net, which should impress Class Counsel under their mistaken belief system as to what a claimant should use to communicate, one can see on www.whois.ws that: (1) The domain was

registered on February 28, 2013, the same day we formed the Colorado corporation that is the successor to the Trust Services S.A business; (2) The domain was registered through Epik.com; and (3) The DNS uses the name servers www.dandydns.com, the same provider as the *phreakmail.com* domain.

Domain Name: XANADUCORP.NET
Registry Domain ID: 1783243900_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.epik.com
Registrar URL: http://www.epik.com
Updated Date: 2022-02-22T08:03:33Z
Creation Date: 2013-02-28T06:35:36Z
Registry Expiry Date: 2023-02-28T06:35:36Z
Registrar: Epik Inc.
Registrar IANA ID: 617
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DANDYDNS.COM
Name Server: NS2.DANDYDNS.COM
Name Server: NS3.DANDYDNS.COM
Name Server: NS4.DANDYDNS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2022-10-15T00:19:53Z <<<

31. We used the phreakmail.com domain instead of the xanaducorp.net domain because we simply did not consider a need to modify practices to impress as to what we believed was a claim worth a couple thousand dollars.

32. Our goal was to assure that we received communications in a timely manner and the *phreakmail* email enabled us to receive notifications (not that Rust Consulting bothered to use it to notify us that a problem occurred).

### Why our mail was not delivered.

33. Xanadu Corp. rents, and has rented, a virtual office in Colorado since its formation date in 2013 in Golden, Colorado, at 14143 Denver Parkway. In addition, Xanadu Corp. since 2013, has its name listed in the building directory in the lobby. However, mail to our Colorado location takes up to one

month to be delivered to Costa Rica. Therefore, we do not ordinarily use this location.

34. Therefore, for legal and official communications, the company desired to have easy access to mail notifications, especially since its control persons are in Central and South America.

35. To accomplish this task, in 2013, we subscribed to a virtual mailbox service through a company known as Mail Box Forwarding and obtained our Los Angeles mailing address.

36. Mail Box Forwarding provided prompt notification of received mail.

37. Unbeknownst to us, Mail Box Forwarding did not actually operate the Los Angeles address.

38. About two years ago, Mail Box Forwarding abruptly, and without advance notice, ended their relationship with the Los Angeles mailbox provider.

39. Because we desired to maintain the address, we contacted the actual owners of the Los Angeles mail location and established a relationship with them and they agreed to allow us to use the exact same address.

40. We have received, and are receiving, other mail communications to the address.

41. We are not aware of why the mail was returned on both occasions.

42. If we were notified that the mail was returned a second time, we would have inquired promptly.

43. We understand that the address we listed on our claim remains valid.

44. When we did not receive the payment, we contacted a third party agency and arranged for them to accept delivery of the item.

### Registration with the California Secretary of State

45. We never registered with the California Secretary of State because we do not conduct business in California. On the contrary, our maintenance of a mail facility does not constitute the minimum contacts necessary to require registration.

46. We never represented Xanadu to be a California corporation or Enterprise.

47. The claims form requested only our mailing address.

48. If Rust Consulting and Class Counsel believed the registration of the business and actual physical location constituted a relevant question, then it should have been a question on the claim form or asked of all claimants.

### Our Telephone Number

49. Class counsel insinuated that our telephone number consisted of a "landline" phone number in Utah.

50. This is not correct.

51. The number still exists and is in service, has been used by us since 2013, but it is not a landline. It is a business voice over internet protocol line. These types of lines are used in the course of business operations.

### Our request for a check in the Company Name only

52. In an email to the claims administrator, we requested that the check be made to the Company only.

53. The reason for this is obvious. The claim does not belong to an individual. It belongs to a company.

54. Paying a check jointly to a company and an individual could create tax complications for the individual who received no benefit of the payment. In addition, banks ordinarily do not allow joint accounts between an individual and a corporation, requiring the company to obtain an endorsement of an individual who has no right to receive the proceeds.

55. Therefore, our request constituted good business practices and was meant to avoid both problems with accounting and with our bank.

### More recent airline ticket purchases

56. In alignment with normal business practices and record retention, we did not retain airline ticket copies, reservation numbers, or reservation confirmations for tickets from 15 to 20 years ago.

57. However we herein show, as demonstrated by the attached, in July 2015, in connection with a potential dispute in an unrelated matter, retained ticket data from a single airline for travel in July and August 2015.

58. The data is provided to show a short period more recent sampling of the vast amount of travel our agents participated in and to respond to the incorrect presumption by class counsel that 1,200 tickets over a multi-year span is somehow a large number.

59. While this batch of tickets is not limited to Asia flights, during 2015 our business declined over 85% from 2000 through 2007, yet we managed over 70 international flights with over 120 passengers in connection with our placement consulting during a two month period from a single airline. Of course, we sent the agents on multiple airlines and usually booked directly with the airlines in question. Only American Airlines data is provided as that is the only carrier that we retained in connection with the dispute.

60. If anything, our claim is grossly underestimated, not overestimated, as even some of these tickets would have and the similar tickets from 2010 through 2015 would have been included in the settlement period.

61. However, we believed that the entire claim was valued at a few thousand dollars at the most and were not going to perform an audit of tickets to increase our claim.

62. Therefore, we limited our claim to Japan-based flights that we had noted on a spreadsheet because of projects that occurred during the early 2000s.

**Ticket purchases made during the class period**

63. We incorporate our original claim and declaration provided in response to the audit by reference as if fully set forth again. We reaffirm that the information contained therein contains numbers *smaller* than the actual amount of tickets purchased or paid for by Xanadu during the settlement period.

64. Per normal business and record retention procedures, we do not currently have airline ticket copies, reservation numbers, or reservation confirmations for tickets from 15 to 20 years ago.

65. Based on reviews of company activity records including accounting records, contractor logs and notes, and client records that were available at the time the claim data was entered, it was fairly evident that the Company's qualifying transpacific air travel exceeds the actual number of flights claimed. The settlement period covered transpacific flights purchased between January 1, 2000 and December 1, 2016. Xanadu only claimed flights taken between the years 2002 and 2008. For example, if one reviewed our outstanding tickets

from the printouts dated July 11 and July 12, 2015, it is evidence that we omitted tickets from this period.

66. Flights prior to 2002 were not claimed because they were non-existent, at least for the most part. The company was formed towards the end of 2001 and likely did not have qualifying flights prior to 2002, or if it did there would have been a very limited number thereof.

67. However, based on the clearly evident business activity taking place in those years, qualifying flights were almost certainly purchased between the years 2009 and 2016.

68. Because the logs and notes do not provide sufficient data to ascertain exactly how many flights were taken, and with which airlines in which years, no qualifying flights were claimed during the 2009 through 2016 period.

69. However, if we were to include 2009 to 2016 flights, it is believed that the number of tickets would increase dramatically. As shown by our sampling from late July to August 2015, from a single airline, it is clear that hundreds of additional flights could have been added per year.

70. The logs and notes for 2002 through 2008 that were available at the time that the claim was entered did contain sufficient data to provide the attached spreadsheet containing the qualifying flight data for those years, which are reflective of the qualifying flights purchased **and** actually claimed.

71. We note at the time that we lodged our claim, our expected recovery was under $3,000. We did not have any information that certain types of tickets would pay several hundred dollars per ticket in refunds, exceeding by a large multiplier the actual cost of the fuel surcharge. Nevertheless, we expect to be treated equally and paid pursuant to the scheduled distribution on our approved claim.

72. Our claims are based on direct purchases (from the airline itself) with tickets we paid for with respect to our contract operations in Japan.

Rich Sutton

Sheet1

Transport Log    Years 2002 – 2008    All transport is USA to NRT

| Carrier: | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|
| American Airlines | | | 150 | | | | |
| Cathay Pacific Airways | | | 62 | 10 | | | |
| Delta Airlines | | | | | | | |
| Japan Airlines | | | | 260 | 270 | 270 | 90 |
| United Airlines | 35 | 190 | | | | | |
| Total Flights Recorded: | 35 | 190 | 212 | 270 | 270 | 270 | 90 |

Page 1

2-ER-112



Colorado Secretary of State
Date and Time: 02/24/2013 04:54 PM
ID Number: 20131119719

Document number: 20131119719
Amount Paid: $1.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

*ABOVE SPACE FOR OFFICE USE ONLY*

## Statement of Foreign Entity Authority
filed pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number, the entity name, and the true name, if different, are

Entity ID number     20131119719
*(Colorado Secretary of State ID number)*

Entity name     Trust Services Inc.

True name     Trust Services S.A.
(if different from the entity name)

2. The form of entity and the jurisdiction under the law of which the entity is formed are

Form of entity     Foreign Corporation

Jurisdiction     Costa Rica

3. The principal office address of the entity's principal office is

Street address     Frente Edificio ICE
*(Street number and name)*

San Pedro     2050
*(City)*     *(State)*     *(ZIP/Postal Code)*
San Jose     Costa Rica
*(Province – if applicable)*     *(Country)*

Mailing address     Apartado 2132-2050
(**leave blank** if same as street address)     *(Street number and name or Post Office Box information)*

San Pedro     2050
*(City)*     *(State)*     *(ZIP/Postal Code)*
    Costa Rica
*(Province – if applicable)*     *(Country)*

4. The registered agent name and registered agent address of the entity's registered agent are

Name
(if an individual)
    *(Last)*     *(First)*     *(Middle)*     *(Suffix)*

or

(if an entity)     ABC Agents Inc.

(**Caution:** Do not provide both an individual and an entity name.)

2-ER-113

Street address      **4643 S Ulster Street**
*(Street number and name)*

**Denver**     **CO**   **80237**
*(City)*      *(State)*      *(ZIP Code)*

Mailing address
(**leave blank** if same as street address)
*(Street number and name or Post Office Box information)*

    **CO** .
*(City)*      *(State)*      *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

[✓] The person appointed as registered agent above has consented to being so appointed.

5. The date the entity commenced or expects to commence transacting business or conducting activities in Colorado is **06/01/2013** .
*(mm/dd/yyyy)*

6. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
[ ] This document contains additional information as provided by law.

7. *(**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____ .
*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

**Calderon**      **Rod**
*(Last)*      *(First)*      *(Middle)*      *(Suffix)*
**Apartado 2132-2050**
*(Street number and name or Post Office Box information)*

**San Pedro**         **00000**
*(City)*      *(State)*    *(ZIP/Postal Code)*
     **Costa Rica** .
*(Province – if applicable)*      *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
[ ] This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

2-ER-114

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

## RESOLUTION OF

TRUST SERVICES S.A.
TRUST SERVICES INC.


San Jose, Costa Rica:

At a meeting of the shareholders of Trust Services S.A. ("TSSA"), duly registered as Trust Services Inc., on February 26, 2013, it is hereby RESOLVED that:

1. TSSA shall form Xanadu Corp. in Colorado with 100% of the shares owned by TSSA.

2. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's international consulting, contract fulfillment, and personnel placement services to Xanadu Corp.

3. TSSA shall form Nicaragua Holding Co. in Colorado with 100% of the shares owned by TSSA.

4. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's Nicaragua travel, hospitality, and property management business to Nicaragua Holding Co.

5. TSSA shall form International Wireless Inc. in Colorado with 100% of the shares owned by TSSA.

6. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's wireless reseller accounts to International Wireless Inc.

7. TSSA shall form Networking Services Inc. in Colorado with 100% of the shares owned by TSSA.

8. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's network, cloud computing, data entry, and data processing enterprises and contracts to Networking Services Inc.

9. TSSA shall form Forex Financial Authority Corp. in Colorado with 100% of the shares owned by TSSA.

10. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, customer accounts, and business activities related to TSSA's foreign exchange operations to Forex Financial Authority Corp.

11. TSSA shall form /\ Inc., referred to as "tower," in Colorado with 100% of the shares owned by TSSA.

12. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's client portfolio and asset management services, related to non-United States clients only, to /\ Inc.

13. TSSA shall form Payment Services Corp. in Colorado with 100% of the shares owned by TSSA.

14. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's merchant services reseller contracts related to non-United States clients only, to Payment Services Corp.

En asamblea de accionistas de Trust Services S.A. ("TSSA"), debidamente registrada como Trust Services Inc., el 26 de febrero de 2013, se RESUELVE que:

1. TSSA formará Xanadu Corp. en Colorado con el 100% de las acciones propiedad de TSSA.

2. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con los servicios de consultoría internacional, cumplimiento de contratos y colocación de personal de TSSA a Xanadu Corp.

3. TSSA constituirá Nicaragua Holding Co. en Colorado con el 100% de las acciones propiedad de TSSA.

4. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con el negocio de viajes, hospitalidad y administración de propiedades de TSSA en Nicaragua a Nicaragua Holding Co.

5. TSSA formará International Wireless Inc. en Colorado con el 100% de las acciones propiedad de TSSA.

6. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con las cuentas de revendedor inalámbrico de TSSA a International Wireless Inc.

7. TSSA formará Networking Services Inc. en Colorado con el 100% de las acciones propiedad de TSSA.

8. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con la red de TSSA, computación en la nube, entrada de datos y empresas y contratos de procesamiento de datos a Networking Services Inc.

9. TSSA formará Forex Financial Authority Corp. en Colorado con el 100% de las acciones propiedad de TSSA.

2-ER-117

10. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos, cuentas de clientes y actividades comerciales relacionadas con las operaciones de cambio de divisas de TSSA a Forex Financial Authority Corp.

11. TSSA formará /\ Inc., denominada "torre", en Colorado con el 100% de las acciones propiedad de TSSA.

12. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con la cartera de clientes de TSSA y los servicios de gestión de activos, relacionados únicamente con clientes fuera de los Estados Unidos, a /\ Inc.

13. TSSA formará Payment Services Corp. en Colorado con el 100% de las acciones propiedad de TSSA.

14. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con los contratos de reventa de servicios comerciales de TSSA relacionados con clientes fuera de los Estados Unidos únicamente, a Payment Services Corp.

_____
Carlos Suica
Secretary/Secretario
Trust Services S.A.
Trust Services Inc.



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 02/27/2013 11:10 PM
ID Number: 20131137564

Document number: 20131137564
Amount Paid: $1.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Incorporation for a Profit Corporation

filed pursuant to § 7-102-101 and § 7-102-102 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name for the corporation is

    Xanadu Corp.

    *(The name of a corporation must contain the term or abbreviation "corporation",*
    *"incorporated", "company", "limited", "corp.", inc.", "co." or "ltd.". See §7-90-*
    *601, C.R.S. If the corporation is a professional or special purpose corporation, other*
    *law may apply.)*

    *(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the corporation's initial principal office is

    Street address      14143 Denver West Parkway
    *(Street number and name)*

    Golden     CO   80401
    *(City)*    *(State)*    *(ZIP/Postal Code)*

                   United States
    *(Province – if applicable)*     *(Country)*

    Mailing address
    (leave blank if same as street address)
    *(Street number and name or Post Office Box information)*

    *(City)*    *(State)*    *(ZIP/Postal Code)*

    *(Province – if applicable)*    *(Country)*

3. The registered agent name and registered agent address of the corporation's initial registered agent are

    Name
    (if an individual)
    *(Last)*    *(First)*    *(Middle)*    *(Suffix)*

    or

    (if an entity)     Xanadu Corp.

    *(Caution: Do not provide both an individual and an entity name.)*

    Street address      14143 Denver West Parkway
    *(Street number and name)*

    Golden     CO   80401
    *(City)*    *(State)*    *(ZIP/Postal Code)*

    Mailing address
    (leave blank if same as street address)
    *(Street number and name or Post Office Box information)*

## 2-ER-119

_____ CO _____ .
_(City)_ _(State)_ _(ZIP/Postal Code)_

*(The following statement is adopted by marking the box.)*

☒ The person appointed as registered agent above has consented to being so appointed.

4. The true name and mailing address of the incorporator are

Name
(if an individual)

Corea                    Karla                    _____    _____
_(Last)_                 _(First)_                _(Middle)_  _(Suffix)_

or

(if an entity)          _____

*(Caution: Do not provide both an individual and an entity name.)*

Mailing address          c/o Xanadu Corp.
_____
*(Street number and name or Post Office Box information)*
14143 Denver West Parkway
_____
Golden                          CO        80401
_(City)_                        _(State)_  _(ZIP/Postal Code)_
_____  United States
_(Province – if applicable)_     _(Country)_

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The corporation has one or more additional incorporators and the name and mailing address of each additional incorporator are stated in an attachment.

5. The classes of shares and number of shares of each class that the corporation is authorized to issue are as follows.

*(If the following statement applies, adopt the statement by marking the box and enter the number of shares.)*

☒ The corporation is authorized to issue   100,000   common shares that shall have unlimited voting rights and are entitled to receive the net assets of the corporation upon dissolution.

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ Additional information regarding shares as required by section 7-106-101, C.R.S., is included in an attachment.

*(Caution: At least one box must be marked. Both boxes may be marked, if applicable.)*

6. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

7. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____ .
_(mm/dd/yyyy hour:minute am/pm)_

Notice:

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic

2-ER-120

statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

| Corea | Karla | | |
|-------|-------|---|---|
| (Last) | (First) | (Middle) | (Suffix) |

c/o Xanadu Corp.

14143 Denver West Parkway

*(Street number and name or Post Office Box information)*

| Golden | CO | 80401 |
|--------|----|----|
| (City) | (State) | (ZIP/Postal Code) |

| | United States . |
|---|---|
| (Province – if applicable) | (Country) |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

## AmericanAirlines®

AA RECORD LOCATOR : **JQSOVP**      ‖‖‖‖‖‖‖‖‖‖‖‖‖ 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Los Angeles to Kingston
2 Adults
**Friday** July 10, 2015 — **Friday** August 28, 2015

**Total Paid:**

**$1,667.06 USD**

| AA Record Locator **JQSOVP** | Reservation Name **LAX/MIA** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 02, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** | Los Angeles (LAX) August 28, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : unassigned | Miami (MIA) August 28, 2015 03:53 PM Booking Code : Q Plane Type : 738 |
| **American Airlines** **1082** | Miami (MIA) August 28, 2015 05:05 PM Travel Time : 1 h 48 m Cabin Class : Economy Seat : 20A , 20B | Kingston (KIN) August 28, 2015 05:53 PM Booking Code : Q Plane Type : 738 |

**Fare Amount**

Adult
2 × $690.00 USD    $1,380.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $287.06 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$1,667.06 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012353434946 |  | $690 00 USD | 143 53 | 833.53 |
|  | 0012353434947 |  | $690 00 USD | 143 53 | 833.53 |
|  |  |  |  | Total | $1,667.06 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

**Fare Includes -**

**Endorsements/Restrictions -**
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.

## AmericanAirlines®

### AA RECORD LOCATOR : XRRDJS



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Dallas/ Fort Worth to Seoul

**Sunday** July 12, 2015 – **Saturday** August 1, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **XRRDJS** | **DFW/ICN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 01, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | Dallas/ Fort Worth (DFW) July 12, 2015 11:05 AM On time Scheduled Time: 11:05 AM Estimated Time: 11:05 AM Actual Time: Terminal : D  Gate : D33 <br><br> Travel Time : 14 h 10 m Cabin Class : Economy Seat : 38A | Seoul (ICN) July 13, 2015 03:15 PM On time Scheduled Time: 03:15 PM Estimated Time: 03:15 PM Actual Time: Terminal :  Gate : Baggage Area : Booking Code : T Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | Seoul (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : First Seat : 4A | Dallas/ Fort Worth (DFW) August 1, 2015 04:35 PM Booking Code : Z Plane Type : 777 |

**Total Paid:**

**0** miles

**+$48.40** USD

**Current Mileage Balance**

Available     0 miles

**Mileage Needed**

**Mileage Balance After**

0 miles

**Taxes & Carrier-Imposed Fees**

Taxes     $48.40

Carrier-Imposed Fees     $0.00

**Flight Subtotal**

**0** miles

**+ $48.40**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | | | $0.00 USD | 48.40 | 48.40 |
| | | | | Total | $48.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

Fare Includes –

Endorsements/Restrictions –

2-ER-123

## AmericanAirlines

AA RECORD LOCATOR : **QFPUIF**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Seoul to West Palm Beach
3 Adults
**Tuesday** July 14, 2015 – **Sunday** August 2, 2015

| | Total Paid: |
| --- | --- |
| | **$3,797.04 USD** |

| AA Record Locator | Reservation Name |
| --- | --- |
| **QFPUIF** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 03, 2015 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **280** | **Seoul** (ICN) July 14, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 25D , 25E , 25F | **Dallas/ Fort Worth** (DFW) July 14, 2015 04:35 PM Booking Code : V Plane Type : 777 |
| **American Airlines** **2322** | **Dallas/ Fort Worth** (DFW) July 14, 2015 08:05 PM Travel Time : 2 h 51 m Cabin Class : Economy Seat : 12A , 12B , 12C | **West Palm Beach** (PBI) July 14, 2015 11:56 PM Booking Code : V Plane Type : 738 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **1423** | **West Palm Beach** (PBI) August 2, 2015 06:00 AM Travel Time : 2 h 58 m Cabin Class : Economy Seat : 12A , 12B , 12C | **Dallas/ Fort Worth** (DFW) August 2, 2015 07:58 AM Booking Code : V Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 32D , 32E , 32F | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : V Plane Type : 777 |

**Fare Amount**

**Adult**
3 × $1,063.00 USD    $3,189.00 USD

**Trip Options**

**Preferred Seats**    $77.94 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**    $308.10 USD

**Carrier-Imposed Fees**    $222.00 USD

**Flight Subtotal**

**$3,797.04 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| | 0012352321434 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |
| | 0012352321435 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |

2-ER-124



| | | | | Total | $3,719.10 USD |
|---|---|---|---|---|---|

| | SEAT NUMBER(S) | PRICE | | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|---|
| | 12A, 12A | 25.98 USD | | | 25.98 USD |
| | 12B, 12B | 25.98 USD | | | 25.98 USD |
| | 12C, 12C | 25.98 USD | | | 25.98 USD |
| | | | | Total | 77.94 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiple Total |
|---|---|---|---|---|
| | | | Total | |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-125



**AmericanAirlines®**

## AA RECORD LOCATOR : **QFPUIF**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to West Palm Beach
3 Adults
**Tuesday** July 14, 2015 – **Sunday** August 2, 2015

| Total Paid: |
| --- |
| **$3,797.04 USD** |

### AA Record Locator
**QFPUIF**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Reservation Name
**ICN/DFW**

Status: **Ticketed** Jun 03, 2015

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **280** | **Seoul** (ICN) <br> July 14, 2015 05:15 PM <br> Travel Time : 13 h 20 m <br> Cabin Class : Economy <br> Seat : 25D , 25E , 25F | **Dallas/ Fort Worth** (DFW) <br> July 14, 2015 04:35 PM <br> Booking Code : V <br> Plane Type : 777 |
| **American Airlines** **2322** | **Dallas/ Fort Worth** (DFW) <br> July 14, 2015 08:05 PM <br> Travel Time : 2 h 51 m <br> Cabin Class : Economy <br> Seat : 12A , 12B , 12C | **West Palm Beach** (PBI) <br> July 14, 2015 11:56 PM <br> Booking Code : V <br> Plane Type : 738 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **1423** | **West Palm Beach** (PBI) <br> August 2, 2015 06:00 AM <br> Travel Time : 2 h 58 m <br> Cabin Class : Economy <br> Seat : 12A , 12B , 12C | **Dallas/ Fort Worth** (DFW) <br> August 2, 2015 07:58 AM <br> Booking Code : V <br> Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) <br> August 2, 2015 11:05 AM <br> Travel Time : 14 h 10 m <br> Cabin Class : Economy <br> Seat : 32D , 32E , 32F | **Seoul** (ICN) <br> August 3, 2015 03:15 PM <br> Booking Code : V <br> Plane Type : 777 |

### Fare Amount

**Adult**
3 × $1,063.00 USD    $3,189.00 USD

**Trip Options**

Preferred Seats    $77.94 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $308.10 USD

Carrier-Imposed Fees    $222.00 USD

**Flight Subtotal**

**$3,797.04 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| | 0012352321434 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |
| | 0012352321435 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |

**2-ER-126**



| | 0012352321436 | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |
| | | | | **Total** | **$3,719.10 USD** |

| | **SEAT NUMBER(S)** | **PRICE** | **Tax/Fee/Charge** | **SEAT TOTAL** |
|---|---|---|---|---|
| | 12A, 12A | 25.98 USD | | 25.98 USD |
| | 12B, 12B | 25.98 USD | | 25.98 USD |
| | 12C, 12C | 25.98 USD | | 25.98 USD |
| | | | **Total** | 77.94 USD |

| **PASSENGER** | **FREQUENT FLYER NUMBER** | **PRICE** | **Tax/Fee/Charge** | **Mileage/Multiplier Total** |
|---|---|---|---|---|
| | | | **Total** | |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-127

## AmericanAirlines®

### AA RECORD LOCATOR : BNSVUB



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



### Huntsville to San Francisco

1 Adult
**Friday** July 17, 2015 — **Sunday** August 2, 2015

**Total Paid:**

**$664.20 USD**

| AA Record Locator | Reservation Name |
| --- | --- |
| **BNSVUB** | **HSV/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 13, 2015 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **3190** Operated by Envoy Air As American Eagle | Huntsville (HSV) July 17, 2015 09:14 AM Travel Time : 2 h 7 m Cabin Class : Economy Seat : 8A | Dallas/ Fort Worth (DFW) July 17, 2015 11:21 AM Booking Code : N Plane Type : ER4 |
| **American Airlines** **330** | Dallas/ Fort Worth (DFW) July 17, 2015 02:10 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 13D | San Francisco (SFO) July 17, 2015 03:54 PM Booking Code : S Plane Type : 73B |

**Fare Amount**

**Adult**
1 × $575.80 USD     $575.80 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $88.40 USD

Carrier-Imposed Fees     $0.00 USD

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **36** | San Francisco (SFO) August 2, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 18C | Dallas/ Fort Worth (DFW) August 2, 2015 01:57 PM Booking Code : S Plane Type : 32B |
| **American Airlines** **5777** Operated by Mesa Airlines As American Eagle | Dallas/ Fort Worth (DFW) August 2, 2015 04:42 PM Travel Time : 1 h 50 m Cabin Class : Economy Seat : 9D | Huntsville (HSV) August 2, 2015 06:32 PM Booking Code : S Plane Type : CR9 |

**Flight Subtotal**

**$664.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |
| | | | $575.80 USD | 88.40 | 664.20 |
| | | | | Total | $664.20 USD |

2-ER-128



## AmericanAirlines

AA RECORD LOCATOR : **AFRFLF**
US AIRWAYS RECORD LOCATOR : **D66JW2**



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### San Jose to Washington

1 Adult
**Saturday** July 18, 2015 – **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **AFRFLF** | **SJC/PHX** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 03, 2015 |

**US Airways Record Locator**
**D66JW2**

**Total Paid:**

**$591.14 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **5567** Operated by US Airways Express-Mesa Airlines | **San Jose** (SJC) July 18, 2015 09:44 AM Travel Time : 1 h 56 m Cabin Class : Economy Seat Information | **Phoenix** (PHX) July 18, 2015 11:40 AM Booking Code : O Plane Type : CR9 |
| **American Airlines** **680** Operated by US Airways | **Phoenix** (PHX) July 18, 2015 12:40 PM Travel Time : 4 h 24 m Cabin Class : Economy Seat Information | **Washington** (DCA) July 18, 2015 08:04 PM Booking Code : O Plane Type : 321 |

**Fare Amount**

**Adult**
1 × $480.92 USD    $480.92 USD

**Trip Options**

Preferred Seats    $28.94 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $81.28 USD

Carrier-Imposed Fees    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **175** | **Washington** (DCA) August 2, 2015 06:59 AM Travel Time : 3 h 13 m Cabin Class : Economy Seat : 21F | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:12 AM Booking Code : G Plane Type : 738 |
| **American Airlines** **263** | **Dallas/ Fort Worth** (DFW) August 2, 2015 10:40 AM Travel Time : 3 h 43 m Cabin Class : Economy Seat : 14A | **San Jose** (SJC) August 2, 2015 12:23 PM Booking Code : G Plane Type : S80 |

**Flight Subtotal**

**$591.14 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|



| | 0012305920378 | | $480.92 USD | 81.28 | 562.20 |
|---|---|---|---|---|---|
| pe | | | | Total | $562.20 USD |

| | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 14A | 26 92 USD | 2.02 USD | 28.94 USD |
| | | | Total | 28.94 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-130

**American**Airlines®

AA RECORD LOCATOR : **DIGQMK**





Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Tampa to Bangkok

3 Adults
**Saturday** July 18, 2015 – **Saturday** August 1, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **DIGQMK** | **TPA/ORD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 07, 2015 |

**Total Paid:**

**$4,863.90 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1336** | **Tampa** (TPA) July 18, 2015 07:05 AM Travel Time : 2 h 53 m Cabin Class : Economy Seat : 22D , 22E , 22F | **Chicago** (ORD) July 18, 2015 08:58 AM Booking Code : N Plane Type : S80 |
| **American Airlines** **153** | **Chicago** (ORD) July 18, 2015 01:40 PM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 42C , 42F , 42G | **Tokyo** (NRT) July 19, 2015 04:40 PM Booking Code : N Plane Type : 777 |
| **American Airlines** **8411** Operated by Japan Airlines | **Tokyo** (NRT) July 19, 2015 06:20 PM Travel Time : 6 h 40 m Cabin Class : Economy Seat : unassigned | **Bangkok** (BKK) July 19, 2015 11:00 PM Booking Code : S Plane Type : 787 |

**Fare Amount**

**Adult**
3 × $1,021.00 USD   $3,063.00 USD

**Trip Options**

**Preferred Seats**   $194.70 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**   $406.20 USD

**Carrier-Imposed Fees**   $1,200.00 USD

**Flight Subtotal**

**$4,863.90 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8412** Operated by Japan Airlines | **Bangkok** (BKK) August 1, 2015 08:10 AM Travel Time : 6 h 15 m Cabin Class : Economy Seat : unassigned | **Tokyo** (NRT) August 1, 2015 04:25 PM Booking Code : S Plane Type : 787 |
| **American Airlines** **60** | **Tokyo** (NRT) August 1, 2015 06:45 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 41C , 41F , 41G | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:55 PM Booking Code : N Plane Type : 777 |

2-ER-131

**American Airlines**
**2488**

Dallas/ Fort Worth (DFW)
August 2, 2015 07:10 AM
Travel Time : 2 h 33 m
Cabin Class : Economy
Seat : 23D , 23E , 23F

Tampa (TPA)
August 2, 2015 10:43 AM
Booking Code : N
Plane Type : S80

### Receipt

| | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350129244 | | $1,021 00 USD | 535.40 | 1556.40 |
| | 0012350129246 | | $1,021 00 USD | 535.40 | 1556.40 |
| | 0012350129248 | | $1,021 00 USD | 535.40 | 1556.40 |
| Payment Type | MASTER CARD    ***********7308 | | | Total | $4,669.20 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 41C | 64.90 USD | | 64.90 USD |
| | 41F | 64.90 USD | | 64.90 USD |
| | 41G | 64.90 USD | | 64.90 USD |
| | | | Total | 194.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

### Fare Includes -

### Endorsements/Restrictions -
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR C44-45

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM

## AmericanAirlines®

AA RECORD LOCATOR : **TZYSPU**          Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



### Rio De Janeiro to Dallas/ Fort Worth

1 Adult, 1 Child
**Saturday** July 18, 2015 – **Saturday** August 1, 2015

| Total Paid: |
| --- |
| **R$8.316,30 BRL** |

#### AA Record Locator
**TZYSPU**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

#### Reservation Name
**GIG/MIA**

Status: **Ticketed** Jul 06, 2015

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **904** | Rio De Janeiro (GIG) July 18, 2015 08:20 PM Travel Time : 8 h 53 m Cabin Class : Economy Seat : unassigned | Miami (MIA) July 19, 2015 04:13 AM Booking Code : N Plane Type : 772 |
| **American Airlines** **281** | Miami (MIA) July 19, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 30F , 30E | Dallas/ Fort Worth (DFW) July 19, 2015 08:06 AM Booking Code : N Plane Type : 757 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **280** | Dallas/ Fort Worth (DFW) August 1, 2015 06:20 PM Travel Time : 3 h 0 m Cabin Class : Economy Seat : 32A , 32B | Miami (MIA) August 1, 2015 10:20 PM Booking Code : L Plane Type : 32B |
| **American Airlines** **905** | Miami (MIA) August 1, 2015 11:59 PM Travel Time : 8 h 28 m Cabin Class : Economy Seat : unassigned | Rio De Janeiro (GIG) August 2, 2015 09:27 AM Booking Code : L Plane Type : 772 |

**Fare Amount**

Adult
1 ×
R$4.407,29 BRL      R$4.407,29 BRL

Child
1 ×
R$3.306,25 BRL      R$3.306,25 BRL

**Taxes & Carrier-Imposed Fees**

Taxes      R$602,76 BRL

Carrier-Imposed Fees      R$0,00 BRL

**Flight Subtotal**

**R$8.316,30 BRL**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| ▮▮▮▮▮ | 0012353538252 | 057DVJ6 | $4,407.29 USD | 4407.29 BRL | 301.38 | 4708.67 |
| | 0012353538253 | | $3,306.25 USD | 3306.25 BRL | 301.38 | 3607.63 |

2-ER-133

| | | | | Total | R$8 316,30 BRL |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

AmericanAirlines'



AA RECORD LOCATOR : **VSWDVI**
US AIRWAYS RECORD LOCATOR : **BSTY7W**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Multiple Destinations

1 Adult
**Saturday** July 18, 2015 — **Sunday** August 30, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VSWDVI** | **ICN/DFW** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticketed** May 20, 2015

**US Airways Record Locator**
**BSTY7W**

**Total Paid:**

**$1,386.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | Seoul (ICN) July 18, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 34J | Dallas/ Fort Worth (DFW) July 18, 2015 04:35 PM Booking Code : L Plane Type : 777 |
| **American Airlines** **2235** | Dallas/ Fort Worth (DFW) July 18, 2015 06:50 PM Travel Time : 2 h 44 m Cabin Class : Economy Seat : 24C | Charlotte (CLT) July 18, 2015 10:34 PM Booking Code : L Plane Type : 738 |

**Fare Amount**

Adult
1 × $1,250.00 USD    $1,250.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $106.40 USD

Carrier-Imposed Fees    $30.00 USD

**Flight Subtotal**

**$1,386.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **469** Operated by US Airways | Charlotte (CLT) July 19, 2015 07:55 AM Travel Time : 1 h 19 m Cabin Class : Economy Seat Information | Atlanta (ATL) July 19, 2015 09:14 AM Booking Code : L Plane Type : 319 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **4285** Operated by Republic Airlines As American Eagle | Atlanta (ATL) August 30, 2015 09:05 PM Travel Time : 2 h 2 m Cabin Class : Economy Seat : 13C | Miami (MIA) August 30, 2015 11:07 PM Booking Code : L Plane Type : E75 |

2-ER-135

| American Airlines **1541** | **Miami** (MIA)<br>August 31, 2015 07:05 AM<br>Travel Time : 3 h 5 m<br>Cabin Class : Economy<br>Seat : 27G | **Dallas/ Fort Worth** (DFW)<br>August 31, 2015 09:10 AM<br>Booking Code : S<br>Plane Type : 763 |
|---|---|---|
| American Airlines **281** | **Dallas/ Fort Worth** (DFW)<br>August 31, 2015 11:05 AM<br>Travel Time : 14 h 10 m<br>Cabin Class : Economy<br>Seat : 37G | **Seoul** (ICN)<br>September 1, 2015 03:15 PM<br>Booking Code : S<br>Plane Type : 777 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 51806704 | | $1,250.00 KRW | 1280 00 USD | 136.40 | 1386.40 |
| Payment Type | | | | | Total | $1,386.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY C04-05

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-136

## AmericanAirlines®

AA RECORD LOCATOR : **VWZGDL**　　

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to Dublin

2 Adults
**Sunday** July 19, 2015 – **Saturday** August 1, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VWZGDL** | **SAN/ORD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 04, 2015 |

**Total Paid:**

**$2,417.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **156** | **San Diego** (SAN) July 19, 2015 10:25 AM Travel Time : 4 h 9 m Cabin Class : Economy Seat : 24F , 24E | **Chicago** (ORD) July 19, 2015 04:34 PM Booking Code : O Plane Type : 738 |
| **American Airlines** **92** | **Chicago** (ORD) July 19, 2015 05:45 PM Travel Time : 7 h 40 m Cabin Class : Economy Seat : 38A , 38B | **Dublin** (DUB) July 20, 2015 07:25 AM Booking Code : O Plane Type : 763 |

**Fare Amount**

**Adult**
2 × $680.00 USD　　$1,360.00 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**　　$201.40 USD

**Carrier-Imposed Fees**　　$856.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **291** | **Dublin** (DUB) August 1, 2015 08:55 AM Travel Time : 7 h 34 m Cabin Class : Economy Seat : 31E , 31F | **New York** (JFK) August 1, 2015 11:29 AM Booking Code : O Plane Type : 757 |
| **American Airlines** **95** | **New York** (JFK) August 1, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 23A , 23B | **San Diego** (SAN) August 1, 2015 08:36 PM Booking Code : O Plane Type : 738 |

**Flight Subtotal**

**$2,417.40 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ███████ | 0012398953899 | | $680.00 USD | 528.70 | 1208.70 |
| | 0012398953900 | | $680.00 USD | 528.70 | 1208.70 |

2-ER-137

| | | | | Total | $2,417.40 USD |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-138

**American Airlines**

AA RECORD LOCATOR : **TIBQJU**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Raleigh/ Durham

1 Adult, 1 Child
**Sunday** July 19, 2015 – **Friday** August 28, 2015

**Total Paid:**

**$2,181,200.00 KRW**

| AA Record Locator | Reservation Name |
|---|---|
| **TIBQJU** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 02, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) July 19, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 42G , 42F | **Dallas/ Fort Worth** (DFW) July 19, 2015 04:35 PM Booking Code : L Plane Type : 777 |
| **American Airlines** **1207** | **Dallas/ Fort Worth** (DFW) July 19, 2015 06:20 PM Travel Time : 2 h 50 m Cabin Class : Economy Seat : 26E , 26F | **Raleigh/ Durham** (RDU) July 19, 2015 10:10 PM Booking Code : L Plane Type : S80 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1349** | **Raleigh/ Durham** (RDU) August 28, 2015 07:55 AM Travel Time : 2 h 58 m Cabin Class : Economy Seat : 23A , 23B | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:53 AM Booking Code : N Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 39H , 39J | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : N Plane Type : 777 |

**Fare Amount**

**Adult**
1 ×
$1,058,300.00 KRW $1,058,300 00 KRW

**Child**
1 ×
$793,700.00 KRW　$793,700 00 KRW

**Taxes & Carrier-Imposed Fees**

**Taxes**　$209,200 00 KRW

**Carrier-Imposed Fees**　$120,000 00 KRW

**Flight Subtotal**

**$2,181,200.00 KRW**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▓▓▓▓▓ | 300747656 | | $1,058,300.00 KRW | 164600.00 | 1222900.00 |
| | 300747657 | | $793,700.00 KRW | 164600.00 | 958300.00 |

| Payment Type | | | | Total | $2,181,200 00 KRW |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

# AmericanAirlines®

## AA RECORD LOCATOR : **FMGPQO**





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Washington

1 Adult
**Monday** July 20, 2015 – **Sunday** August 2, 2015

**Total Paid:**
**$1,644,400.00 KRW**

### AA Record Locator
**FMGPQO**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Reservation Name
**ICN/DFW**

Status: **Ticketed** Dec 29, 2014

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) July 20, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 36A | **Dallas/ Fort Worth** (DFW) July 20, 2015 04:35 PM Booking Code : L Plane Type : 777 |
| **American Airlines** **138** | **Dallas/ Fort Worth** (DFW) July 20, 2015 06:50 PM Travel Time : 3 h 10 m Cabin Class : Economy Seat : 24A | **Washington** (DCA) July 20, 2015 11:00 PM Booking Code : N Plane Type : 738 |

**Fare Amount**

**Adult**
1 ×
$1,340,900.00 KRW $1,340,900.00 KRW

**Taxes & Carrier-Imposed Fees**

Taxes　　$103,900.00 KRW

Carrier-Imposed Fees　　$199,600.00 KRW

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **175** | **Washington** (DCA) August 2, 2015 06:59 AM Travel Time : 3 h 13 m Cabin Class : Economy Seat : 20A | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:12 AM Booking Code : N Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 36A | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : N Plane Type : 777 |

**Flight Subtotal**

**$1,644,400.00 KRW**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 5869188 | | $1,340,900.00 KRW | 303500 00 | 1644400.00 |
| | | | | Total | $1,644,400 00 KRW |

2-ER-141

**AmericanAirlines®**

AA RECORD LOCATOR : **HITYMP**

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Albuquerque

2 Adults
**Thursday** July 23, 2015 – **Sunday** August 2, 2015

Status:

**$76.80 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **HITYMP** | **ICN/NRT** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8426** Operated by Japan Airlines | **Seoul** (ICN) July 23, 2015 02:00 PM Travel Time : 2 h 25 m Cabin Class : Economy Seat : 21A , 21C | **Tokyo** (NRT) July 23, 2015 04:25 PM Booking Code : L Plane Type : 767 |
| **American Airlines** **170** | **Tokyo** (NRT) July 23, 2015 05:25 PM Travel Time : 10 h 30 m Cabin Class : Economy Seat : 42D , 42H | **Los Angeles** (LAX) July 23, 2015 11:55 AM Booking Code : L Plane Type : 777 |
| **American Airlines** **2880** Operated by Skywest Airlines As American Eagle | **Los Angeles** (LAX) July 23, 2015 01:45 PM Travel Time : 2 h 4 m Cabin Class : Economy Seat : 5B , 6A | **Albuquerque** (ABQ) July 23, 2015 04:49 PM Booking Code : L Plane Type : CRJ |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1282** | **Albuquerque** (ABQ) August 2, 2015 06:23 AM Travel Time : 1 h 49 m Cabin Class : Economy Seat : 31F | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:12 AM Booking Code : L Plane Type : S80 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 37J , 37H | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : N Plane Type : 777 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012349385560 | | | | | |
| | 0012349385577 | | | | | |
| Payment Type | Ticket Exchange - 0012399079534 | | | | Total | |

## Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | Charges or Fees |
|---|---|---|---|---|
| | 0012349385560 | | | |
| | 0012349385577 | | | |
| Payment Type | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

### Fare Includes –

### Endorsements/Restrictions –
RESTRICTIONS APPLY C28-29

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underline American Airlines Reservations at 1-800-433-7300 for the correct total.**

#### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

#### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

#### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

#### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

#### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

#### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

#### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

#### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

#### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

#### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-143



## AmericanAirlines®

AA RECORD LOCATOR : **WYYPYX**
US AIRWAYS RECORD LOCATOR : **DSLDT1**





Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Seoul to Philadelphia

1 Adult
**Thursday** July 23, 2015 – **Thursday** August 27, 2015

Status:

**$41.70 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **WYYPYX** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 24, 2015 |

**US Airways Record Locator**
**DSLDT1**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines**<br>**280** | **Seoul** (ICN)<br>July 23, 2015 05:15 PM<br>Travel Time : 13 h 20 m<br>Cabin Class : Economy<br>Seat : 34J | **Dallas/ Fort Worth** (DFW)<br>July 23, 2015 04:35 PM<br>Booking Code : M<br>Plane Type : 777 |
| **American Airlines**<br>**896**<br>Operated by US Airways | **Dallas/ Fort Worth** (DFW)<br>July 23, 2015 06:45 PM<br>Travel Time : 3 h 31 m<br>Cabin Class : Economy<br>Seat Information | **Philadelphia** (PHL)<br>July 23, 2015 11:16 PM<br>Booking Code : M<br>Plane Type : 321 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines**<br>**4679**<br>Operated by US Airways Express-<br>Republic Airlines | **Philadelphia** (PHL)<br>August 27, 2015 10:50 PM<br>Travel Time : 1 h 20 m<br>Cabin Class : Economy<br>Seat Information | **Raleigh/ Durham** (RDU)<br>August 28, 2015 12:10 AM<br>Booking Code : M<br>Plane Type : E75 |
| **American Airlines**<br>**1349** | **Raleigh/ Durham** (RDU)<br>August 28, 2015 07:55 AM<br>Travel Time : 2 h 58 m<br>Cabin Class : Economy<br>Seat : 29C | **Dallas/ Fort Worth** (DFW)<br>August 28, 2015 09:53 AM<br>Booking Code : N<br>Plane Type : 738 |
| **American Airlines**<br>**281** | **Dallas/ Fort Worth** (DFW)<br>August 28, 2015 11:05 AM<br>Travel Time : 14 h 10 m | **Seoul** (ICN)<br>August 29, 2015 03:15 PM<br>Booking Code : |

2-ER-144

Cabin Class : Economy          Plane Type : 777
Seat : 34H

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 2351938999 | | | | | |
| Payment Type | Ticket Exchange - 0012350476564 | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY C64-65

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-145

## AmericanAirlines®

AA RECORD LOCATOR : **KKUKLK**     

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Miami to Barcelona
1 Adult
**Friday** July 24, 2015 — **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **KKUKLK** | **MIA/BCN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 01, 2015 |

**Total Paid:**

**$1,675.80 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **112** | Miami (MIA) July 24, 2015 06:25 PM Travel Time : 9 h 15 m Cabin Class : Economy Seat : 27H | Barcelona (BCN) July 25, 2015 09:40 AM Booking Code : N Plane Type : 777 |
| **American Airlines** **69** | Madrid (MAD) August 2, 2015 11:15 AM Travel Time : 9 h 20 m Cabin Class : Economy Seat : 27J | Miami (MIA) August 2, 2015 02:35 PM Booking Code : N Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,087.00 USD   $1,087.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $92.80 USD

Carrier-Imposed Fees    $496.00 USD

**Flight Subtotal**

**$1,675.80 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ███████ | 0012351060086 | | $1,087.00 USD | 588.80 | 1675.80 |
| Payment Type | ████████████ | | | Total | $1,675.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**AmericanAirlines**

AA RECORD LOCATOR : **QKTVPW**  



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Los Angeles to Port Au Prince

1 Adult
**Friday** July 24, 2015 — **Saturday** August 1, 2015

| Total Paid: |
| **$1,122.40 USD** |

### AA Record Locator
**QKTVPW**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Reservation Name
**LAX/MIA**

Status: **Ticketed** Jun 08, 2015

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2471** | Los Angeles (LAX) July 24, 2015 09:45 PM Travel Time : 5 h 15 m Cabin Class : Economy Seat : 22E | Miami (MIA) July 25, 2015 06:00 AM Booking Code : M Plane Type : 738 |
| **American Airlines** **377** | Miami (MIA) July 25, 2015 07:10 AM Travel Time : 2 h 2 m Cabin Class : Economy Seat : 36C | Port Au Prince (PAP) July 25, 2015 09:12 AM Booking Code : M Plane Type : 763 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2179** | Port Au Prince (PAP) August 1, 2015 01:05 PM Travel Time : 2 h 8 m Cabin Class : Economy Seat : 31J | Miami (MIA) August 1, 2015 03:13 PM Booking Code : M Plane Type : 763 |
| **American Airlines** **69** | Miami (MIA) August 1, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : unassigned | Los Angeles (LAX) August 1, 2015 07:37 PM Booking Code : M Plane Type : 738 |

**Fare Amount**

**Adult**
1 × $969.00 USD　　$969.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes　　$153.40 USD

Carrier-Imposed Fees　　$0.00 USD

**Flight Subtotal**

**$1,122.40 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 012304469602 | | $969.00 USD | 153.40 | 1122.40 |
| **Payment Type** | | | | Total | $1,122.40 USD |

Home   Login   English ▾   Search aa.com

 **American Airlines**   Plan Travel   Travel Information   AAdvantage 

## San Antonio to Washington

2 Adults
**Friday** July 24, 2015 – **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **QILYCM** | **SAT/DFW** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticket Pending** on Jul 06, 2015

If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price.

**Your Trip Price:**

**$1,267.76 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1524** | **San Antonio** (SAT) July 24, 2015 05:25 PM Travel Time : 1 h 15 m Cabin Class : Economy Seat : 8F , 8E | **Dallas/ Fort Worth** (DFW) July 24, 2015 06:40 PM Booking Code : Q Plane Type : S80 |
| **American Airlines** **2439** | **Dallas/ Fort Worth** (DFW) July 24, 2015 07:55 PM Travel Time : 3 h 1 m Cabin Class : Economy Seat : 9B , 9A | **Washington** (DCA) July 24, 2015 11:56 PM Booking Code : Q Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **175** | **Washington** (DCA) August 2, 2015 06:59 AM Travel Time : 3 h 13 m Cabin Class : Economy Seat : 9A , 9B | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:12 AM Booking Code : O Plane Type : 738 |
| **American Airlines** **2210** | **Dallas/ Fort Worth** (DFW) August 2, 2015 10:05 AM Travel Time : 1 h 3 m Cabin Class : Economy Seat : 8E , 8F | **San Antonio** (SAT) August 2, 2015 11:08 AM Booking Code : G Plane Type : S80 |

**Fare Amount**

Adult
2 × $443.71 USD    $887.42 USD

**Trip Options**

Main Cabin Extra    $223.36 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $156.98 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$1,267.76 USD**

## Baggage Information

View Baggage details for all the information you need to choose whether to carry or check.

**Show Baggage Details**

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

|   | No Further information required to travel |
|---|---|

Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

| 1 |
|---|



Area Code and Number

| Summary | Required | Optional |
| --- | --- | --- |
| All information required for online check-in has been provided. Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number **Not an AAdvantage member?** |

**JASMINE SHIPP**　　No Further information required to travel

Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

1

Area Code and Number

| Summary | Required | Optional |
| --- | --- | --- |
| All information required for online check-in has been provided. Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number **Not an AAdvantage member?** |

## Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Lithium batteries　　Explosives　　Aerosol　　Flammables　　Oxidizers　　Toxins　　Radioactive　　Corrosives

### More About American

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

### Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Airport Conference Rooms
Five Star Service
Timetables & Downloads
Last Minute Packages

### Customer Service

Contact American
FAQs
Refunds and Receipts
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility



Limited time offer: earn 75,000 bonus miles

**Buy**Miles
Ends July 30
Up to 27,500 bonus miles

AVIS　Budget
Up to 35% savings plus AAdvantage® miles

## AmericanAirlines®

**AA RECORD LOCATOR : NAKGKJ**    ‖‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖‖     Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Dallas/ Fort Worth to Madrid

1 Adult
**Friday** July 24, 2015 — **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **NAKGKJ** | **DFW/MAD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

**Total Paid:**
**$1,885.00 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) July 24, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 33C | **Madrid** (MAD) July 25, 2015 08:00 AM Booking Code : N Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | **Madrid** (MAD) August 2, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 33D | **Dallas/ Fort Worth** (DFW) August 2, 2015 02:30 PM Booking Code : L Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,297.00 USD    $1,297.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $92.00 USD

Carrier-Imposed Fees    $496.00 USD

**Flight Subtotal**

**$1,885.00 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▬▬▬▬ | 0012350453144 | | $1,297.00 USD | 588.00 | 1885.00 |
| Payment Type | ▬▬▬▬▬▬▬ | | | Total | $1,885.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note** - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

2-ER-150

**American**Airlines*

AA RECORD LOCATOR : **CSRHRT**                    Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



## San Francisco to Tulsa

1 Adult
**Saturday** July 25, 2015 – **Sunday** August 2, 2015

| | |
|---|---|
| **AA Record Locator** **CSRHRT** | **Reservation Name** **SFO/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 18, 2015 |

**Total Paid:**

**$808.59 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1454** | **San Francisco** (SFO) July 25, 2015 05:15 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 9D | **Dallas/ Fort Worth** (DFW) July 25, 2015 10:47 AM Booking Code : G Plane Type : 32B |
| **American Airlines** **1292** | **Dallas/ Fort Worth** (DFW) July 25, 2015 12:25 PM Travel Time : 1 h 13 m Cabin Class : Economy Seat : 9C | **Tulsa** (TUL) July 25, 2015 01:38 PM Booking Code : G Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1292** | **Tulsa** (TUL) August 2, 2015 02:30 PM Travel Time : 1 h 13 m Cabin Class : Economy Seat : 9B | **Dallas/ Fort Worth** (DFW) August 2, 2015 03:43 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **37** | **Dallas/ Fort Worth** (DFW) August 2, 2015 05:00 PM Travel Time : 3 h 50 m Cabin Class : Economy Seat : 12D | **San Francisco** (SFO) August 2, 2015 06:50 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

**Adult**
1 × $573.94 USD          $573.94 USD

**Trip Options**

**Main Cabin Extra**          $112.47 USD

**Preferred Seats**          $33.92 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**          $88.26 USD

**Carrier-Imposed Fees**   $0.00 USD

**Flight Subtotal**

**$808.59 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305086995 | | $573.94 USD | 88.26 | 662.20 |
| **Payment Type** | | | | **Total** | **$662.20 USD** |

2-ER-151

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | 9D, 9C, 9B, 12D | 136.17 USD | 10 22 USD | 146.39 USD |
| | | | Total | 146.39 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-152



**AmericanAirlines®**

AA RECORD LOCATOR : **VEBSFI**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Toronto to Beijing

1 Adult, 2 Children
**Sunday** July 26, 2015 – **Friday** August 28, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **VEBSFI** | **YYZ/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 22, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **1259** <br>  | Toronto (YYZ) <br> July 26, 2015 07:00 AM <br> Travel Time : 3 h 21 m <br> Cabin Class : Economy <br> Seat : 19D , 18D , 18E | Dallas/ Fort Worth (DFW) <br> July 26, 2015 09:21 AM <br> Booking Code : Q <br> Plane Type : 319 |
| **American Airlines** <br> **89** <br>  | Dallas/ Fort Worth (DFW) <br> July 26, 2015 11:20 AM <br> Travel Time : 13 h 55 m <br> Cabin Class : Economy <br> Seat : 27J , 27K , 27L | Beijing (PEK) <br> July 27, 2015 02:15 PM <br> Booking Code : Q <br> Plane Type : 788 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **88** <br>  | Beijing (PEK) <br> August 28, 2015 04:25 PM <br> Travel Time : 13 h 35 m <br> Cabin Class : Economy <br> Seat : 22C , 22B , 22A | Dallas/ Fort Worth (DFW) <br> August 28, 2015 05:00 PM <br> Booking Code : Q <br> Plane Type : 788 |
| **American Airlines** <br> **2308** <br> | Dallas/ Fort Worth (DFW) <br> August 28, 2015 06:50 PM <br> Travel Time : 3 h 12 m <br> Cabin Class : Economy <br> Seat : 24C , 24B , 24A | Toronto (YYZ) <br> August 28, 2015 11:02 PM <br> Booking Code : Q <br> Plane Type : 319 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305284112 | | | | |
| | 0012305284119 | | | | |



| | 0012305284138 | | | | |
|---|---|---|---|---|---|
| **Payment Type** | Ticket Exchange - 0012352604323 | | | **Total** | |
| **PASSENGER** | **FREQUENT FLYER NUMBER** | **PRICE** | **Tax/Fee/Charge** | | **Mileage Multiplier Total** |
| | | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-154

## American Airlines®

AA RECORD LOCATOR : **RPDGNG**    ▌▍█▐▍▌▐▍▐▍▐▐▍▐▍▐▍▐█▍▌▐ ←  Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

↓





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Sao Paulo to Salt Lake City
2 Adults
**Tuesday** July 28, 2015 – **Monday** August 31, 2015

| **AA Record Locator** **RPDGNG** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Reservation Name** **GRU/DFW** Status: **Ticketed** May 28, 2015 |
|---|---|

**Total Paid:**    **$857.68 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **962** 🛜 | **Sao Paulo** (GRU) July 28, 2015 08:30 PM Travel Time : 10 h 35 m Cabin Class : Economy Seat : 40G , 40H | **Dallas/ Fort Worth** (DFW) July 29, 2015 05:05 AM Booking Code : Q Plane Type : 77W |
| **American Airlines** **2510** 🛜 | **Dallas/ Fort Worth** (DFW) July 29, 2015 08:55 AM Travel Time : 2 h 47 m Cabin Class : Economy Seat : 25E , 25F | **Salt Lake City** (SLC) July 29, 2015 10:42 AM Booking Code : Q Plane Type : S80 |

**Fare Amount**

**Adult**
2 × $314.00 USD    $628.00 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**    $229.68 USD

**Carrier-Imposed Fees**    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **78** 🛜 | **Salt Lake City** (SLC) August 31, 2015 01:36 PM Travel Time : 2 h 39 m Cabin Class : Economy Seat : 19A , 19B | **Dallas/ Fort Worth** (DFW) August 31, 2015 05:15 PM Booking Code : Q Plane Type : 738 |
| **American Airlines** **963** 🛜 | **Dallas/ Fort Worth** (DFW) August 31, 2015 10:00 PM Travel Time : 10 h 10 m Cabin Class : Economy Seat : 27E , 27G | **Sao Paulo** (GRU) September 1, 2015 10:10 AM Booking Code : Q Plane Type : 77W |

**Flight Subtotal**

**$857.68 USD**

---

Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▉ | 0012352106843 | | $314.00 USD | 114.84 | 428.84 |
| ▉ | 0012352106844 | | $314.00 USD | 114.84 | 428.84 |

██████████████                                                      **Total**    **$857.68 USD**

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **DHSRUU**    ‖‖‖‖‖‖‖‖‖‖‖‖‖    Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to Copenhagen
1 Adult
**Tuesday** July 28, 2015 – **Saturday** August 8, 2015

| Total Paid: |
| --- |
| **$1,525.00 USD** |

### AA Record Locator
**DHSRUU**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Reservation Name
**SAN/JFK**

Status: **Ticketed** May 05, 2015

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **94** | **San Diego** (SAN) July 28, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 29F | **New York** (JFK) July 28, 2015 04:17 PM Booking Code : N Plane Type : 738 |
| **American Airlines** **8986** Operated by Finnair | **New York** (JFK) July 28, 2015 05:40 PM Travel Time : 8 h 10 m Cabin Class : Economy Seat : 33C | **Helsinki** (HEL) July 29, 2015 08:50 AM Booking Code : N Plane Type : 333 |
| **American Airlines** **8992** Operated by Finnair | **Helsinki** (HEL) July 29, 2015 12:00 PM Travel Time : 1 h 40 m Cabin Class : Economy Seat : unassigned | **Copenhagen** (CPH) July 29, 2015 12:40 PM Booking Code : N Plane Type : 321 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **8985** Operated by Finnair | **Helsinki** (HEL) August 8, 2015 02:10 PM Travel Time : 8 h 40 m Cabin Class : Economy Seat : 33C | **New York** (JFK) August 8, 2015 03:50 PM Booking Code : N Plane Type : 333 |
| **American Airlines** **95** | **New York** (JFK) August 8, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 27F | **San Diego** (SAN) August 8, 2015 08:36 PM Booking Code : N Plane Type : 738 |

### Fare Amount

Adult
1 × $908.00 USD          $908.00 USD

### Taxes & Carrier-Imposed Fees

Taxes                    $101.00 USD

Carrier-Imposed Fees $516.00 USD

### Flight Subtotal

**$1,525.00 USD**

2-ER-157

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 0012351223386 | | $908.00 USD | 617.00 | 1525.00 |
| Payment Type | ▮▮▮▮▮▮ | | | Total | $1,525.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY C86-87

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-158

**AmericanAirlines®**

AA RECORD LOCATOR : **BWULYS**  

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Miami to Dallas/ Fort Worth

1 Adult
**Wednesday** July 29, 2015 – **Saturday** August 1, 2015

| | Total Paid: |
|---|---|
| | **$241.20 USD** |

| AA Record Locator | Reservation Name |
|---|---|
| **BWULYS** | **MIA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 25, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Miami (MIA)** July 29, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 24D | **Dallas/ Fort Worth (DFW)** July 29, 2015 08:06 AM Booking Code : N Plane Type : 757 |

**Fare Amount**

Adult
1 × $198.14 USD          $198.14 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **60** | **Dallas/ Fort Worth (DFW)** August 1, 2015 08:30 PM Travel Time : 3 h 2 m Cabin Class : Economy Seat : 31D | **Miami (MIA)** August 2, 2015 12:32 AM Booking Code : O Plane Type : 757 |

Taxes          $43.06 USD

Carrier-Imposed Fees     $0.00 USD

**Flight Subtotal**

**$241.20 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353177567 | | $198.14 USD | 43.06 | 241.20 |
| Payment Type | | | | Total | $241.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

## AmericanAirlines®

AA RECORD LOCATOR : **EVHOSU**          Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Miami to Dallas/ Fort Worth

1 Adult
**Wednesday** July 29, 2015 – **Saturday** August 1, 2015

**Total Paid:**

**$246.20 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **EVHOSU** | **MIA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 21, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 281** | **Miami (MIA)** July 29, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 24E | **Dallas/ Fort Worth (DFW)** July 29, 2015 08:06 AM Booking Code : N Plane Type : 757 |

**Fare Amount**

**Adult**
1 × $202.79 USD     $202.79 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 60** | **Dallas/ Fort Worth (DFW)** August 1, 2015 08:30 PM Travel Time : 3 h 2 m Cabin Class : Economy Seat : 31E | **Miami (MIA)** August 2, 2015 12:32 AM Booking Code : O Plane Type : 757 |

Taxes     $43.41 USD

Carrier-Imposed Fees     $0.00 USD

**Flight Subtotal**

**$246.20 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353026006 | | $202.79 USD | 43.41 | 246.20 |
| Payment Type | | | | Total | $246.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

2-ER-160

**AmericanAirlines®**

AA RECORD LOCATOR : **LJEBUN**     ‖█ █▌█▐▐ ▐▌█▐▌▐▌█▐▌ ‖ 

Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Beijing to Lubbock

2 Adults
**Thursday** July 30, 2015 – **Saturday** August 29, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **LJEBUN** | **PEK/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 12, 2015 |

**Total Paid:**

**$34,708.00 CNY**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **88** | **Beijing** (PEK) July 30, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 15C , 15D | **Dallas/ Fort Worth** (DFW) July 30, 2015 05:00 PM Booking Code : M Plane Type : 788 |
| **American Airlines** **1247** | **Dallas/ Fort Worth** (DFW) July 30, 2015 06:35 PM Travel Time : 1 h 15 m Cabin Class : Economy Seat : 26A , 26B | **Lubbock** (LBB) July 30, 2015 07:50 PM Booking Code : M Plane Type : S80 |

**Fare Amount**

Adult
2 ×
$14,600.00 CNY    $29,200.00 CNY

**Taxes & Carrier-Imposed Fees**

Taxes     $1,048.00 CNY

Carrier-Imposed
Fees     $4,460.00 CNY

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **144** | **Lubbock** (LBB) August 29, 2015 08:00 AM Travel Time : 1 h 14 m Cabin Class : Economy Seat : 26A , 26B | **Dallas/ Fort Worth** (DFW) August 29, 2015 09:14 AM Booking Code : V Plane Type : S80 |
| **American Airlines** **89** | **Dallas/ Fort Worth** (DFW) August 29, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : 15C , 15D | **Beijing** (PEK) August 30, 2015 02:15 PM Booking Code : V Plane Type : 788 |

**Flight Subtotal**

**$34,708.00 CNY**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ███████ | 0012399284570 | | $14,600.00 CNY | 2754.00 | 17354.00 |
| | 0012399284571 | | $14,600.00 CNY | 2754.00 | 17354.00 |

Case3:07-cv-05634-CRB Document1375-5 Filed 01/16/23 Page472 of 881

| Payment Type | | | | Total | $34,708.00 CNY |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR REF/CHANGE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-162

**American**Airlines®

AA RECORD LOCATOR : **EBPJXH**       ‖‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ‖‖‖              Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to New York
1 Adult
**Saturday** August 1, 2015 – **Saturday** August 29, 2015

| **Total Paid:** | |
|---|---|
| | **$598.20 USD** |

| AA Record Locator | Reservation Name |
|---|---|
| **EBPJXH** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | **San Diego** (SAN) August 1, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 29F | **New York** (JFK) August 1, 2015 04:17 PM Booking Code : V Plane Type : 738 |

**Fare Amount**

Adult
1 × $530.23 USD       $530.23 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **95** | **New York** (JFK) August 29, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 29F | **San Diego** (SAN) August 29, 2015 08:36 PM Booking Code : S Plane Type : 738 |

Taxes       $67.97 USD

Carrier-Imposed Fees       $0.00 USD

**Flight Subtotal**

**$598.20 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▇▇▇▇ | 0012353598079 | | $530.23 USD | 67.97 | 598.20 |
| Payment Type | ▇▇▇▇ | | | Total | $598.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at 1-800-433-7300 for the correct total.

**AmericanAirlines®**

AA RECORD LOCATOR : **HIWHBI**    

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Dallas/ Fort Worth

1 Adult
**Saturday** August 1, 2015 – **Monday** October 5, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **HIWHBI** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 01, 2015 |

**Total Paid:**

**$1,480.80 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 39B | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : L Plane Type : 777 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) October 5, 2015 10:40 AM Travel Time : 14 h 35 m Cabin Class : Economy Seat : 36J | **Seoul** (ICN) October 6, 2015 03:15 PM Booking Code : S Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,319.00 USD    $1,319.00 USD

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| Taxes | $87.80 USD |
| Carrier-Imposed Fees | $74.00 USD |

**Flight Subtotal**

**$1,480.80 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012353398167 | | $1,319.00 KRW | 1393.00 USD | 161.80 | 1480.80 |
| Payment Type | | | | | Total | $1,480.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

Fare Includes –

Endorsements/Restrictions –
RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

2-ER-164

**American**Airlines®

## AA RECORD LOCATOR : **QUFMNS**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Columbia

2 Adults, 2 Children
**Saturday** August 1, 2015 — **Saturday** January 30, 2016

| AA Record Locator | Reservation Name |
|---|---|
| **QUFMNS** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 27, 2015 |

**Total Paid:**

**$8,555,600.00 KRW**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Business Seat : 9B , 9D , 9E , 9G | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : I Plane Type : 777 |
| **American Airlines** **3509** Operated by Envoy Air As American Eagle | **Dallas/ Fort Worth** (DFW) August 1, 2015 08:10 PM Travel Time : 1 h 43 m Cabin Class : Economy Seat : 6A , 5A , 6C , 6B | **Columbia** (COU) August 1, 2015 09:53 PM Booking Code : Y Plane Type : ER4 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3431** Operated by Envoy Air As American Eagle | **Columbia** (COU) January 30, 2016 06:15 AM Travel Time : 1 h 45 m Cabin Class : Economy Seat : 7B , 8B , 7C , 8C | **Dallas/ Fort Worth** (DFW) January 30, 2016 08:00 AM Booking Code : N Plane Type : ER4 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) January 30, 2016 10:45 AM Travel Time : 14 h 35 m Cabin Class : Economy Seat : 35H , 36H , 36J , 35J | **Seoul** (ICN) January 31, 2016 04:20 PM Booking Code : S Plane Type : 777 |

**Fare Amount**

Adult
2 ×
$2,256,900.00 KRW $4,513,800 00 KRW

Child
2 ×
$1,747,500.00 KRW $3,495,000 00 KRW

**Taxes & Carrier-Imposed Fees**

Taxes $414,800 00 KRW

Carrier-Imposed Fees $132,000 00 KRW

**Flight Subtotal**

**$8,555,600.00 KRW**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012303741384 | | $2,256,900.00 KRW | 136700 00 | 2393600 00 |
| | 0012303741385 | | $2,256,900.00 KRW | 136700 00 | 2393600 00 |

2-ER-165

| | 0012303741386 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| | 0012303741387 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| Payment Type | | | | Total | $8,555,600 00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-166

**AmericanAirlines®** 

### AA RECORD LOCATOR : **CSLUME**

 Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Edinburgh to San Diego
1 Adult
**Saturday** August 1, 2015

**Total Paid:**

**$1,378.70 USD**

| AA Record Locator **CSLUME** | Reservation Name **SAN/JFK** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 09, 2015 |

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| **American Airlines** **279** | **Edinburgh** (EDI) August 1, 2015 09:15 AM Travel Time : 8 h 0 m Cabin Class : Economy Seat : 20F | **New York** (JFK) August 1, 2015 12:15 PM Booking Code : N Plane Type : 757 | | |
| **American Airlines** **95** | **New York** (JFK) August 1, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 20A | **San Diego** (SAN) August 1, 2015 08:36 PM Booking Code : N Plane Type : 738 | | |

**Fare Amount**

**Adult**
**1** × $717.00 USD     $717.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $203.70 USD

Carrier-Imposed Fees $458.00 USD

**Flight Subtotal**

**$1,378.70 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350243681 | | $717 00 USD | 661.70 | 1378.70 |
| Payment Type | | | | Total | $1,378.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** Reservations **at 1-800-433-7300 for the correct total.**

**AmericanAirlines**

AA RECORD LOCATOR : **QUFMNS**   

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Columbia

2 Adults, 2 Children
**Saturday** August 1, 2015 – **Saturday** January 30, 2016

| AA Record Locator | Reservation Name |
|---|---|
| **QUFMNS** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 27, 2015 |

**Total Paid:**

**$8,555,600.00 KRW**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Business Seat : 9B , 9D , 9E , 9G | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : I Plane Type : 777 |
| **American Airlines** **3509** Operated by Envoy Air As American Eagle | **Dallas/ Fort Worth** (DFW) August 1, 2015 08:10 PM Travel Time : 1 h 43 m Cabin Class : Economy Seat : 6A , 5A , 6C , 6B | **Columbia** (COU) August 1, 2015 09:53 PM Booking Code : Y Plane Type : ER4 |

**Fare Amount**

**Adult**
2 ×
$2,256,900.00 KRW $4,513,800.00 KRW

**Child**
2 ×
$1,747,500.00 KRW $3,495,000.00 KRW

**Taxes & Carrier-Imposed Fees**

**Taxes** $414,800.00 KRW

**Carrier-Imposed Fees** $132,000.00 KRW

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3431** Operated by Envoy Air As American Eagle | **Columbia** (COU) January 30, 2016 06:15 AM Travel Time : 1 h 45 m Cabin Class : Economy Seat : 7B , 8B , 7C , 8C | **Dallas/ Fort Worth** (DFW) January 30, 2016 08:00 AM Booking Code : N Plane Type : ER4 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) January 30, 2016 10:45 AM Travel Time : 14 h 35 m Cabin Class : Economy Seat : 35H , 36H , 36J , 35J | **Seoul** (ICN) January 31, 2016 04:20 PM Booking Code : S Plane Type : 777 |

**Flight Subtotal**

**$8,555,600.00 KRW**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮ | 0012303741384 | | $2,256,900.00 KRW | 136700.00 | 2393600.00 |
| | 0012303741385 | | $2,256,900.00 KRW | 136700.00 | 2393600.00 |

2-ER-168

| | 0012303741386 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| | 0012303741387 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| **Payment Type** | | | | Total | $8,555,600 00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-169

## American Airlines®

AA RECORD LOCATOR : **JKWLES**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Miami to Los Angeles

3 Adults

**Saturday** August 1, 2015 — **Monday** August 10, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **JKWLES** | **MIA/LAX** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 10, 2015 |

**Total Paid:**

**$3,753.54 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **69** | **Miami** (MIA) August 1, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : First Seat : 5A , 5B , 5E | **Los Angeles** (LAX) August 1, 2015 07:37 PM Booking Code : A Plane Type : 738 |
| **American Airlines** **1297** | **Los Angeles** (LAX) August 10, 2015 10:45 AM Travel Time : 5 h 25 m Cabin Class : First Seat : 5A , 5B , 5E | **Miami** (MIA) August 10, 2015 07:10 PM Booking Code : P Plane Type : 738 |

**Fare Amount**

**Adult**
3 × $1,137.66 USD  $3,412.98 USD

**Taxes & Carrier-Imposed Fees**

| Taxes | $340.56 USD |
|---|---|
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$3,753.54 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012306301793 | | $1,137.66 USD | 113.52 | 1251.18 |
| | 0012306301794 | | $1,137.66 USD | 113.52 | 1251.18 |
| | 0012306301795 | | $1,137.66 USD | 113.52 | 1251.18 |
| Payment Type | | | | Total | $3,753.54 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

2-ER-170

**American**Airlines®

AA RECORD LOCATOR : **XTPOCH**    ‖ ‖ ‖ barcode ‖ ‖ ‖    

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Dallas/ Fort Worth

2 Adults
**Saturday** August 1, 2015 — **Friday** August 14, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **XTPOCH** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 10, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 38G , 38F | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : L Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 35G , 35F | **Seoul** (ICN) August 15, 2015 03:15 PM Booking Code : L Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | Ticket Exchange - 0017617329783 | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

2-ER-171

Case 3:07-cv-05634-CRB Document 1037-5 Filed 01/16/23 Page 587 of 891

**AmericanAirlines**

AA RECORD LOCATOR : **XTPOCH**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.




Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Dallas/ Fort Worth

2 Adults
**Saturday** August 1, 2015 – **Friday** August 14, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **XTPOCH** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 10, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 38G , 38F | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : L Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 35G , 35F | **Seoul** (ICN) August 15, 2015 03:15 PM Booking Code : L Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 0012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

2-ER-172

Case 3:07-cv-05634-CRB Document 1877-5 Filed 01/16/23 Page 49 of 281

# AmericanAirlines

AA RECORD LOCATOR : **ASREEY**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

## El Paso to Vigo

**Sunday** August 2, 2015 – **Saturday** August 22, 2015

Status: **0** miles

+$0.00

| AA Record Locator | Reservation Name |
|---|---|
| **ASREEY** | **ELP/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 06, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **149** | El Paso (ELP) August 2, 2015 11:46 AM Travel Time : 1 h 48 m Cabin Class : Economy Seat : 27E , 27F | Dallas/ Fort Worth (DFW) August 2, 2015 02:34 PM Booking Code : T Plane Type : S80 |
| **American Airlines** **36** | Dallas/ Fort Worth (DFW) August 2, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 39B , 39C | Madrid (MAD) August 3, 2015 08:00 AM Booking Code : T Plane Type : 777 |
| Iberia **IB** **3960** Operated by Iberia Express Airline | Madrid (MAD) August 3, 2015 11:55 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | Vigo (VGO) August 3, 2015 01:10 PM Booking Code : X Plane Type : 32S |

Current Mileage Balance

Available 0 miles

Mileage Needed

Mileage Balance After

0 miles

Taxes & Carrier-Imposed Fees

Taxes $0.00

Carrier-Imposed Fees $0.00

Flight Subtotal

**0 miles**

**+ $0.00**

| Flight | Depart | Arrive |
|---|---|---|
| Iberia **IB** **3961** Operated by Iberia Express Airline | Vigo (VGO) August 22, 2015 06:45 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | Madrid (MAD) August 22, 2015 08:00 AM Booking Code : X Plane Type : 32S |
| Iberia **IB** | Madrid (MAD) August 22, 2015 11:50 AM Travel Time : 9 h 25 m | Chicago (ORD) August 22, 2015 02:15 PM Booking Code : X |

2-ER-173

**6275**

Cabin Class : Economy
Seat : 16A , 16C

Plane Type : 333

---

**American Airlines**
**3290**

Operated by Envoy Air As
American Eagle

**Chicago** (ORD)
August 22, 2015 08:30 PM
Travel Time : 3 h 15 m
Cabin Class : Economy
Seat : 16B , 16C

**El Paso** (ELP)
August 22, 2015 10:45 PM
Booking Code : T
Plane Type : CR7

## Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012306054045 | | | | | |
| | 0012306054063 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

Fare Includes –

**Endorsements/Restrictions –**
FEE ON CHG/VOID IF SLD/PURCH/BTRD/ C87-88

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-174

**AmericanAirlines**

## AA RECORD LOCATOR : **ASUWLF**





Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

## El Paso to Vigo

**Sunday** August 2, 2015 – **Saturday** August 22, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ASUWLF** | **ELP/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 06, 2015 |

Status:

**0** miles

**+$0.00**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **149** | El Paso (ELP) August 2, 2015 11:46 AM Travel Time : 1 h 48 m Cabin Class : Economy Seat : 27D | Dallas/ Fort Worth (DFW) August 2, 2015 02:34 PM Booking Code : T Plane Type : S80 |
| **American Airlines** **36** | Dallas/ Fort Worth (DFW) August 2, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 39A | Madrid (MAD) August 3, 2015 08:00 AM Booking Code : T Plane Type : 777 |
| Iberia **IB** **3960** Operated by Iberia Express Airline | Madrid (MAD) August 3, 2015 11:55 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | Vigo (VGO) August 3, 2015 01:10 PM Booking Code : X Plane Type : 32S |

**Current Mileage Balance**

| Available | 0 miles |
|---|---|

**Mileage Needed**

**Mileage Balance After**

0 miles

**Taxes & Carrier-Imposed Fees**

| Taxes | $0.00 |
|---|---|
| Carrier-Imposed Fees | $0.00 |

**Flight Subtotal**

0 miles

| Flight | Depart | Arrive |
|---|---|---|
| Iberia **IB** **3961** Operated by Iberia Express Airline | Vigo (VGO) August 22, 2015 06:45 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | Madrid (MAD) August 22, 2015 08:00 AM Booking Code : X Plane Type : 32S |
| Iberia **IB** | Madrid (MAD) August 22, 2015 11:50 AM Travel Time : 9 h 25 m | Chicago (ORD) August 22, 2015 02:15 PM Booking Code : X |

**+ $0.00**

2-ER-175

| 6275 | Cabin Class : Economy | Plane Type : 333 |
| | Seat : 15A | |

| **American Airlines** | **Chicago** (ORD) | **El Paso** (ELP) |
| **3290** | August 22, 2015 08:30 PM | August 22, 2015 10:45 PM |
| Operated by Envoy Air As | Travel Time : 3 h 15 m | Booking Code : T |
| American Eagle | Cabin Class : Economy | Plane Type : CR7 |
| | Seat : 16A | |

### Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012306054043 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

### Fare Includes –

### Endorsements/Restrictions –
FEE ON CHG/VOID IF SLD/PURCH/BTRD/ C28-29

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

#### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

#### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

#### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

#### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

#### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

#### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

#### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

#### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

#### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

#### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-176

 

## AmericanAirlines®

AA RECORD LOCATOR : **RBULJZ**
US AIRWAYS RECORD LOCATOR : **CFSWY3**



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Aruba to Portland

2 Adults
**Sunday** August 2, 2015 – **Sunday** August 30, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **RBULJZ** | **AUA/CLT** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 27, 2015 |

**US Airways Record Locator**
**CFSWY3**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **877** Operated by US Airways | **Aruba** (AUA) August 2, 2015 04:40 PM Travel Time : 4 h 9 m Cabin Class : Economy Seat Information | **Charlotte** (CLT) August 2, 2015 08:49 PM Booking Code : N Plane Type : 320 |
| **American Airlines** **1737** Operated by US Airways | **Charlotte** (CLT) August 2, 2015 10:10 PM Travel Time : 5 h 4 m Cabin Class : Economy Seat Information | **Los Angeles** (LAX) August 3, 2015 12:14 AM Booking Code : N Plane Type : 321 |
| **American Airlines** **6827** Operated by Alaska Airlines | **Los Angeles** (LAX) August 3, 2015 06:35 AM Travel Time : 2 h 20 m Cabin Class : Economy Seat : 15F , 15E | **Portland** (PDX) August 3, 2015 08:55 AM Booking Code : N Plane Type : 737 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1355** | **Portland** (PDX) August 30, 2015 01:35 PM Travel Time : 3 h 48 m Cabin Class : Economy Seat : unassigned | **Dallas/ Fort Worth** (DFW) August 30, 2015 07:23 PM Booking Code : V Plane Type : 738 |
| **American Airlines** **60** | **Dallas/ Fort Worth** (DFW) August 30, 2015 08:30 PM Travel Time : 3 h 1 m | **Miami** (MIA) August 31, 2015 12:31 AM Booking Code : N |

2-ER-177

|  |  |  |
|---|---|---|
| | Cabin Class : Economy<br>Seat : unassigned | Plane Type : 738 |
| **American Airlines**<br>**1028** | **Miami** (MIA)<br>August 31, 2015 10:05 AM<br>Travel Time : 2 h 57 m<br>Cabin Class : Economy<br>Seat : 21A , 21B | **Aruba** (AUA)<br>August 31, 2015 01:02 PM<br>Booking Code : N<br>Plane Type : 738 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353257923 | | | | |
| | 0012353257935 | | | | |
| **Payment Type** | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY C15-16

**Note** – If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : **WTZAKL**　　　　Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Los Angeles to St Kitts

1 Infant in a seat, 4 Adults
**Sunday** August 2, 2015 – **Tuesday** August 11, 2015

**Total Paid:**
**$4,641.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **WTZAKL** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 29, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** | **Los Angeles** (LAX) August 2, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : 29F , 29E , 29D , 29B , 29A | **Miami** (MIA) August 2, 2015 03:53 PM Booking Code : N Plane Type : 738 |
| **American Airlines** **1236** | **Miami** (MIA) August 2, 2015 04:59 PM Travel Time : 3 h 4 m Cabin Class : Economy Seat : 28F , 28E , 28D , 28C , 28B | **St Kitts** (SKB) August 2, 2015 08:03 PM Booking Code : N Plane Type : 738 |

**Fare Amount**

**Adult**
4 × $813.00 USD　　$3,252.00 USD

**Infant in a seat**
1 × $813.00 USD　　$813.00 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**　　$576.00 USD

**Carrier-Imposed Fees**　　$0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **318** | **St Kitts** (SKB) August 11, 2015 04:05 PM Travel Time : 3 h 14 m Cabin Class : Economy Seat : 28F , 28E , 28D , 28C , 28B | **Miami** (MIA) August 11, 2015 07:19 PM Booking Code : N Plane Type : 738 |
| **American Airlines** **1352** | **Miami** (MIA) August 12, 2015 07:15 AM Travel Time : 5 h 19 m Cabin Class : Economy Seat : 42J , 42H , 42G , 42F , 42D | **Los Angeles** (LAX) August 12, 2015 09:34 AM Booking Code : N Plane Type : 777 |

**Flight Subtotal**

**$4,641.00 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012351009811 |  | $813.00 USD | 124 60 | 937.60 |
|  | 0012351009812 |  | $813.00 USD | 124 60 | 937.60 |

2-ER-179

| | 0012351009813 | | $813.00 USD | 77 60 | 890.60 |
|---|---|---|---|---|---|
| | 0012351009814 | | $813.00 USD | 124 60 | 937.60 |
| | 0012351009815 | | $813.00 USD | 124 60 | 937.60 |
| Payment Type | | | | Total | $4,641.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note** - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at **1-800-433-7300** for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-180

**AmericanAirlines'** 

AA RECORD LOCATOR : **QFNHCR**        Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Springfield to Seoul

1 Adult
**Sunday** August 2, 2015

Status:

**$38.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **QFNHCR** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 19, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3666** Operated by Envoy Air As American Eagle | **Springfield** (SGF) August 2, 2015 07:59 AM Travel Time : 1 h 31 m Cabin Class : Economy Seat : 7A | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:30 AM Booking Code : S Plane Type : ER4 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 35A | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : S Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012303373392 | | | | | |
| **Payment Type** | Ticket Exchange - 0012303078851 | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | | Charges or Fees |
|---|---|---|---|---|---|---|
| | 0012303373392 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes -

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above

2-ER-181

**AmericanAirlines**

AA RECORD LOCATOR : **ABPEAQ**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Multiple Destinations

2 Adults
**Sunday** August 2, 2015 – **Sunday** August 23, 2015

**Total Paid:**

**$1,748.60 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **ABPEAQ** | **IAH/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1483** | Houston (IAH) August 2, 2015 06:30 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : 30E , 30F | **Dallas/ Fort Worth** (DFW) August 2, 2015 07:45 AM Booking Code : N Plane Type : 32B |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 41J , 41H | Tokyo (NRT) August 3, 2015 02:20 PM Booking Code : N Plane Type : 777 |

**Fare Amount**

**Adult**
2 × $599.00 USD    $1,198.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $206.60 USD

Carrier-Imposed Fees    $344.00 USD

**Flight Subtotal**

**$1,748.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | Tokyo (NRT) August 23, 2015 10:40 AM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 24F , 24E | **Dallas/ Fort Worth** (DFW) August 23, 2015 08:50 AM Booking Code : N Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2483** | **Dallas/ Fort Worth** (DFW) August 23, 2015 09:55 PM Travel Time : 1 h 12 m Cabin Class : Economy Seat : 25A , 25B | Houston (IAH) August 23, 2015 11:07 PM Booking Code : N Plane Type : S80 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|

2-ER-182

| | 0012350466235 | | $599 00 USD | 275.30 | 874.30 |
| | 0012350466236 | | $599 00 USD | 275.30 | 874.30 |
| Payment Type | | | | Total | $1,748.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-183

**AmericanAirlines'**

AA RECORD LOCATOR : **BJVDMX**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the one world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Oklahoma City

1 Adult
**Sunday** August 2, 2015 – **Sunday** August 2, 2015

**Total Paid:**

**$2,229.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **BJVDMX** | **LGA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 01, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | Seoul (ICN) August 2, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 27B | Dallas/ Fort Worth (DFW) August 2, 2015 04:35 PM Booking Code : S Plane Type : 777 |
| **American Airlines** **2441** | Dallas/ Fort Worth (DFW) August 2, 2015 06:55 PM Travel Time : 1 h 8 m Cabin Class : Economy Seat : 20A | Oklahoma City (OKC) August 2, 2015 08:03 PM Booking Code : S Plane Type : 80 |

**Fare Amount**

Adult
**1** × $1,850.00 USD   $1,850.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $99.00 USD

Carrier-Imposed Fees     $280.00 USD

**Flight Subtotal**

**$2,229.00 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012347599521 | | $1,850.00 USD | 379.00 | 2229.00 |
| Payment Type | | | | Total | $2,229.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
FEE FOR CHANGE/REFUND

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.

**AmericanAirlines**

AA RECORD LOCATOR : **MAPQDP**     ▌▌▌▐▐▐▐▐▌▌▌ 

Get your boarding pass
faster! Scan this barcode at
any American Airlines Self-
Service Machine.




Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Multiple Destinations
2 Adults
**Sunday** August 2, 2015 – **Saturday** August 15, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **MAPQDP** | **MFE/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **5890** Operated by Mesa Airlines As American Eagle | **McAllen/ Mission** (MFE) August 2, 2015 12:29 PM Travel Time : 1 h 45 m Cabin Class : Economy Seat : 10D , 10F | **Dallas/ Fort Worth** (DFW) August 2, 2015 02:14 PM Booking Code : N Plane Type : CR9 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 2, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 42A , 42B | **Madrid** (MAD) August 3, 2015 08:00 AM Booking Code : N Plane Type : 777 |
| **American Airlines** **8511** Operated by Air Nostrum For Iberia | **Madrid** (MAD) August 3, 2015 12:05 PM Travel Time : 1 h 5 m Cabin Class : Economy Seat : unassigned | **Jerez De La Frontera** (XRY) August 3, 2015 01:10 PM Booking Code : N Plane Type : CR9 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8639** Operated by Iberia | **Madrid** (MAD) August 15, 2015 12:45 PM Travel Time : 7 h 45 m Cabin Class : Economy Seat : unassigned | **Boston** (BOS) August 15, 2015 02:30 PM Booking Code : N Plane Type : 333 |
| **American Airlines** **2188** 📶 | **Boston** (BOS) August 15, 2015 05:40 PM Travel Time : 4 h 17 m Cabin Class : Economy Seat : 19F , 19E | **Dallas/ Fort Worth** (DFW) August 15, 2015 08:57 PM Booking Code : N Plane Type : 738 |

2-ER-185

**American Airlines**
**5772**
Operated by Mesa Airlines As
American Eagle

**Dallas/ Fort Worth** (DFW)
August 15, 2015 10:20 PM
Travel Time : 1 h 35 m
Cabin Class : Economy
Seat : 9D , 9F

**McAllen/ Mission** (MFE)
August 15, 2015 11:55 PM
Booking Code : N
Plane Type : CR9

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350149782 | | | | |
| | 0012350149784 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY C66-67

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## American Airlines®

AA RECORD LOCATOR : **YCJBKQ**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Madrid to Miami

1 Adult

**Sunday** August 2, 2015 – **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **YCJBKQ** | **MAD/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 19, 2015 |

**Total Paid:**

**$1,631.50 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **95** | Madrid (MAD) August 2, 2015 10:55 AM Travel Time : 8 h 25 m Cabin Class : Economy Seat : 13J | New York (JFK) August 2, 2015 01:20 PM Booking Code : N Plane Type : 763 |
| **American Airlines** **65** | New York (JFK) August 2, 2015 05:00 PM Travel Time : 3 h 33 m Cabin Class : Economy Seat : 25A | Miami (MIA) August 2, 2015 08:33 PM Booking Code : N Plane Type : 32B |

**Fare Amount**

Adult
1 × $1,029.00 USD   $1,029.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $106.50 USD

Carrier-Imposed Fees    $496.00 USD

**Flight Subtotal**

**$1,631.50 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012300033739 | | $1,029.00 USD | 602.50 | 1631.50 |
| Payment Type | | | | Total | $1,631.50 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes** –

**Endorsements/Restrictions** –
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at 1-800-433-7300 for the correct total.

2-ER-187

## AmericanAirlines®

### AA RECORD LOCATOR : **VTKLHR**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Taipei to Dallas/ Fort Worth

1 Adult
**Sunday** August 2, 2015

**Total Paid:**

**$1,405.50 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **VTKLHR** | **DFW/NRT** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Oct 12, 2014 |

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| **American Airlines** **8424** Operated by Japan Airlines | **Taipei** (TPE) August 2, 2015 10:00 AM Travel Time : 3 h 20 m Cabin Class : Economy Seat : 19A | **Tokyo** (NRT) August 2, 2015 02:20 PM Booking Code : S Plane Type : 767 | **Fare Amount** **Adult** **1** × $1,042.00 USD   $1,042.00 USD **Taxes & Carrier-Imposed Fees** | |
| **American Airlines** **60** | **Tokyo** (NRT) August 2, 2015 06:45 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 39H | **Dallas/ Fort Worth** (DFW) August 2, 2015 04:55 PM Booking Code : S Plane Type : 777 | **Taxes**    $101.50 USD **Carrier-Imposed** **Fees**    $262.00 USD | |

**Flight Subtotal**

**$1,405.50 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012394701574 | | $1,042.00 USD | 363.50 | 1405.50 |
| Payment Type | | | | Total | $1,405.50 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR CHANGE/REFUND

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

## American Airlines®

### AA RECORD LOCATOR : UJHOMX



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### San Francisco to Boston

2 Adults
**Sunday** August 2, 2015 – **Sunday** August 9, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **UJHOMX** | **SFO/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 26, 2015 |

**Total Paid:**
**$1,410.24 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **San Francisco** (SFO) August 2, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 28A , 28B | **Dallas/ Fort Worth** (DFW) August 2, 2015 01:57 PM Booking Code : N Plane Type : 32B |
| **American Airlines** **1512** | **Dallas/ Fort Worth** (DFW) August 2, 2015 03:05 PM Travel Time : 3 h 46 m Cabin Class : Economy Seat : 22D , 22E | **Boston** (BOS) August 2, 2015 07:51 PM Booking Code : N Plane Type : 757 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1583** | **Boston** (BOS) August 9, 2015 08:10 AM Travel Time : 4 h 14 m Cabin Class : Economy Seat : 29C , 29B | **Dallas/ Fort Worth** (DFW) August 9, 2015 11:24 AM Booking Code : G Plane Type : 738 |
| **American Airlines** **330** | **Dallas/ Fort Worth** (DFW) August 9, 2015 02:10 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 12A , 12B | **San Francisco** (SFO) August 9, 2015 03:54 PM Booking Code : G Plane Type : 738 |

**Fare Amount**

**Adult**
2 × $582.31 USD    $1,164.62 USD

**Trip Options**

**Preferred Seats**    $67.84 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**    $177.78 USD

**Carrier-Imposed Fees**    $0.00 USD

**Flight Subtotal**

**$1,410.24 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353221597 | | $582.31 USD | 88.89 | 671.20 |
| | 0012353221598 | | $582.31 USD | 88.89 | 671.20 |

2-ER-189

| Payment Type | | | | Total | $1,342.40 USD |
|---|---|---|---|---|---|

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| LACOUR, MONIQUE | 12A | 31 55 USD | 2.37 USD | 33.92 USD |
| BEESLEY, DANIAL | 12B | 31 55 USD | 2.37 USD | 33.92 USD |
| | | | Total | 67.84 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : **WVEGSR**     ‖‖‖‖‖‖‖‖‖‖‖‖‖ 

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Raleigh/ Durham to Melbourne
3 Adults, 3 Children
**Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **WVEGSR** | **RDU/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 27, 2015 |

**Total Paid:**

**$5,782.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1266** | **Raleigh/ Durham** (RDU) August 2, 2015 12:20 PM Travel Time : 2 h 11 m Cabin Class : Economy Seat : 26A , 26B , 26C , 26D , 26E , 26F | **Miami** (MIA) August 2, 2015 02:31 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **69** | **Miami** (MIA) August 2, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : unassigned | **Los Angeles** (LAX) August 2, 2015 07:37 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **7356** Operated by Qantas | **Los Angeles** (LAX) August 2, 2015 10:50 PM Travel Time : 15 h 45 m Cabin Class : Economy Seat : 66D , 66E , 67D , 67E , 67F , 67G | **Melbourne** (MEL) August 4, 2015 07:35 AM Booking Code : S Plane Type : 380 |

**Fare Amount**

| Adult 3 × $660.00 USD | $1,980.00 USD |
|---|---|
| Child 3 × $495.00 USD | $1,485.00 USD |

**Taxes & Carrier-Imposed Fees**

| Taxes | $277.20 USD |
|---|---|
| Carrier-Imposed Fees | $2,040.00 USD |

**Flight Subtotal**

**$5,782.20 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012302118625 | | $660.00 USD | 386 20 | 1046.20 |
| | 0012302118626 | | $660.00 USD | 386 20 | 1046.20 |
| | 0012302118627 | | $495.00 USD | 386 20 | 881.20 |
| | 0012302118628 | | $495.00 USD | 386 20 | 881.20 |
| | 0012302118629 | | $495.00 USD | 386 20 | 881.20 |
| | 0012302118630 | | $660.00 USD | 386 20 | 1046.20 |
| **Payment Type** | | | | Total | $5,782.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|

**2-ER-191**

## AmericanAirlines®

### AA RECORD LOCATOR : **MFVTQA**





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to New York

**Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **MFVTQA** | **MAD/JFK** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticketed** Jul 02, 2015

**Total Paid:**

**65,000** miles

**+$48.00** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines**<br>**95** | Madrid (MAD)<br>August 2, 2015 10:55 AM<br>Travel Time : 8 h 25 m<br>Cabin Class : Economy<br>Seat : 21J | New York (JFK)<br>August 2, 2015 01:20 PM<br>Booking Code : Y<br>Plane Type : 763 |

**Current Mileage Balance**

| Available | 0 miles |
|---|---|

**Mileage Needed**

Departure
Economy AAnytime
Award                          65,000 miles



**Taxes & Carrier-Imposed Fees**

| Taxes | $48.00 |
|---|---|
| Carrier-Imposed Fees | $0.00 |

**Flight Subtotal**

**65,000** miles

**+ $48.00**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305828126 | | $0 00 USD | 48.00 | 48.00 |
| Payment Type | | | | Total | $48.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |



**AmericanAirlines®**

AA RECORD LOCATOR : **WZFMUN**          ‖‖‖ ‖‖‖‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖          Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Montreal to San Francisco
2 Adults
**Friday** August 7, 2015 – **Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **WZFMUN** | **YUL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 09, 2015 |

**Total Paid:**

**$956.40 CAD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1045** | **Montreal** (YUL) August 7, 2015 07:44 AM Travel Time : 3 h 58 m Cabin Class : Economy Seat : 26D , 26E | **Dallas/ Fort Worth** (DFW) August 7, 2015 10:42 AM Booking Code : Q Plane Type : 738 |
| **American Airlines** **37** | **Dallas/ Fort Worth** (DFW) August 7, 2015 05:00 PM Travel Time : 3 h 50 m Cabin Class : Economy Seat : 26B , 28B | **San Francisco** (SFO) August 7, 2015 06:50 PM Booking Code : Q Plane Type : 73B |

**Fare Amount**

**Adult**
2 × $333.00 CAD          $666.00 CAD

**Taxes & Carrier-Imposed Fees**

**Taxes**          $290.40 CAD

**Carrier-Imposed Fees**   $0.00 CAD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **San Francisco** (SFO) August 27, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 25D , 25E | **Dallas/ Fort Worth** (DFW) August 27, 2015 01:57 PM Booking Code : Q Plane Type : 32B |
| **American Airlines** **1578** | **Dallas/ Fort Worth** (DFW) August 27, 2015 06:35 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 21A , 21B | **Montreal** (YUL) August 27, 2015 11:19 PM Booking Code : Q Plane Type : 738 |

**Flight Subtotal**

**$956.40 CAD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮ | 0012353664912 | | $333.00 CAD | 145.20 | 478.20 |
| | 0012353664913 | | $333.00 CAD | 145.20 | 478.20 |

| Payment Type | | | | Total | $956.40 CAD |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-194

**AmericanAirlines**

AA RECORD LOCATOR : **TCQUVJ**          



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Multiple Destinations
1 Adult
**Saturday** August 8, 2015 – **Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **TCQUVJ** | **MDE/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 23, 2015 |

**Total Paid:**
**$1.871.290,00 COP**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **924** | **Medellin** (MDE) August 8, 2015 07:00 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 29F | **Miami** (MIA) August 8, 2015 11:32 AM Booking Code : O Plane Type : 738 |
| **American Airlines** **1109** | **Miami** (MIA) August 8, 2015 04:45 PM Travel Time : 3 h 18 m Cabin Class : Economy Seat : 35G | **Chicago** (ORD) August 8, 2015 07:03 PM Booking Code : O Plane Type : 763 |

**Fare Amount**

**Adult**
1 ×
$1.426.200,00 COP $1.426.200,00 COP

**Taxes & Carrier-Imposed Fees**

Taxes          $445.090,00 COP

Carrier-Imposed
Fees          $0,00 COP

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2220** | **Chicago** (ORD) August 15, 2015 12:25 PM Travel Time : 4 h 39 m Cabin Class : Economy Seat : 29D | **Los Angeles** (LAX) August 15, 2015 03:04 PM Booking Code : Q Plane Type : 738 |

**Flight Subtotal**

**$1.871.290,00 COP**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** | **Los Angeles** (LAX) August 27, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : 28D | **Miami** (MIA) August 27, 2015 03:53 PM Booking Code : O Plane Type : 738 |
| **American Airlines** **923** | **Miami** (MIA) August 27, 2015 05:05 PM | **Medellin** (MDE) August 27, 2015 07:33 PM |

2-ER-195



| | | | Travel Time : 3 h 28 m | | Booking Code : O | |
| | | | Cabin Class : Economy | | Plane Type : 319 | |
| | | | Seat : 22F | | | |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012305322079 | | $1,426,200.00 USD | 1426200.00 COP | 445090.00 | 1871290.00 |
| Payment Type | | | | | Total | $1.871.290,00 COP |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

### Fare Includes –

### Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY/NONREF/SVCCHGPLUSF C79-80

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/sellservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-196

**AmericanAirlines®**

AA RECORD LOCATOR : **MPFMGM**    ▐█▌▐██▐▐█▐▌█▌▐██▌▐█▌ ▐▌▐▐█▌▐▐▌▐▐█▌▐█▌▐▌▐█▌▐▐▌▐██▌▐█▌▐▐▌

 Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **oneworld** Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

New York to Madrid

1 Adult

**Monday** August 10, 2015 – **Sunday** August 30, 2015

| AA Record Locator | Reservation Name | Total Paid: |
|---|---|---|
| **MPFMGM** | **JFK/MAD** | **$1,260.20 USD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 19, 2015 | |

| Flight | Depart | Arrive | Fare Amount |
|---|---|---|---|
| **American Airlines** **8644** Operated by Iberia | New York (JFK) August 10, 2015 05:05 PM Travel Time : 7 h 15 m Cabin Class : Economy Seat : unassigned | Madrid (MAD) August 11, 2015 06:20 AM Booking Code : N Plane Type : 340 | Adult **1** × $672.00 USD    $672.00 USD Taxes & Carrier-Imposed Fees |
| | | | Taxes    $92.20 USD |
| **American Airlines** **95** | Madrid (MAD) August 30, 2015 10:55 AM Travel Time : 8 h 25 m Cabin Class : Economy Seat : 29A | New York (JFK) August 30, 2015 01:20 PM Booking Code : N Plane Type : 763 | Carrier-Imposed Fees $496.00 USD Flight Subtotal |
| | | | **$1,260.20 USD** |

**Receipt**

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350637443 | | $672.00 USD | 588.20 | 1260.20 |
| Payment Type | | | | Total | $1,260.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at 1-800-433-7300 for the correct total.

2-ER-197

# AmericanAirlines®

## AA RECORD LOCATOR : ZVZZQW





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### San Francisco to Miami

**Monday** August 10, 2015 – **Saturday** August 29, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ZVZZQW** | **SFO/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 28, 2015 |

**Total Paid:**

**0** miles

**+$11.20** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **208** | **San Francisco** (SFO) August 10, 2015 07:00 AM Travel Time : 5 h 43 m Cabin Class : Economy Seat : 10F | **Miami** (MIA) August 10, 2015 03:43 PM Booking Code : Y Plane Type : 757 |
| **American Airlines** **69** | **Miami** (MIA) August 29, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 13A | **Los Angeles** (LAX) August 29, 2015 07:37 PM Booking Code : T Plane Type : 738 |
| **American Airlines** **1226** | **Los Angeles** (LAX) August 29, 2015 08:15 PM Travel Time : 1 h 30 m Cabin Class : Economy Seat : 20F | **San Francisco** (SFO) August 29, 2015 09:45 PM Booking Code : T Plane Type : 738 |

**Current Mileage Balance**

Available          0 miles

**Mileage Needed**

**Mileage Balance After**

**Taxes & Carrier-Imposed Fees**

Taxes                    $11.20

Carrier-Imposed Fees    $0.00

**Flight Subtotal**

**0 miles**

**+ $11.20**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305605966 | | $0.00 USD | 11.20 | 11.20 |
| Payment Type | | | | Total | $11.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

Fare Includes –

2-ER-198



    Home   Login   English ▾   Search aa.com

American Airlines    Plan Travel    Travel Information    AAdvantage   

## Grand Rapids to Tokyo

1 Adult
**Wednesday** August 12, 2015 – **Monday** August 31, 2015

**Your Trip Price:**

**$1,379.30 USD**

| **AA Record Locator** | **Reservation Name** |
|---|---|
| **QUNIPA** | **GRR/ORD** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticket Pending** on Jul 02, 2015

If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price.

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3231** Operated by Envoy Air As American Eagle | **Grand Rapids** (GRR) August 12, 2015 06:17 AM Travel Time : 0 h 53 m Cabin Class : Economy Seat : 17C | **Chicago** (ORD) August 12, 2015 06:10 AM Booking Code : V Plane Type : CR7 |
| **American Airlines** **2309** | **Chicago** (ORD) August 12, 2015 07:11 AM Travel Time : 2 h 34 m Cabin Class : Economy Seat : 27F | **Dallas/ Fort Worth** (DFW) August 12, 2015 09:45 AM Booking Code : V Plane Type : S80 |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 12, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 43F | **Tokyo** (NRT) August 13, 2015 02:20 PM Booking Code : V Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,104.00 USD   $1,104.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes   $103.30 USD

Carrier-Imposed Fees   $172.00 USD

**Flight Subtotal**

**$1,379.30 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | **Tokyo** (NRT) August 31, 2015 10:40 AM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 40G | **Dallas/ Fort Worth** (DFW) August 31, 2015 08:50 AM Booking Code : V Plane Type : 777 |
| **American Airlines** **5816** Operated by Mesa Airlines As American Eagle | **Dallas/ Fort Worth** (DFW) August 31, 2015 12:06 PM Travel Time : 2 h 35 m Cabin Class : Economy Seat : 9F | **Grand Rapids** (GRR) August 31, 2015 03:41 PM Booking Code : V Plane Type : CR9 |

## Baggage Information

View Baggage details for all the information you need to choose whether to carry or check.

**Show Baggage Details**

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| ███████████ | More information needed to travel |
|---|---|
| Trip Contact Information | |



We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

> 1

> Area Code and Number

| Summary | Required | Optional |
|---|---|---|
| More information is required before this passenger can travel. | Country of Residence<br>Secure Flight Information<br>Emergency Contact | Frequent Flyer Number<br>**Not an AAdvantage member?** |

## Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Lithium batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corrosives

## More About American

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Airport Conference Rooms
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds and Receipts
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility
Start CoBrowse



Earn 30,000 bonus miles

AVIS   Budget
Up to 35% savings
plus AAdvantage® miles



FEEDBACK



# AmericanAirlines®

AA RECORD LOCATOR : **ZHNYZH**
US AIRWAYS RECORD LOCATOR : **E0G9ZL**





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Philadelphia to Beijing

3 Adults, 1 Child
**Friday** August 14, 2015 – **Saturday** August 29, 2015

| | |
|---|---|
| **Total Paid:** | |
| **$4,442.80 USD** | |

### AA Record Locator
**ZHNYZH**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Reservation Name
**PHL/DFW**

Status: **Ticketed** Jun 11, 2015

### US Airways Record Locator
**E0G9ZL**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **492** Operated by US Airways | **Philadelphia** (PHL) August 14, 2015 08:50 PM Travel Time : 3 h 35 m Cabin Class : Economy Seat Information | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:25 PM Booking Code : N Plane Type : 321 |
| **American Airlines** **89**  | **Dallas/ Fort Worth** (DFW) August 15, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : unassigned | **Beijing** (PEK) August 16, 2015 02:15 PM Booking Code : N Plane Type : 788 |

**Fare Amount**

**Adult**
3 × $717.00 USD    $2,151.00 USD

**Child**
1 × $537.00 USD    $537.00 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**    $354.80 USD

**Carrier-Imposed Fees**    $1,400.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **88** | **Beijing** (PEK) August 29, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 28L , 28H , 28J , 28K | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:00 PM Booking Code : Q Plane Type : 788 |
| **American Airlines** **362** | **Dallas/ Fort Worth** (DFW) August 29, 2015 06:50 PM Travel Time : 3 h 30 m Cabin Class : Economy Seat : 25A , 25B , 26A , 26B | **Philadelphia** (PHL) August 29, 2015 11:20 PM Booking Code : Q Plane Type : 738 |

**Flight Subtotal**

**$4,442.80 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|

█████

| | | | | | |
|---|---|---|---|---|---|
| | 0012352675056 | ████████ | $717.00 USD | 442.40 | 1159.40 |
| | 0012352675057 | | $717.00 USD | 442.40 | 1159.40 |
| | 0012352675058 | | $537.00 USD | 427.60 | 964.60 |
| | 0012352675059 | | $717.00 USD | 442.40 | 1159.40 |
| **Payment Type** | ████████ | | | **Total** | **$4,442.80 USD** |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG/NONREF/RESTRICTIONS APPLY

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at **1-800-433-7300** for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-202

Case 3:07-cv-05634-CRB Document 862-5 Filed 01/16/23 Page 127 of 291

 **American**Airlines®

AA RECORD LOCATOR : **ZHNYZH**
US AIRWAYS RECORD LOCATOR : **E0G9ZL**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Philadelphia to Beijing

3 Adults, 1 Child
**Friday** August 14, 2015 – **Saturday** August 29, 2015

| | **Total Paid:** |
| --- | --- |
| | **$4,442.80 USD** |

| AA Record Locator | Reservation Name |
| --- | --- |
| **ZHNYZH** | **PHL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 11, 2015 |

US Airways Record Locator
**E0G9ZL**

| Flight | Depart | Arrive | | Fare Amount |
| --- | --- | --- | --- | --- |
| **American Airlines** **492** Operated by US Airways | **Philadelphia** (PHL) August 14, 2015 08:50 PM Travel Time : 3 h 35 m Cabin Class : Economy Seat Information | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:25 PM Booking Code : N Plane Type : 321 | | **Adult** 3 × $717.00 USD  $2,151.00 USD **Child** 1 × $537.00 USD  $537.00 USD |
| **American Airlines** **89** | **Dallas/ Fort Worth** (DFW) August 15, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : unassigned | **Beijing** (PEK) August 16, 2015 02:15 PM Booking Code : N Plane Type : 788 | | **Taxes & Carrier-Imposed Fees** **Taxes**  $354.80 USD **Carrier-Imposed Fees**  $1,400.00 USD |

| Flight | Depart | Arrive | | **Flight Subtotal** |
| --- | --- | --- | --- | --- |
| **American Airlines** **88** | **Beijing** (PEK) August 29, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 28L , 28H , 28J , 28K | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:00 PM Booking Code : Q Plane Type : 788 | | **$4,442.80 USD** |
| **American Airlines** **362** | **Dallas/ Fort Worth** (DFW) August 29, 2015 06:50 PM Travel Time : 3 h 30 m Cabin Class : Economy Seat : 25A , 25B , 26A , 26B | **Philadelphia** (PHL) August 29, 2015 11:20 PM Booking Code : Q Plane Type : 738 | | |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |

2-ER-203

| | 0012352675056 | | | $717.00 USD | 442.40 | 1159.40 |
|---|---|---|---|---|---|---|
| | 0012352675057 | | | $717.00 USD | 442.40 | 1159.40 |
| | 0012352675058 | | | $537.00 USD | 427.60 | 964.60 |
| | 0012352675059 | | | $717.00 USD | 442.40 | 1159.40 |
| Payment Type | | | | | Total | $4,442.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG/NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-204

**AmericanAirlines®**

AA RECORD LOCATOR : **LKIJPQ**    

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Bogota to Los Angeles
2 Adults, 2 Children
**Saturday** August 15, 2015 – **Sunday** August 30, 2015

**Total Paid:**

**$2,826.60 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **LKIJPQ** | **BOG/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jan 01, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1136** | Bogota (BOG) August 15, 2015 11:15 PM Travel Time : 3 h 55 m Cabin Class : Economy Seat : 29E , 29F , 29C , 29D | Miami (MIA) August 16, 2015 04:10 AM Booking Code : N Plane Type : 757 |
| **American Airlines** **1352** | Miami (MIA) August 16, 2015 07:15 AM Travel Time : 5 h 19 m Cabin Class : Economy Seat : 38C , 38D , 38E , 38F | Los Angeles (LAX) August 16, 2015 09:34 AM Booking Code : N Plane Type : 777 |

**Fare Amount**

**Adult**
2 × $598.00 USD    $1,196.00 USD

**Child**
2 × $501.00 USD    $1,002.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $628.60 USD

Carrier-Imposed Fees    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** | Los Angeles (LAX) August 30, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : 27A , 27B , 27C , 27D | Miami (MIA) August 30, 2015 03:53 PM Booking Code : N Plane Type : 738 |
| **American Airlines** **915** | Miami (MIA) August 30, 2015 05:21 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 33D , 33E , 33F , 33C | Bogota (BOG) August 30, 2015 08:05 PM Booking Code : N Plane Type : 757 |

**Flight Subtotal**

**$2,826.60 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012345980426 | | $598.00 USD | 161.00 | 759.00 |
| | 0012345980427 | | $598.00 USD | 161.00 | 759.00 |

https://www.aa.com/reservation/printItinerary.do?forward=itinerary... Location=%2Freservation%2FfindReservationSubmit.do+a...    1/2

2-ER-205

| | 0012345980428 | | | $501 00 USD | 153.30 | 654.30 |
|---|---|---|---|---|---|---|
| | 0012345980429 | | | $501 00 USD | 153.30 | 654.30 |
| Payment Type | | | | | Total | $2,826.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-206

**AmericanAirlines**

AA RECORD LOCATOR : **QYTPBC**          

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to Miami

2 Adults
**Sunday** August 16, 2015 – **Sunday** August 30, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **QYTPBC** | **MAD/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 20, 2015 |

**Total Paid:**

**$2,619.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **69** | **Madrid** (MAD) August 16, 2015 11:15 AM Travel Time : 9 h 20 m Cabin Class : Economy Seat : 34A , 34B | **Miami** (MIA) August 16, 2015 02:35 PM Booking Code : N Plane Type : 777 |

**Fare Amount**

**Adult**
2 × $937.00 USD          $1,874.00 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** | **Miami** (MIA) August 30, 2015 06:35 PM Travel Time : 8 h 40 m Cabin Class : Economy Seat : 37A , 37B | **Madrid** (MAD) August 31, 2015 09:15 AM Booking Code : V Plane Type : 777 |

**Taxes**          $184.40 USD

**Carrier-Imposed Fees**          $561.20 USD

**Flight Subtotal**

**$2,619.60 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012350652885 | | €937.00 EUR | 1217.60 USD | 372.80 | 1309.80 |
| | 0012350652886 | | €937.00 EUR | 1217.60 USD | 372.80 | 1309.80 |
| Payment Type | | | | | Total | $2,619.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY/NON-REFUNDABLE

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations at 1-800-433-7300</u> for the correct total.

Case 3:07-cv-05634-CRB Document 1082-5 Filed 01/16/23 Page 133 of 191

**AmericanAirlines®**

AA RECORD LOCATOR : **ERGNKZ**

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Little Rock to Tokyo
1 Adult
**Monday** August 17, 2015 – **Friday** August 28, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **ERGNKZ** | **LIT/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 09, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **5884** Operated by Mesa Airlines As American Eagle | **Little Rock (LIT)** August 17, 2015 08:41 AM Travel Time : 1 h 18 m Cabin Class : First Seat : 2A | **Dallas/ Fort Worth** (DFW) August 17, 2015 09:59 AM Booking Code : P Plane Type : CR9 |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 17, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : First Seat : 3A | **Tokyo** (NRT) August 18, 2015 02:20 PM Booking Code : P Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **60** | **Tokyo** (NRT) August 28, 2015 06:30 PM Travel Time : 12 h 10 m Cabin Class : First Seat : 3A | **Dallas/ Fort Worth** (DFW) August 28, 2015 04:40 PM Booking Code : P Plane Type : 777 |
| **American Airlines** **2680** Operated by Expressjet As American Eagle | **Dallas/ Fort Worth** (DFW) August 28, 2015 06:10 PM Travel Time : 1 h 16 m Cabin Class : Economy Seat : 1A | **Little Rock** (LIT) August 28, 2015 07:26 PM Booking Code : Y Plane Type : ER4 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350261110 | 63FRE14 | | | |
| **Payment Type** | | | | Total | |

2-ER-208

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
SKDCHG/

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-209

**AmericanAirlines®**

AA RECORD LOCATOR : **YVPNKI**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Los Angeles to Jerez De La Frontera

2 Adults

**Monday** August 17, 2015 – **Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **YVPNKI** | **LAX/ORD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 30, 2015 |

**Total Paid:**

**$2,271.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **126** | **Los Angeles** (LAX) August 17, 2015 07:55 AM Travel Time : 4 h 14 m Cabin Class : Economy Seat : 28F , 28E | **Chicago** (ORD) August 17, 2015 02:09 PM Booking Code : O Plane Type : 738 |
| **American Airlines** **8651** Operated by Iberia | **Chicago** (ORD) August 17, 2015 04:40 PM Travel Time : 8 h 5 m Cabin Class : Economy Seat : unassigned | **Madrid** (MAD) August 18, 2015 07:45 AM Booking Code : O Plane Type : 333 |
| **American Airlines** **8540** Operated by Air Nostrum For Iberia | **Madrid** (MAD) August 18, 2015 08:55 AM Travel Time : 1 h 5 m Cabin Class : Economy Seat : unassigned | **Jerez De La Frontera** (XRY) August 18, 2015 10:00 AM Booking Code : O Plane Type : CR9 |

**Fare Amount**

**Adult**
2 × $518.00 USD   $1,036.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes   $243.40 USD

Carrier-Imposed Fees   $992.00 USD

**Flight Subtotal**

**$2,271.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8530** Operated by Air Nostrum For Iberia | **Jerez De La Frontera** (XRY) August 27, 2015 06:50 AM Travel Time : 1 h 10 m Cabin Class : Economy Seat : unassigned | **Madrid** (MAD) August 27, 2015 08:00 AM Booking Code : O Plane Type : CR9 |
| **American Airlines** **69** | **Madrid** (MAD) August 27, 2015 11:15 AM Travel Time : 9 h 20 m Cabin Class : Economy Seat : 37A , 37B | **Miami** (MIA) August 27, 2015 02:35 PM Booking Code : O Plane Type : 777 |

Case 3:07-cv-05634-CRB Document 2387-5 Filed 01/10/23 Page 136 of 191

| American Airlines 69 | Miami (MIA) August 27, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 27A , 27B | Los Angeles (LAX) August 27, 2015 07:37 PM Booking Code : O Plane Type : 738 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353349236 | | $518.00 USD | 617.70 | 1135.70 |
| | 0012353349238 | | $518.00 USD | 617.70 | 1135.70 |
| Payment Type | | | | Total | $2,271.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY C36-37

(CHANGE OF AIRCRAFT NOTICE: "For at least one of your flights, you must change aircraft en route even though your ticket may show only one flight number and have only one flight coupon for that flight. Further, in the case of some travel, one of your flights may not be identified at the airport by the number on your ticket, or it may be identified by your request, the seller of this ticket will give you details of your change of aircraft, such as where it will occur and what aircraft types are involved

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-211

## AmericanAirlines®

AA RECORD LOCATOR : **YYUGBL**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## London to McAllen/ Mission

1 Adult
**Tuesday** August 18, 2015 – **Monday** August 31, 2015

| **Total Paid:** |
| --- |
| **$1,339.80 USD** |

| AA Record Locator | Reservation Name |
| --- | --- |
| **YYUGBL** | **LHR/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 10, 2015 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **51** | **London** (LHR) August 18, 2015 09:30 AM Travel Time : 10 h 5 m Cabin Class : Economy Seat : 29A | **Dallas/ Fort Worth** (DFW) August 18, 2015 01:35 PM Booking Code : O Plane Type : 77W |
| **American Airlines** **1137** | **Dallas/ Fort Worth** (DFW) August 18, 2015 03:20 PM Travel Time : 1 h 37 m Cabin Class : Economy Seat : 26A | **McAllen/ Mission** (MFE) August 18, 2015 04:57 PM Booking Code : O Plane Type : S80 |

**Fare Amount**

**Adult**
1 × $770.00 USD      $770.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes      $250.40 USD

Carrier-Imposed Fees $319.40 USD

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **2190** | **McAllen/ Mission** (MFE) August 31, 2015 03:59 PM Travel Time : 1 h 41 m Cabin Class : Economy Seat : 26A | **Dallas/ Fort Worth** (DFW) August 31, 2015 05:40 PM Booking Code : O Plane Type : S80 |
| **American Airlines** **78** | **Dallas/ Fort Worth** (DFW) August 31, 2015 08:00 PM Travel Time : 9 h 15 m Cabin Class : Economy Seat : 40G | **London** (LHR) September 1, 2015 11:15 AM Booking Code : O Plane Type : 777 |

**Flight Subtotal**

**$1,339.80 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| ▓▓▓▓ | 0012304585865 | | £770.00 GBP | 1089.40 USD | 569.80 | 1339.80 |
| **Payment Type** | ▓▓▓▓ | | | | **Total** | **$1,339.80 USD** |

Case 3:07-cv-05634-CRB Document 608-5 Filed 04/10/23 Page 189 of 191

**AmericanAirlines**

AA RECORD LOCATOR : **VQPYIA**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to Kahului

2 Adults
**Thursday** August 20, 2015 – **Friday** August 28, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VQPYIA** | **MAD/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jan 03, 2015 |

**Total Paid:**

**$4,860.98 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | **Madrid** (MAD) August 20, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 31J , 31H | **Dallas/ Fort Worth** (DFW) August 20, 2015 02:30 PM Booking Code : S Plane Type : 777 |
| **American Airlines** **119** | **Dallas/ Fort Worth** (DFW) August 21, 2015 10:50 AM Travel Time : 8 h 5 m Cabin Class : Economy Seat : 32A , 33B | **Kahului** (OGG) August 21, 2015 01:55 PM Booking Code : S Plane Type : 763 |

**Fare Amount**

**Adult**
2 × $1,754.00 USD  $3,508.00 USD

**Trip Options**

Main Cabin Extra  $259.60 USD

Preferred Seats  $129.80 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **6** | **Kahului** (OGG) August 28, 2015 05:15 PM Travel Time : 7 h 23 m Cabin Class : Economy Seat : 31A , 32B | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:38 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 29, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 21C , 21B | **Madrid** (MAD) August 30, 2015 08:00 AM Booking Code : N Plane Type : 777 |

Taxes  $263.58 USD

Carrier-Imposed Fees  $700.00 USD

**Flight Subtotal**

**$4,860.98 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ▮ | 0012396739614 | | €1,754.00 EUR | 2104.00 USD | 481.79 | 2235.79 |
| | 0012396739616 | | €1,754.00 EUR | 2104.00 USD | 481.79 | 2235.79 |

| Payment Type | | | | | Total | $4,471.58 USD |
|---|---|---|---|---|---|---|

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 31J, 21C | 194.70 USD | | 194.70 USD |
| | 31H, 21B | 194.70 USD | | 194.70 USD |
| | | | Total | 389.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NON-REFUNDABLE/RESTRICTIONS APPLY

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at **1-800-433-7300** for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-214

## AmericanAirlines'

AA RECORD LOCATOR : **RQNPBS**   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖     Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Madrid to Kahului
1 Adult
**Thursday** August 20, 2015 – **Friday** August 28, 2015

Status:

**$658.99 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **RQNPBS** | **MAD/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | **Madrid** (MAD) August 20, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 30G | **Dallas/ Fort Worth** (DFW) August 20, 2015 02:30 PM Booking Code : S Plane Type : 777 |
| **American Airlines** **119** | **Dallas/ Fort Worth** (DFW) August 21, 2015 10:50 AM Travel Time : 8 h 5 m Cabin Class : Economy Seat : 33A | **Kahului** (OGG) August 21, 2015 01:55 PM Booking Code : S Plane Type : 763 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **6** | **Kahului** (OGG) August 28, 2015 05:15 PM Travel Time : 7 h 23 m Cabin Class : Economy Seat : 32A | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:38 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 29, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 21A | **Madrid** (MAD) August 30, 2015 08:00 AM Booking Code : N Plane Type : 777 |

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
|  | 0012350435625 |  | €1,443.00 EUR | 350 00 USD | -978.71 | 464.29 |
| **Payment Type** | Ticket Exchange - 0012396739615 | | | | **Total** | **$464.29 USD** |

2-ER-215

| PASSENGER | | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|---|
| | | 30G, 21A | 194.70 USD | | 194.70 USD |
| | | | | Total | 194.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
*NONREFUNDABLE/RESTRICTIONS APPLY/NM CORR AUTH QSERKE*NON-RE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-216

## AmericanAirlines®

AA RECORD LOCATOR : **NNTFUH**



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Dallas/ Fort Worth to London

2 Adults
**Thursday** August 27, 2015 – **Thursday** September 3, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **NNTFUH** | **DFW/LHR** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

**Total Paid:**

**$2,862.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **78** | Dallas/ Fort Worth (DFW) August 27, 2015 08:00 PM Travel Time : 9 h 15 m Cabin Class : Economy Seat : 24J , 24H | London (LHR) August 28, 2015 11:15 AM Booking Code : S Plane Type : 777 |

**Fare Amount**

Adult
2 × $678.00 USD    $1,356.00 USD

**Trip Options**

Preferred Seats    $129.80 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **81** | London (LHR) September 3, 2015 12:25 PM Travel Time : 10 h 5 m Cabin Class : Economy Seat : 39A , 39B | Dallas/ Fort Worth (DFW) September 3, 2015 04:30 PM Booking Code : N Plane Type : 777 |

**Taxes & Carrier-Imposed Fees**

Taxes    $460.80 USD

Carrier-Imposed Fees    $916.00 USD

**Flight Subtotal**

**$2,862.60 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350426907 | | $678.00 USD | 688.40 | 1366.40 |
| | 0012350426908 | | $678.00 USD | 688.40 | 1366.40 |
| **Payment Type** | | | | Total | $2,732.80 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 24J | 64.90 USD | | 64.90 USD |
| | 24H | 64.90 USD | | 64.90 USD |
| | | | Total | 129.80 USD |

2-ER-217

**AmericanAirlines**

## AA RECORD LOCATOR : **VXCOTO**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### San Diego to New York
1 Adult
**Thursday** August 27, 2015

| | Total Paid: |
| --- | --- |
| | **$344.03 USD** |

| AA Record Locator **VXCOTO** | Reservation Name **SAN/JFK** |
| --- | --- |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 26, 2015 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **94** 📶 | **San Diego** (SAN) August 27, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 9D | **New York** (JFK) August 27, 2015 04:17 PM Booking Code : G Plane Type : 738 |

**Fare Amount**

| **Adult** 1 × $231.63 USD | $231.63 USD |
| --- | --- |

**Trip Options**

| Main Cabin Extra | $80.93 USD |
| --- | --- |

**Taxes & Carrier-Imposed Fees**

| Taxes | $31.47 USD |
| --- | --- |
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$344.03 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |
| ▮▮▮▮ | 0012303724858 | | $231.63 USD | 31.47 | 263.10 |
| Payment Type | ▮▮▮▮▮▮▮▮ | | | Total | $263.10 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
| --- | --- | --- | --- | --- |
| ▮▮▮▮ | 9D | 75.28 USD | 5.65 USD | 80.93 USD |
| | | | Total | 80.93 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
| --- | --- | --- | --- | --- |
| | | | Total | 0.00 |

2-ER-218

Case 3:07-cv-05634-CRB Document 1072-5 Filed 01/16/23 Page 204 of 291

**AmericanAirlines** 

AA RECORD LOCATOR : **VTVPTI**          ▌▐▐ ▌▐▐▌▐▐▌▐▐▌▐▐▌      Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



---

## San Francisco to Paris

**Thursday** August 27, 2015 – **Sunday** August 30, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VTVPTI** | **SFO/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 19, 2015 |

**Total Paid:**

**110,000** miles
**+$84.40** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **San Francisco** (SFO) August 27, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 8A | **Dallas/ Fort Worth** (DFW) August 27, 2015 01:57 PM Booking Code : Y Plane Type : 32B |
| **American Airlines** **48** | **Dallas/ Fort Worth** (DFW) August 27, 2015 03:05 PM Travel Time : 9 h 25 m Cabin Class : Economy Seat : 21G | **Paris** (CDG) August 28, 2015 07:30 AM Booking Code : Y Plane Type : 777 |

**Current Mileage Balance**

| Available | 0 miles |
|---|---|

**Mileage Needed**

Flight 1
Economy AAnytime
Award                    45,000 miles

Flight 2
Economy AAnytime
Award                    65,000 miles

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **45** | **Paris** (CDG) August 30, 2015 11:20 AM Travel Time : 8 h 39 m Cabin Class : Economy Seat : 12J | **New York** (JFK) August 30, 2015 01:59 PM Booking Code : Y Plane Type : 763 |

**Taxes & Carrier-Imposed Fees**

| Taxes | $84.40 |
|---|---|
| Carrier-Imposed Fees | $0.00 |

**Flight Subtotal**

**110,000** miles

**+ $84.40**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305153198 | | $0.00 USD | 84.40 | 84.40 |
| Payment Type | | | | Total | $84.40 USD |

2-ER-219

**AmericanAirlines®**

AA RECORD LOCATOR : **MNVEMY**                    Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## New York to Madrid

1 Adult
**Thursday** August 27, 2015 – **Friday** December 18, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **MNVEMY** | **JFK/MAD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 05, 2015 |

**Total Paid:**

**$1,182.50 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | **New York** (JFK) August 27, 2015 07:15 PM Travel Time : 7 h 40 m Cabin Class : Economy Seat : 27H | **Madrid** (MAD) August 28, 2015 08:55 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **8645** Operated by Iberia | **Madrid** (MAD) December 18, 2015 12:30 PM Travel Time : 8 h 50 m Cabin Class : Economy Seat : unassigned | **New York** (JFK) December 18, 2015 03:20 PM Booking Code : N Plane Type : 333 |

**Fare Amount**

Adult
1 × $593.00 USD          $593.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes          $93.50 USD

Carrier-Imposed Fees $496.00 USD

**Flight Subtotal**

**$1,182.50 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012352440080 | | $593.00 USD | 589.50 | 1182.50 |
| Payment Type | | | | Total | $1,182.50 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at 1-800-433-7300 for the correct total.

2-ER-220



## American Airlines®

AA RECORD LOCATOR : **PTSDNG**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the one**world** Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Newark to Tokyo
1 Lap Infant, 2 Adults
**Thursday** August 27, 2015 – **Thursday** September 10, 2015

Status:

**$1,541.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **PTSDNG** | **EWR/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 02, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1008** | **Newark** (EWR) August 27, 2015 07:03 AM Travel Time : 3 h 42 m Cabin Class : Economy Seat : 23A , 23B | **Dallas/ Fort Worth** (DFW) August 27, 2015 09:45 AM Booking Code : N Plane Type : S80 |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 27, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 37A , 37B | **Tokyo** (NRT) August 28, 2015 02:20 PM Booking Code : N Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | **Tokyo** (NRT) September 10, 2015 10:55 AM Travel Time : 11 h 40 m Cabin Class : Economy Seat : 40C , 40D | **Dallas/ Fort Worth** (DFW) September 10, 2015 08:35 AM Booking Code : N Plane Type : 777 |
| **American Airlines** **275** | **Dallas/ Fort Worth** (DFW) September 10, 2015 10:02 AM Travel Time : 3 h 25 m Cabin Class : Economy Seat : 23A , 23B | **Newark** (EWR) September 10, 2015 02:27 PM Booking Code : N Plane Type : 738 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350602918 | | $499.00 USD | 271.50 | 770.50 |
| | 0012350602919 | | $499.00 USD | 271.50 | 770.50 |

2-ER-221

| | 0012304078866 | | | -$271.50 USD | 271.50 | 0.00 |
| **Payment Type** | | | | | **Total** | **$1,541.00 USD** |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-222

AmericanAirlines®



## AA RECORD LOCATOR : **ORFGVL**




Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Tokyo to Dallas/ Fort Worth

**Thursday** August 27, 2015 – **Saturday** September 5, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ORFGVL** | **NRT/DFW** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticketed** May 12, 2015

**Total Paid:**

**185,000** miles
**+$89.60** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | **Tokyo** (NRT) August 27, 2015 10:40 AM Travel Time : 12 h 10 m Cabin Class : Economy Seat : unassigned | **Dallas/ Fort Worth** (DFW) August 27, 2015 08:50 AM Booking Code : Y Plane Type : 777 |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) September 5, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : unassigned | **Tokyo** (NRT) September 6, 2015 02:20 PM Booking Code : T Plane Type : 777 |

**Current Mileage Balance**

Available    0 miles

**Mileage Needed**

**Departure**
Economy AAnytime
Award
$2 \times 60,000$    120,000 miles

**Return**
Economy MileSAAver
Award
$2 \times 32,500$    65,000 miles

**Mileage Balance After**

-185,000 miles

**Taxes & Carrier-Imposed Fees**

Taxes    $89.60

Carrier-Imposed Fees    $0.00

**Flight Subtotal**

**185,000 miles**

**+ $89.60**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012302916273 | | $0.00 USD | 44.80 | 44.80 |

2-ER-223

| | 0012302916274 | | $0.00 USD | 44.80 | 44.80 |
| Payment Type | | | | Total | $89.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
VOID IF SLD/PURCSD/BRTR/FEE ON CHG/VALID ON AA/US

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-224

## American Airlines®

AA RECORD LOCATOR : **TUQNGS**     

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Dallas/ Fort Worth to Seoul
1 Adult
**Thursday August 27, 2015**

**Total Paid:**

**$1,712.10 USD**

| AA Record Locator **TUQNGS** | Reservation Name **DFW/ICN** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 04, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | Dallas/ Fort Worth (DFW) August 27, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : unassigned | Seoul (ICN) August 28, 2015 03:15 PM Booking Code : M Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,550 00 USD  $1,550.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                    $88.10 USD

Carrier-Imposed
Fees                     $74.00 USD

**Flight Subtotal**

**$1,712.10 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012189788832 | | $1,550 00 KRW | 1624 00 USD | 162.10 | 1712.10 |
| Payment Type | Cash | | | | Total | $1,712.10 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
VALID AA-NON ENDO/NONTRANS SEEN/KR13AASOSP01

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

2-ER-225

**AmericanAirlines**®

AA RECORD LOCATOR : **LTLBCV**       

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Dallas/ Fort Worth to Seoul
1 Adult
**Thursday** August 27, 2015 – **Monday** September 21, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **LTLBCV** | **DFW/ICN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 21, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 27, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 39B | **Seoul** (ICN) August 28, 2015 03:15 PM Booking Code : N Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) September 21, 2015 05:15 PM Travel Time : 12 h 45 m Cabin Class : Economy Seat : 27H | **Dallas/ Fort Worth** (DFW) September 21, 2015 04:00 PM Booking Code : S Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012303482330 | | | | |
| Payment Type | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 0012303482330 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –

## AmericanAirlines®

Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



AA RECORD LOCATOR : XIJVYM



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Los Angeles to Miami

2 Adults
**Friday** August 28, 2015

**Total Paid:**

**$418.20 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **XIJVYM** | **LAX/MIA** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticketed** Jun 27, 2015

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** | Los Angeles (LAX) August 28, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : unassigned | Miami (MIA) August 28, 2015 03:53 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

**Adult**
2 × $181.40 USD    $362.80 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $55.40 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$418.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353236687 | | $181.40 USD | 27.70 | 209.10 |
| | 0012353236688 | | $181.40 USD | 27.70 | 209.10 |
| Payment Type | | | | Total | $418.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes -**

**Endorsements/Restrictions -**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations at 1-800-433-7300 **for the correct total.**



**AmericanAirlines**

AA RECORD LOCATOR : **DOCKFD**                    

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Seoul to Dallas/ Fort Worth
1 Adult
**Friday** August 28, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **DOCKFD** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 29, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 28, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : unassigned | **Dallas/ Fort Worth** (DFW) August 28, 2015 04:35 PM Booking Code : K Plane Type : 777 |

**Receipt**

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012352126945 | | | | |
| Payment Type | | | | Total | |

**Additional Charges or Fees**

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 12352126945 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the

2-ER-228

**AmericanAirlines**

AA RECORD LOCATOR : **CNGENW**   

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Miami to Denver

3 Adults
**Friday** August 28, 2015 – **Monday** August 31, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **CNGENW** | **MIA/DEN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 29, 2015 |

**Total Paid:**

**$804.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **281** | **Miami (MIA)** <br> August 28, 2015 06:00 AM <br> Travel Time : 3 h 6 m <br> Cabin Class : Economy <br> Seat : 27C , 27B , 27A | **Dallas/ Fort Worth (DFW)** <br> August 28, 2015 08:06 AM <br> Booking Code : V <br> Plane Type : 738 |
| **American Airlines** <br> **1620** | **Dallas/ Fort Worth (DFW)** <br> August 28, 2015 08:50 AM <br> Travel Time : 2 h 6 m <br> Cabin Class : Economy <br> Seat : 25F , 25E , 25D | **Denver (DEN)** <br> August 28, 2015 09:56 AM <br> Booking Code : V <br> Plane Type : S80 |

**Fare Amount**

**Adult**
3 × $223.26 USD    $669.78 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $134.82 USD

Carrier-Imposed Fees    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **375** | **Denver (DEN)** <br> August 31, 2015 04:25 PM <br> Travel Time : 2 h 2 m <br> Cabin Class : Economy <br> Seat : 23F , 23E , 23D | **Dallas/ Fort Worth (DFW)** <br> August 31, 2015 07:27 PM <br> Booking Code : N <br> Plane Type : S80 |
| **American Airlines** <br> **60** | **Dallas/ Fort Worth (DFW)** <br> August 31, 2015 08:30 PM <br> Travel Time : 3 h 1 m <br> Cabin Class : Economy <br> Seat : 28D , 28E , 28F | **Miami (MIA)** <br> September 1, 2015 12:31 AM <br> Booking Code : N <br> Plane Type : 738 |

**Flight Subtotal**

**$804.60 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▉ | 0012352161520 | | $223.26 USD | 44.94 | 268.20 |
| | 0012352161522 | | $223.26 USD | 44.94 | 268.20 |

| | 0012352161523 | | | $223.26 USD | 44 94 | 268.20 |
| Payment Type | | | | | Total | $804.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

2-ER-230

AmericanAirlines<sup>*</sup>

## AA RECORD LOCATOR : **PIGVGS**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Dallas/ Fort Worth to Beijing

**Friday** August 28, 2015

| AA Record Locator **PIGVGS** | Reservation Name **DFW/PEK** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 25, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **89** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : 12H | **Beijing** (PEK) August 29, 2015 02:15 PM Booking Code : T Plane Type : 788 |

**Total Paid:**

**35,000** miles

**+$5.60** USD

**Current Mileage Balance**

**Available**　　　　0 miles

**Mileage Needed**

**Departure**
Economy MileSAAver
Award　　　　35,000 miles

**Mileage Balance After**

-35,000 miles

**Taxes & Carrier-Imposed Fees**

| Taxes | $5.60 |
|---|---|
| Carrier-Imposed Fees | $0.00 |

**Flight Subtotal**

**35,000** miles

**+ $5.60**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮ | 0012300313470 | | $0.00 USD | 5.60 | 5.60 |
| **Payment Type** | ▮ | | | Total | $5.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

2-ER-231

**AmericanAirlines®** 

AA RECORD LOCATOR : **OHMLUX**     ▌█▌▐▐▌▌▌▌▐▐▌▌█ 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Minneapolis/ St Paul to Seoul

1 Adult, 2 Children
**Friday** August 28, 2015

Status:

**$125.10 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **OHMLUX** | **MSP/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 17, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1395** | **Minneapolis/ St Paul** (MSP) August 28, 2015 06:55 AM Travel Time : 2 h 28 m Cabin Class : Economy Seat : 23D , 23E , 23F | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:23 AM Booking Code : N Plane Type : S80 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 25D , 25E , 25F | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : N Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012399407076 | | | | | |
| | 0012399407077 | | | | | |
| | 0012399407078 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at 1-800-433-7300 for the correct total.

2-ER-232

**American**Airlines®

AA RECORD LOCATOR : **FTJPNL**          

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Salt Lake City to Seoul
1 Adult
**Friday** August 28, 2015

| AA Record Locator **FTJPNL** | Reservation Name **SLC/DFW** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 07, 2015 |

**Total Paid:**
**$1,506,700.00 KRW**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **75** | **Salt Lake City** (SLC) August 28, 2015 06:01 AM Travel Time : 2 h 39 m Cabin Class : Economy Seat : unassigned | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:40 AM Booking Code : S Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : unassigned | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : S Plane Type : 777 |

**Fare Amount**

**Adult**
1 ×
$1,319,200.00 KRW $1,319,200 00 KRW

**Taxes & Carrier-Imposed Fees**

| Taxes | $104,900 00 KRW |
|---|---|
| Carrier-Imposed Fees | $82,600 00 KRW |

**Flight Subtotal**

**$1,506,700.00 KRW**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮ | 0012304433909 | | $1,319,200.00 KRW | 187500.00 | 1506700.00 |
| Payment Type | ▮▮▮▮ | | | Total | $1,506,700.00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

Fare Includes –

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note** - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

2-ER-233

12/7/2015                Case 3:07-cv-05634-CRB  Document 872-5  Filed 01/16/23  Page 215 of 281

## AmericanAirlines®

### AA RECORD LOCATOR : INSMUQ





Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### New York to Madrid

1 Adult
**Saturday** August 29, 2015 – **Sunday** December 20, 2015

| AA Record Locator **INSMUQ** | Reservation Name **JFK/MAD** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 18, 2015 |

**Total Paid:**

**$1,183.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | New York (JFK) August 29, 2015 07:15 PM Travel Time : 7 h 40 m Cabin Class : Economy Seat : 28A | Madrid (MAD) August 30, 2015 08:55 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **95** | Madrid (MAD) December 20, 2015 10:35 AM Travel Time : 8 h 55 m Cabin Class : Economy Seat : 28A | New York (JFK) December 20, 2015 01:30 PM Booking Code : N Plane Type : 763 |

**Fare Amount**

Adult
1 × $593.00 USD        $593.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                                $94.20 USD

Carrier-Imposed Fees  $496.00 USD

**Flight Subtotal**

**$1,183.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012351688266 |  | $593.00 USD | 590.20 | 1183.20 |
| Payment Type |  |  |  | Total | $1,183.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
|  |  |  |  | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at 1-800-433-7300 for the correct total.

2-ER-234

**AmericanAirlines®**

AA RECORD LOCATOR : **ZWSFWS**    ‖‖‖▐▐▌‖▐▐▌‖▐▐▌‖‖‖    

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to New York

**Sunday** August 30, 2015 – **Wednesday** September 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ZWSFWS** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 07, 2015 |

**Total Paid:**

**40,000** miles
**+$11.20** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** 🛜 | **San Diego** (SAN) August 30, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 7C | **New York** (JFK) August 30, 2015 04:17 PM Booking Code : Y Plane Type : 738 |
| **American Airlines** **95** 🛜 | **New York** (JFK) September 2, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 7C | **San Diego** (SAN) September 2, 2015 08:36 PM Booking Code : Y Plane Type : 738 |

**Current Mileage Balance**

Available ......... 0 miles

**Mileage Needed**

Departure
Economy AAnytime
Award ......... 20,000 miles

Return
Economy AAnytime
Award ......... 20,000 miles

**Mileage Balance After**

▮▮▮▮▮▮▮

**Taxes & Carrier-imposed Fees**

Taxes ......... $11.20

Carrier-Imposed Fees ......... $0.00

**Flight Subtotal**

**40,000 miles**

**+ $11.20**

---

**Receipt**

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮ | 0012306081064 | | $0.00 USD | 11.20 | 11.20 |
| **Payment Type** | ▮▮▮▮▮▮▮▮ | | | Total | $11.20 USD |



## AmericanAirlines®

AA RECORD LOCATOR : **LFDTGA**

‖‖ ‖‖ ‖‖‖‖‖‖‖‖ ‖‖

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to Dallas/ Fort Worth

**Sunday** August 30, 2015 – **Sunday** September 20, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **LFDTGA** | **MAD/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 13, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines**<br>**37** | **Madrid** (MAD)<br>August 30, 2015 10:45 AM<br>Travel Time : 10 h 45 m<br>Cabin Class : Economy<br>Seat : 27B | **Dallas/ Fort Worth** (DFW)<br>August 30, 2015 02:30 PM<br>Booking Code : T<br>Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines**<br>**1403** | **Dallas/ Fort Worth** (DFW)<br>September 20, 2015 05:00 AM<br>Travel Time : 2 h 44 m<br>Cabin Class : Economy<br>Seat : 7C | **Miami** (MIA)<br>September 20, 2015 08:44 AM<br>Booking Code : Y<br>Plane Type : 738 |
| **American Airlines**<br>**967** | **Miami** (MIA)<br>September 20, 2015 09:44 AM<br>Travel Time : 3 h 25 m<br>Cabin Class : Economy<br>Seat : 16C | **Caracas** (CCS)<br>September 20, 2015 12:39 PM<br>Booking Code : Y<br>Plane Type : 738 |

**Status:**

**0** miles

**+$0.00**

**Current Mileage Balance**

| Available | 0 miles |
|---|---|

**Mileage Needed**

**Mileage Balance After**

0 miles

**Taxes & Carrier-Imposed Fees**

| Taxes | $0.00 |
|---|---|
| Carrier-Imposed Fees | $0.00 |

**Flight Subtotal**

**0 miles**

**+ $0.00**

---

### Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012352743768 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | | Total | 0.00 |

**Fare Includes –**

2-ER-236



Home   Login    English ▾   Search aa.com

# American Airlines

**Plan Travel**    **Travel Information**    **AAdvantage**

Note: This reservation cannot be changed online because it includes travel outside the United States, Puerto Rico and/or US Virgin Islands. Please contact AA Reservations for assistance.

Online check-in time varies by operating carrier. Please try again later.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

We are unable to price your itinerary due to a schedule change. Please call AA Reservations for assistance.

## Asahikawa to Pensacola

1 Adult
**Sunday** August 30, 2015

Status:
**Ticketed**

| **AA Record Locator** | **Reservation Name** |
|---|---|
| **OIUOOM** | **PNS/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **Japan Airlines** **JL** **554** | **Asahikawa (AKJ)** August 30, 2015 01:05 PM Travel Time : 1 h 45 m Cabin Class : Economy Seat : unassigned | **Tokyo (HND)** August 30, 2015 02:50 PM Booking Code : Y Plane Type : 767 |
| **American Airlines** **60** | **Tokyo (NRT)** August 30, 2015 06:30 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 39J | **Dallas/ Fort Worth (DFW)** August 30, 2015 04:40 PM Booking Code : N Plane Type : 777 |
| **American Airlines** **5879** Operated by Mesa Airlines As American Eagle | **Dallas/ Fort Worth (DFW)** August 30, 2015 08:15 PM Travel Time : 1 h 55 m Cabin Class : Economy Seat : 19F | **Pensacola (PNS)** August 30, 2015 10:10 PM Booking Code : N Plane Type : CR9 |

## Flight Change

View Comparison Chart

| Same-Day Flight Change Check for Availability Aug 29 | Same-Day Flight Change allows you to change to a different flight with the same origin/destination and the same calendar date. Pricing varies based on current ticketed fare. |
|---|---|

## Baggage Information

View Baggage details for all the information you need to choose whether to carry or check.

Show Baggage Details

## Passenger Summary

Add or edit your Passenger Details

### Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.



| Summary | Passenger Details |
|---|---|
| You may add or edit Passenger Details. | Frequent Flyer Number<br>Country of Residence<br>Secure Flight Information<br>Emergency Contact<br>Passport |

## Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Lithium batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corrosives

## More About American

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Airport Conference Rooms
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds and Receipts
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility
Start CoBrowse



Limited time offer:
earn 75,000 bonus miles

**Buy** Miles
Ends July 30
Up to 27,500 bonus miles


Up to 35% savings
plus AAdvantage® miles

FEEDBACK [+]

**AmericanAirlines®**

AA RECORD LOCATOR : **IBNHAN**          ▍█ ▍▍ █▍ ▍█ ▍▍█ ▍▍ ▍▍ ▍▍█▍ ▍▍    

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to New York
2 Adults
**Sunday** August 30, 2015 – **Monday** September 14, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **IBNHAN** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 26, 2015 |

**Total Paid:**

**$1,323.76 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** ⇒ | **San Diego** (SAN) August 30, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 7A , 7B | **New York** (JFK) August 30, 2015 04:17 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **95** ⇒ | **New York** (JFK) September 14, 2015 05:20 PM Travel Time : 6 h 3 m Cabin Class : Economy Seat : 8A , 8B | **San Diego** (SAN) September 14, 2015 08:23 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

Adult
2 × $463.26 USD        $926.52 USD

**Trip Options**

Main Cabin Extra        $271.36 USD

**Taxes & Carrier-Imposed Fees**

Taxes        $125.88 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$1,323.76 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▉ | 0012353233972 | | $463.26 USD | 62.94 | 526.20 |
| ▉ | 0012353233973 | | $463.26 USD | 62.94 | 526.20 |
| **Payment Type** | | | | Total | $1,052.40 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| ▉ | 7A, 8A | 126.21 USD | 9.47 USD | 135.68 USD |
| | 7B, 8B | 126.21 USD | 9.47 USD | 135.68 USD |

2-ER-239

## AmericanAirlines®

### AA RECORD LOCATOR : IJSLDO

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

## Dallas/ Fort Worth to Rome

**Monday** August 31, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **IJSLDO** | **DFW/LHR** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 05, 2015 |

**Total Paid:**

**0** miles

**+$141.80** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **78** | **Dallas/ Fort Worth** (DFW) August 31, 2015 08:00 PM Travel Time : 9 h 15 m Cabin Class : First Seat : 2D | **London** (LHR) September 1, 2015 11:15 AM Booking Code : Z Plane Type : 777 |
| **British Airways** **BA 560** | **London** (LHR) September 1, 2015 12:45 PM Travel Time : 2 h 25 m Cabin Class : Business Seat : unassigned | **Rome** (FCO) September 1, 2015 04:10 PM Booking Code : U Plane Type : 767 |

**Current Mileage Balance**

Available                                    0 miles

**Mileage Needed**

**Mileage Balance After**

                                                0 miles

**Taxes & Carrier-Imposed Fees**

Taxes                                        $101.80

Carrier-Imposed Fees          $40.00

**Flight Subtotal**

**0** miles

**+ $141.80**

### Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012347823441 | | | $0.00 USD | 102.00 | 102.00 |
| **Payment Type** | | | | | Total | $102.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

2-ER-240

Case 3:07-cv-05634-CRB Document 1075-5 Filed 01/16/23 Page 223 of 291

**AmericanAirlines**

AA RECORD LOCATOR : **QKTTMS** 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

---

## Manila to Houston

1 Adult
**Monday** August 31, 2015

**Total Paid:**

**$2,216.70 USD**

| AA Record Locator | Reservation Name |
| --- | --- |
| **QKTTMS** | **IAH/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jan 12, 2015 |

| Flight | Depart | Arrive | | Fare Amount |
| --- | --- | --- | --- | --- |
| **Japan Airlines** **JL** **746** | Manila (MNL) August 31, 2015 10:05 AM Travel Time : 4 h 30 m Cabin Class : Economy Seat : 51A | Tokyo (NRT) August 31, 2015 03:35 PM Booking Code : M Plane Type : 767 | | Adult 1 × $1,728.00 USD  $1,728.00 USD |
| | | | | **Taxes & Carrier-Imposed Fees** |
| **American Airlines** **60** | Tokyo (NRT) August 31, 2015 06:30 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 36A | Dallas/ Fort Worth (DFW) August 31, 2015 04:40 PM Booking Code : M Plane Type : 777 | | Taxes  $488.70 USD Carrier-Imposed Fees  $0.00 USD |
| **American Airlines** **5701** Operated by Mesa Airlines As American Eagle | Dallas/ Fort Worth (DFW) August 31, 2015 08:12 PM Travel Time : 1 h 11 m Cabin Class : Economy Seat : 19A | Houston (IAH) August 31, 2015 07:23 PM Booking Code : M Plane Type : CR9 | | **Flight Subtotal** **$2,216.70 USD** |

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |
| | 0012346501591 | | $1,728.00 USD | 488.70 | 2216.70 |
| Payment Type | | | | Total | $2,216.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
| --- | --- | --- | --- | --- | --- |
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR CHANGE/REFUND C91-92

## 2-ER-241

## AmericanAirlines

AA RECORD LOCATOR : **YAQENC**    ▌▌▐▌▐▌▐▌▌▐▌▌▐▌▌ 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Los Angeles to Madrid

**Monday** August 31, 2015 – **Thursday** December 17, 2015

| AA Record Locator | Reservation Name |
| --- | --- |
| **YAQENC** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 30, 2015 |

**Status:**

**0** miles

**+$0.00**

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **189** 📶 | **Los Angeles (LAX)** August 31, 2015 09:00 AM Travel Time : 5 h 26 m Cabin Class : First Seat : 3D | **Miami (MIA)** August 31, 2015 05:26 PM Booking Code : F Plane Type : 32B |
| **American Airlines** **68** | **Miami (MIA)** August 31, 2015 06:35 PM Travel Time : 8 h 40 m Cabin Class : Business Seat : 10J | **Madrid (MAD)** September 1, 2015 09:15 AM Booking Code : J Plane Type : 777 |

Current Mileage Balance

Available    0 miles

Mileage Needed

Mileage Balance After

0 miles

Taxes & Carrier-Imposed Fees

Taxes    $0.00

Carrier-Imposed Fees    $0.00

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **95** | **Madrid (MAD)** December 17, 2015 10:35 AM Travel Time : 8 h 55 m Cabin Class : Business Seat : 2F | **New York (JFK)** December 17, 2015 01:30 PM Booking Code : J Plane Type : 757 |
| **American Airlines** **117** 📶 | **New York (JFK)** December 17, 2015 03:00 PM Travel Time : 6 h 18 m Cabin Class : Business Seat : 8D | **Los Angeles (LAX)** December 17, 2015 06:18 PM Booking Code : J Plane Type : 32B |

Flight Subtotal

**0** miles

**+ $0.00**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |
| ▆▆▆▆ | 0012352187789 | | | | |
| **Payment Type** | ▆▆▆▆▆▆▆▆▆ | | | **Total** | |

**AmericanAirlines®**

AA RECORD LOCATOR : **XPLLOA**          



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Santa Ana to Madrid

**Monday** August 31, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **XPLLOA** | **SNA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 23, 2015 |

**Total Paid:**

**45,000** miles

**+$5.60** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1298** | **Santa Ana** (SNA) August 31, 2015 09:15 AM Travel Time : 2 h 57 m Cabin Class : Economy Seat : 15F | **Dallas/ Fort Worth** (DFW) August 31, 2015 02:12 PM Booking Code : Y Plane Type : 738 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 31, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 20J | **Madrid** (MAD) September 1, 2015 08:00 AM Booking Code : Y Plane Type : 777 |

**Current Mileage Balance**

Available                                0 miles

**Mileage Needed**

Departure
Economy AAnytime
Award                              45,000 miles

**Mileage Balance After**

-45,000 miles

**Taxes & Carrier-Imposed Fees**

Taxes                                    $5.60

Carrier-Imposed Fees           $0.00

**Flight Subtotal**

**45,000** miles

**+ $5.60**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012300207527 | | $0 00 USD | 5.60 | 5.60 |
| **Payment Type** | | | | Total | $5.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

## AmericanAirlines®

### AA RECORD LOCATOR : BJXOQR



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **oneworld** Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Chicago to Beijing

1 Adult
**Monday** July 20, 2015 – **Saturday** August 29, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **BJXOQR** | **ORD/PEK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 16, 2015 |

**Total Paid:**

**$793.80 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **187** | **Chicago** (ORD) July 20, 2015 05:25 PM Travel Time : 13 h 45 m Cabin Class : Economy Seat : 40B | **Beijing** (PEK) July 21, 2015 08:10 PM Booking Code : Q Plane Type : 777 |
| **American Airlines** **88** | **Beijing** (PEK) August 29, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 18C | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:00 PM Booking Code : Q Plane Type : 788 |
| **American Airlines** **2330** | **Dallas/ Fort Worth** (DFW) August 29, 2015 07:05 PM Travel Time : 2 h 36 m Cabin Class : Economy Seat : 31D | **Chicago** (ORD) August 29, 2015 09:41 PM Booking Code : Q Plane Type : 88D |

**Fare Amount**

**Adult**
1 × $300.00 USD $300.00 USD

**Trip Options**

**Preferred Seats** $123.90 USD

**Taxes & Carrier-Imposed Fees**

**Taxes** $87.90 USD

**Carrier-Imposed Fees** $282.00 USD

**Flight Subtotal**

**$793.80 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▉ | 012352822863 | | $300.00 USD | 369.90 | 669.90 |
| Payment Type | ▉ | | | Total | $669.90 USD |

| PASSENGER | SEAT NUMBER(S) | | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|---|
| ▉ | 40B, 18C | | 123.90 USD | | 123.90 USD |
| | | | | Total | 123.90 USD |

2-ER-244

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Xanadu Corp.

is a

Corporation

formed or registered on 02/27/2013 under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20131137564 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/10/2022 that have been posted, and by documents delivered to this office electronically through 10/17/2022 @ 15:14:46 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/17/2022 @ 15:14:46 in accordance with applicable law. This certificate is assigned Confirmation Number 14393082 .



_____
Secretary of State of the State of Colorado

*********************************************End of Certificate*********************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

2-ER-245

# EXHIBIT 6

# XANADU CORP.

Director Name __Rich Sutton__        Director and President

---

Director Name __Carlos Suica__        Director and Secretary

---

Director Name __Marco Mora Garcia__      Director

---

Director Name __Elba Torres__      Director

---

Director Name __Kelinett del Carmen Sanchez__      Director

---

Director Name __Juan Carlos Perez__      Director

---

Director Name

Usual Residential Address

---

Director Name

Usual Residential Address

---

Director Name

Usual Residential Address

# TRUST SERVICES SA

## Purchase Authorization

Trust Services S.A.
trustservices@in.cr
Apartado 19-1011
Y Griega San Jose Costa Rica

Dated As: August 1, 2010

Purchase Order #: 2010-109

## Shipped To:

Vendor Name: James Arthur Banta for TSSA
Company Name:
Address: 100 Bicentennial Circle #280
City, State, Zip Code Sacramento CA 95826     Phone:

## Shipped From:

Name: Reno Swap Meet
Company Name:
Address: Arco Arena
City, State, Zip Code Sacramento     Phone:

| Details | Quantity | Unit Price | Total |
|---|---|---|---|
| Airtronic D2 heater portable | 8 | $1100 | $8800 max |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $8800.00 max |
| | | TAX | |
| | | TOTAL | $8800.00 max |

*RAC*

## Additional Notes:

James Arthur Banta authorized to acquire 8 units of Airtronic D2 diesel heaters at Sacramento Reno Swap Meet at the ARCO Arena. Mr. Banta shall pay no more than $1,100 per unit or shall cover the extra costs himself to be used for the vegetation frost protection hypothesis.

# EXHIBIT 7

| | |
|---|---|
| **From:** | Haan, Ann |
| **Sent:** | Tuesday, December 27, 2022 3:40 PM |
| **To:** | 'rsutton@xanaducorp.net' |
| **Cc:** | 'J A Roth'; Botzet, Joel; Krause, Jace |
| **Subject:** | Transpacific Settlement - Xanadu Corp Determination |

Mr. Sutton,

This email is to inform you of a clarification regarding the 144 American Airlines itineraries provided that were a factor in the final determination made by the Settlement Administrator that there is $0 due in settlement benefits.

The original claim submitted by Corp Xanadu was for 1,337 tickets to the settlements in *In re Transpacific Passenger Air Transportation Antitrust Litigation*. On September 30, 2022, at the request of Class Counsel, at the direction of the Court, and after new information came to light, additional information was requested to establish the legitimacy of Corp Xanadu's claim for 1,337 tickets to the settlements in *In re Transpacific Passenger Air Transportation Antitrust Litigation.*

**Final Determination:**
After further review of the claim, including the additional documentation submitted by Corp Xanadu on October 18, 2022 and December 1, 2022, the Settlement Administrator has determined that Corp Xanadu has not provided the documentation needed to support its claim and is therefore due $0 in settlement benefits.

The Settlement Administrator has made the foregoing determination based on a number of factors, including, but not limited, to the following:

- The 144 American Airlines itineraries provided for claimed ticket purchases between the dates of July 2015 and August 2015 did not verify that Corp Xanadu was the payor of the foregoing claimed ticket purchases. Thus, even though those purchases fell within a qualifying period for the settlement classes, Corp Xanadu provided no documentation (*e.g.*, bank statements) that it paid for such purchases;

- During an interview with Rich Sutton, Corp Xanadu's CEO, he informed us that the documents used to determine the number of tickets claimed for American Airlines and the other airlines were destroyed. Without this information the Settlement Administrator is unable to verify the methodology used to determine the number of ticket purchases claimed;

- Additionally, the Settlement Administrator requested the date when the foregoing documents were destroyed and information to explain the difference in the records maintained for the years 2002 – 2008 and 2009 – 2015, including the names of the employees that maintained the records for these two time periods. The requested information was never provided. Accordingly, the Settlement Administrator was not able to verify that the documentation ever existed to substantiate the ticket purchases claimed;

- Aside from the claimed purchases on American Airlines, Corp Xanadu provided **no documentation** of purchases for any travel on other qualifying airlines to substantiate its claims;

- The Settlement Administrator also asked Corp Xanadu to provide any marketing material and/or magazine ads for Xanadu Corp services to confirm the nature of Corp Xanadu's business, which Corp Xanadu has not provided;

- Finally, after Mr. Sutton represented that Corp Xanadu never owned any property in the United States, including vehicles, the Settlement Administrator asked Corp Xanadu to explain why it filed a claim and received a settlement payment in the Parking Heaters settlement in 2019 (this settlement paid monies to those who purchased an aftermarket parking heater for their commercial vehicles between October 1, 2007 and December 31, 2012). Corp Xanadu did not provide any explanation.

This final determination has been provided to Class Counsel who will inform the Court.

Please let me know if you have any questions.

Sincerely,

**Ann Haan, Sr. Project Manager**
**Rust Consulting, an Exela Technologies Brand**
E: ahaan@rustconsulting.com
O: +1 612.359.2881
920 2nd Ave S, Suite 400 | Minneapolis, MN 55402

# EXHIBIT 8

## MEMO

DATE:        January 9,2023

FROM:        R. Sutton
             Xanadu Corp.

TO:          Rust Consulting

RE:          TransPacific Airline Claim


This office is in receipt of Rust Consulting's purported denial, made at the request of Class Counsel, with respect to our claim along with your December 27, 2022, clarification letter.

As Rust Consulting appears to be aware, it engaged in gross negligence with respect to the administration of our claim.  To date, it has failed to provide us with a copy of the envelopes showing why our original check and reissued check was returned.  Ironically, Rust Consulting took great effort to courier a copy of its determination and clarification using both overnight delivery and email service, but sent checks valued at several hundred thousand dollars via ordinary mail with no notification when they were returned.  The result is that nearly twenty-percent of all claimants either did not receive or did not cash their payment.  We believe that the failure to provide a copy of the returned envelopes constitutes a wilful attempt by Rust Consulting to conceal its malfeasance.

As repeatedly explained, our providing the 144 American Airline itineraries for a single month from July 2015 and August 2015 was not to seek payment in the action, but to demonstrate a sampling of the types of flights Xanadu Corp. involved itself in.  To be clear, we did not suggest that the flights fell within the settlement class.  Rather, providing the documents was in response to the absurd suggestion by Class Counsel that 1,337 tickets over a course of many years somehow constituted an incredibly large claim – especially in a case where audits were not conducted for claims under 1,000 tickets.  Furthermore, it is highly probable that a simple statistical analysis of the claim data for other corporate class members would place the number of tickets claimed by Xanadu well within the average range, rather than in the high range as was tacitly asserted by class counsel.

Furthermore, Xanadu's possession of the itineraries is sufficient to indicate its relationship to the exemplative quantity of flights taken.  No payment data is necessary because, as Rust Consulting noted, the flights were not submitted as claimed flights in the litigation and the circumstances of each project varied as to payment and reimbursement.  Our original declarations and supplemental material reiterated that the flights we claimed had costs borne by our enterprise.

As to Rust's assertion that it is unable to verify the methodology used, this again appears to be a clear violation of Rule 23(e)(2)(D) where different standards are

being applied to Xanadu Corp. than other claimants. Specifically, Rust's declarations filed with the District Court exemplify a very different review process as to the other claimants. Indeed, under those review procedures, our claim was approved and a check tendered to us.

With respect to Rust Consulting's assertion that we needed to provide data evidencing the dates when the information was destroyed also varies from the requirements demanded upon other claimants. Nowhere in Rust's declarations does it mention this information was requested or relied upon as to any other claimant. It is believed that the exact registries used were destroyed along with many other totally unrelated records that could have incurred liabilities to clients in the event that said data ended up in the hands of third parties. It is not possible to provide an exact date because many records were destroyed over a period of several years. Furthermore, there are additional records in storage that cannot be accessed in a timely or convenient fashion, so there is not a 100% certainty that the registries used relative to the airline data claims were in fact destroyed. What is relevant is that it is not possible for the Company to provide those records at this late time, years after our claim was approved.

The name of the secretary that managed airline bookings and related data between 2002 and 2008 is Maria Sanchez. After 2008 there were various secretaries in various years, among them Adriana Rodriguez, Priscilla Arias, Dayanna Hernandez, and Mariana Campos. Style and quality of record keeping varied between the employees and they were given relative autonomy to manage records according to their various personal styles as long as they could retrieve data that was necessary at the time of their tenure. Even if step by step records of destruction were provided, the issue lacks any form of relevancy to the matter at hand and would not have changed the predisposed result directed by Class Counsel.

Turning to Rust's assertion that, "[a]side from the claimed purchases on American Airlines, Corp Xanadu provided no documentation of purchases for any travel on other qualifying airlines to substantiate its claims," this statement is not in any way precise or accurate. Documentation was in fact provided, that being in the form of a sworn statement (as was accepted by similarly situated clients). Rust has no evidence that would indicate that the sworn statement made by the company officer with knowledge was in any way false or different in any way from the declarations submitted by other claimants. On the contrary, Rust is simply providing excuses for cowering to the predisposition of Class Counsel.

That airline ticket copies, reservation numbers, or reservation confirmations for tickets from decades ago were not retained is not a deviation from ordinary business practices. This is why Rust repeatedly provided declarations to the Court that it accepted declarations in lieu of ticket data. Once again, it is a relative certainty that a simple statistical analysis of the claim data in this very case would indicate that a very small percentage of acknowledged class members were able to provide actual ticket copies, reservation numbers, or reservation confirmations. These statistics are not referred to because they would indicate, quite inconveniently as far as class counsel is concerned, that data provided by Xanadu was on a par with data provided by other claimants and accepted by Rust as valid, just as Xanadu's data was previously accepted by Rust as valid. It is only because of a very demonstrable

2

conflict of interest that Xanadu's claim is being singled out at this late date through a predisposed decision.

As to documents that confirm the type of business Xanadu operates, this again does not appear in the declarations submitted by Rust as a requirement as to the other claimants. Regardless, Xanadu did not provide the advertisements because we were not able to readily locate data from over ten years ago. The relevance of this data to this claim is highly questionable.

Moving forward to the Parking Heater settlement where Rust Consulting datamined information in an objectionable manner without advising the court of its intent to do so, Xanadu reiterates it provided accurate information to Rust Consulting. It was correctly represented that Xanadu never owned property in the United States such as vehicles. Rust Consulting complains it asked Xanadu to explain why it filed a claim and received a settlement payment in the Parking Heaters settlement in 2019. Representations regarding the Company's lack of property holdings, including vehicles, in the United States, are believed to be accurate. With regards to parking heaters, research and inquiry regarding company records of prior activities were made and they indicate that the heaters were in fact purchased. Xanadu provided Rust Consulting with the purchase order. As demonstrated thereon, the heaters were purchased by Xanadu by its research specialist in California, James Banta, with respect to a project having nothing to do with vehicles. Mr. Banta was participating, with heavy investment from Xanadu's predecessor, a project that required the warming of equipment during frost temperatures and he suggested the heaters could be tested. Specifically, the heaters could provide several thousand BTU for nearly 24 hours on a single gallon of diesel fuel. This does not indicate that "property" or "vehicles" were maintained in the United States. While the relevance of this data to the purchase of airline tickets is highly questionable, Rust Consulting turned a blind eye to its receipt of the information. More problematic is that this information was datamined without the authorization of the United States District Court for the Eastern District of New York. Xanadu was made aware that the docket in the case revealed a public filing with the names of approved claimants, including Xanadu, but the information discussed on the call revealed that Rust Consulting and Class Counsel appeared to access address information that was not part of the public record. Rust Consulting and Class Counsel also looked at individual consumer claims data and suggested that Mr. Sutton personally made claims, which is believed to be an incorrect representation. Neither Rust Consulting nor Class Counsel notified the individual and corporate claimants that it breached their data or misused it in the Transpacific Case. Moreover, it appears that Rust Consulting and Class Counsel looked at this data specifically to attack Xanadu when it did not compare the data as to other claimants. Xanadu believes this violates Fed. R. Civ. Proc. 23(e)(2)(D) by creating a special standard and may be actionable generally for privacy related torts.

In conclusion, it appears clear that Rust Consulting's actions were predetermined, done at the behest of Class Counsel which already subjectively intended to deny the claim, and inappropriately directed that an extremely heightened standard be applied to Xanadu's claim to achieve the result they wanted. Xanadu believes that Class Counsel guided and instructed Rust Consulting to deny the claim. Therefore, Xanadu objects.

3

Finally, Xanadu Corp. requests that Rust Consulting preserve all evidence, communications, emails, documents, reports, investigations, checks, envelopes, etc. related to this matter, including communications with Class Counsel.  In addition, we are requesting the retention of records relating to the Parking Heater Settlement.

Xanadu reserves all of its rights and nothing herein constitutes consent to the extraordinary administrative procedure it has been subjected to.  Responding administratively through this extraordinarily burdensome procedure does not constitute a waiver of any right, remedy, or cause of action.

4

Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **PLAINTIFFS' FURTHER NOTICE REGARDING CORP XANADU'S CLAIM** |

Plaintiffs hereby submit this Further Notice Regarding Corp Xanadu's Claim pursuant to the Court's November 7, 2022 order (ECF No. 1368).[1] This litigation has been completely settled since December 2019 when the Court granted final approval of the last settlement (ECF No. 1318) and entered a final judgment as to the last Defendant (ECF No. 1319). In the approximately two years after that, the claims administrator, Rust Consulting, Inc. ("Rust") processed claims to the settlements and made an initial distribution of the net settlement funds on March 17, 2022. Declaration of Joel K. Botzet ¶ 32 ("Botzet Decl.").

Claimant Corp Xanadu filed a claim to the net settlement funds. *Id.* ¶¶ 5-6. During the audit process, Corp Xanadu provided a one-page Affidavit to support its claim. *Id.* ¶¶ 7-8. Rust mailed a determination letter in August 2021 and check in the amount of $603,831.08 to Corp Xanadu in March 2022, both of which were returned as undeliverable with no forwarding address. *Id.* ¶¶ 9-12. On July 30, 2022, after the initial distribution of the net settlement funds $104,387,133.10 on March 17, 2022 and after Class Counsel advised Rust to stop reissuing checks on July 26, 2022, but before the Court ruled on Plaintiffs' motion for secondary distribution of the remaining net settlement funds of $5,448,087.41, Corp Xanadu asked Rust to re-issue the check in the amount of $603,831.08. *Id.* ¶ 14.

Several facts arose, however, that led to concerns over the validity of Corp Xanadu's claim. *Id.* ¶ 18; *see also* Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses (ECF No. 1356). Class Counsel expressed some of these concerns to Corp Xanadu, and with

---

[1] On September 27, 2022, the Court entered the Order Setting Hearing, which provided that ". . . Class Counsel and Rust may audit/re-examine Corp. Xanadu's claim, consistent with their obligation to pay only qualified claimants" (ECF No. 1358). On November 4, 2022, the Court held a hearing on Plaintiffs' Motion for Secondary Distribution of the Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses (ECF No. 1364). On November 7, 2022, the Court directed Class Counsel to provide an update on the audit of Corp Xanadu's claim by the claims administrator, Rust Consulting, Inc. (ECF No. 1368). On November 8, 2022, Plaintiffs provided an update and stated that they will file a further update regarding Corp Xanadu's claim on December 7, 2022 (ECF No. 1370). On December 7, 2022, Plaintiffs provided another update and stated that they will file a further update regarding Corp Xanadu's claim on January 16, 2023 (ECF No. 1371).

Rust's support, requested that Corp Xanadu provide additional information verifying its claimed purchases. *Id.* ¶ 18. The Court issued an order on September 27, 2022 allowing Class Counsel and Rust to "audit/re-examine Corp. Xanadu's claim consistent with their obligation to pay only qualified claimants" (ECF No. 1358).

Subsequently, Corp Xanadu provided some documents to Rust on October 18, 2022 and its CEO, Rich Sutton, met with Rust and Class Counsel by Zoom on November 1, 2022. Botzet Decl. ¶¶ 19-20. During this one-hour meeting, Rust and Class Counsel asked, and Mr. Sutton agreed, to provide certain additional documents and/or information to support Corp Xanadu's claim. *Id.* ¶ 20. Rust requested Mr. Sutton provide these documents and/or information by November 30, 2022. *Id.* ¶ 21. Mr. Sutton, on behalf of Corp Xanadu, provided some but not all documents and/or information requested to Rust on November 30, 2022. *Id.* ¶ 21.

Rust has now completed reviewing the documents Corp Xanadu provided and has made a determination on Corp Xanadu's claim. *Id.* ¶ 22. Specifically, Rust determined that "there is $0 due in settlement benefits" to Corp Xanadu based on numerous factors. *Id.* ¶¶ 22-23.

One of several factors supporting the determination was that the only supporting travel documents that Corp Xanadu provided—the American Airlines itineraries for travel between July 2015 and August 2015—redacted all payor information and Corp Xanadu provided no documentation (*e.g.*, bank statements) showing that it paid for such purchases, rendering it impossible for Rust to confirm that Corp Xanadu was the payor of the claimed ticket purchases. *Id.* ¶ 23(a). Furthermore, the American Airlines itineraries did not support Corp Xanadu's claim for 1,337 tickets on five airlines from 2003 through 2008. *Id.* ¶ 6. For these reasons, among several others, Rust determined that Corp Xanadu does not have any valid claim to the net settlement funds. *Id.* ¶ 22. This determination concludes Rust's claims administration work relating to Corp Xanadu. *Id.* ¶ 24.

On December 27, 2022, Rust communicated this determination, including a list of the factors supporting the determination, to Mr. Sutton, with copy to Corp Xanadu's attorney, John

1   Allen Roth, by email. *Id.* ¶ 22. Rust also communicated this final determination by mail to Corp

2   Xanadu, 8605 Santa Monica Blvd #10287, West Hollywood, CA 90069, on the same day. *Id.*

3        The Botzet Declaration describes in detail the scope of Rust's claims administration work;

4   Corp Xanadu's claim; all documents and information requested by Rust; all documents and

5   information provided by Corp Xanadu; and Rust's analysis and determination of Corp Xanadu's

6   claim. *See*, *generally*, Botzet Decl.

7        On December 8, 2022, the United States Court of Appeals for the Ninth Circuit dismissed

8   Corp Xanadu's appeal of the Court's September 27, 2022 Order Setting Hearing (ECF Nos. 1358

9   (this Court's order), 1372 (Ninth Circuit order)).

10        Plaintiffs request that the Court grant their Motion for Secondary Distribution of

11   Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses

12   (ECF No. 1347).

14   Dated: January 16, 2022            Respectfully submitted,

15   
16   */s/ Elizabeth T. Castillo*          */s/ Christopher L. Lebsock*
    Adam J. Zapala                       Michael P. Lehmann

17   Elizabeth T. Castillo               Christopher L. Lebsock
    **COTCHETT, PITRE & McCARTHY, LLP**    Seth R. Gassman

18   840 Malcolm Road                   **HAUSFELD LLP**
    Burlingame, CA 94010            600 Montgomery Street, Suite 3200

19   Phone: (650) 697-6000           San Francisco, CA 94111
    Fax: (650) 697-0577             Phone: (415) 633-1908

20                                       Fax: (415) 358-4980

22                 *Co-Lead Counsel for Plaintiffs and the Classes*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION. | No. 22-16634 |
| ------------------------------ | D.C. No. 3:07-cv-05634-CRB Northern District of California, San Francisco |
| MEOR ADLIN; et al., | |
|         Plaintiffs-Appellees, | ORDER |
|   v. | |
| XANADU CORP., | |
|         Objector-Appellant, | |
| and | |
| ALL NIPPON AIRWAYS; et al., | |
|         Defendants. | |

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket

Entry No. 2) is granted. *See* 28 U.S.C. § 1291; *Nat'l Distribution Agency v.*

*Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir. 1997) ("A ruling is final for

purposes of § 1291 if it (1) is a full adjudication of the issues, and (2) clearly

evidences the judge's intention that it be the court's final act in the matter."

(internal quotation marks and citation omitted)).

**DISMISSED.**

Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **PLAINTIFFS' FURTHER NOTICE REGARDING CORP XANADU'S CLAIM** |

Plaintiffs hereby submit this Further Notice Regarding Corp Xanadu's Claim pursuant to the Court's November 7, 2022 order (ECF No. 1368).

On September 27, 2022, the Court entered the Order Setting Hearing, which provided that ". . . Class Counsel and Rust may audit/re-examine Corp. Xanadu's claim, consistent with their obligation to pay only qualified claimants" (ECF No. 1358). On November 4, 2022, the Court held a hearing on Plaintiffs' Motion for Secondary Distribution of the Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses (ECF No. 1364). On November 7, 2022, the Court directed Class Counsel to provide an update on the audit of Corp Xanadu's claim by the claims administrator, Rust Consulting Inc. ("Rust") (ECF No. 1368). On November 8, 2022, Plaintiffs provided an update and stated that they will file a further update regarding Corp Xanadu's claim on December 7, 2022 (ECF No. 1370).

As stated in Plaintiffs' Notice Regarding Corp Xanadu's Claim (ECF No. 1370), Corp Xanadu provided some documents to Rust on October 14, 2022 and its CEO, Rich Sutton, met with Rust and Class Counsel by Zoom on November 1, 2022. During this one-hour meeting, Rust and Class Counsel asked, and Mr. Sutton agreed, to provide certain additional documents and/or information to support Corp Xanadu's claim. Rust requested Mr. Sutton provide these documents and/or information by November 30, 2022.

Rich Sutton, on behalf of Corp Xanadu, provided some but not all documents and/or information requested to Rust on November 30, 2022. Rust is still reviewing what Corp Xanadu has provided to date and expects to make a final determination before December 30, 2022. Plaintiffs will file a further update regarding Corp Xanadu's claim on or by January 16, 2022.

Dated: December 7, 2022

Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road

*/s/ Christopher L. Lebsock*
Michael P. Lehmann
Christopher L. Lebsock
Seth R. Gassman
**HAUSFELD LLP**

Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980

*Co-Lead Counsel for Plaintiffs and the Classes*

Pages 1 - 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

IN RE: TRANSPACIFIC            )
PASSENGER AIR TRANSPORTATION   )   **NO. C 07-05634 CRB**
ANTITRUST LITIGATION.          )
_____)

San Francisco, California
Friday, November 4, 2022

**TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiffs:
                        COTCHETT, PITRE & McCARTHY LLP
                        San Francisco Airport Office Center
                        840 Malcolm Road
                        Burlingame, California 94010
                BY:     **ELIZABETH T. CASTILLO, ATTORNEY AT LAW**

                        HAUSFELD LLP
                        600 Montgomery Street, Suite 3200
                        San Francisco, California 94111
                BY:     **CHRISTOPHER L. LEBSOCK, ATTORNEY AT LAW**

For Claimant in Pro Se:
                        CHEKIAN LAW OFFICE, INC.
                        445 South Figueroa Street, 31st Floor
                        Los Angeles, California 90071
                BY:     **MICHAEL F. CHEKIAN, ATTORNEY AT LAW**

For Defendants Xanadu Corporation and David Gold:

                        LAW OFFICE OF J. ALLEN ROTH
                        805 South Alexandra Street
                        Latrobe, Pennsylvania 15650
                BY:     **JOHN ALLEN ROTH, ATTORNEY AT LAW**

REPORTED REMOTELY BY:   Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
                        CSR No. 7445, Official U.S. Reporter

```
 1   Friday - November 4, 2022                          10:06 a.m.

 2                        P R O C E E D I N G S

 3                            ---o0o---

 4        THE CLERK:  Calling Civil Action C 07-5634, In Re

 5   Transpacific Passenger Air Transportation Antitrust Litigation.

 6        Counsel, please state your appearances for the record, and

 7   claimant.  Thank you.

 8        MS. CASTILLO:  Good morning, Your Honor.  Elizabeth

 9   Castillo with Cotchett, Pitre & McCarthy for the plaintiffs.

10   And I'm joined by my colleague, Mr. Christopher Lebsock, with

11   Hausfeld.

12        MR. LEBSOCK:  Good morning.

13        THE COURT:  Good morning.

14        MR. CHEKIAN:  Good morning, Your Honor.  Michael Chekian,

15   pro se claimant.

16        THE COURT:  All right.  Good morning.

17        Do I have anyone else?  Is there anyone else?

18        THE CLERK:  We have one more participant.

19        THE COURT:  Yeah.

20        THE CLERK:  I think it's just taking a while for them just

21   to log in.

22        THE COURT:  Mr. Roth, Allen Roth?  Is that it?

23        THE CLERK:  Yes.

24        THE COURT:  All right.  Yes, I see Mr. Roth.

25        Good morning, Mr. Roth.
```

```
1        MR. ROTH:  Good morning.

2        THE COURT:  And what is your participation in this?

3                    (No response.)

4        THE COURT:  Sorry.  Who do you represent, Mr. Roth?

5        MR. ROTH:  I have -- I have two different people.  I've

6   got the Xanadu Corporation, and I have David Gold.

7        THE COURT:  Well, I don't have -- I don't think I have

8   anything involving -- any papers involving Mr. Gold.  Is that

9   right, or do I and I just have overlooked them?

10       You say you represent Mr. Gold.

11       MR. ROTH:  Correct.

12       THE COURT:  Could you elaborate on that?  Has he filed?

13  Is he --

14       MR. ROTH:  Well, I believe he has filed, and he -- he had

15  a claim for $7,000.

16       THE COURT:  Yeah.

17       MR. ROTH:  And David Gold filed objections to what's going

18  on here.

19       THE COURT:  Ms. Castillo or Mr. Lebsock, can you

20  address -- can you address that?

21       MS. CASTILLO:  I think Mr. Gold filed the same objection

22  as Xanadu Corporation, Your Honor.  It was one submission on

23  behalf of both.

24       THE COURT:  All right.  I see.  Okay.  So let's take care

25  of the Xanadu objection.
```

```
 1        My understanding is Xanadu has filed a notice of appeal to
 2   the Ninth Circuit.
 3        MS. CASTILLO:  That's correct.  Plaintiffs have filed a
 4   motion to dismiss the appeal because it relates to an order
 5   that is non-final.
 6        THE COURT:  Well, with a filing of a notice of appeal, I'm
 7   not sure I have jurisdiction over that claim.  Do I?
 8        MS. CASTILLO:  You do have jurisdiction, Your Honor.  You
 9   still have jurisdiction.  The seminal case here is Ruby vs.
10   Secretary of U.S. Navy.  That's 365 F.2d 385 Ninth Circuit
11   1966.
12        And that case basically says, where there's a deficiency
13   in a notice of appeal by reference to a non-appealable order,
14   when that's clear to the district court, the district court may
15   disregard the purported notice of appeal and proceed with the
16   case, knowing that it has not been deprived of jurisdiction.
17   And the pincite is 389.
18        THE COURT:  Okay.  All right.  So I do have -- then I can
19   consider Xanadu's objections?
20        MS. CASTILLO:  Correct.
21        THE COURT:  Okay.  Now, Mr. Roth, do you have anything you
22   want to add to what has been filed in connection with your
23   clients' objections?
24        MR. ROTH:  Was that directed to me?
25        THE COURT:  Yes.  I think you're the only Allen Roth that
```

1  I have on this docket.

2      **MR. ROTH:**  Okay.  All right.

3      **THE COURT:**  My question is:  Do you -- maybe you're having

4  difficulty hearing me.

5      **MR. ROTH:**  Yes.

6      **THE COURT:**  Yeah.  My question is:  Do you have anything

7  you want to add to your objections on behalf of your clients?

8  And that would include David Gold -- I've now reviewed it --

9  and Xanadu.  Is there anything you want to add to what has

10  already been presented to the Court?

11     **MR. ROTH:**  Well, our objections are in writing,

12  Your Honor.

13     **THE COURT:**  Right.  And my question to you is:  Is there

14  anything else that you want to add?

15     **MR. ROTH:**  No.  I believe that the writing was sufficient

16  to say everything what I thought our position was.

17     **THE COURT:**  Okay.  All right.  That's fine.

18     **MR. ROTH:**  We can rest on what we've written.

19     **THE COURT:**  Okay.  That's fine.  I have them in mind.

20      I am overruling your objections, and I will issue a

21  written opinion setting forth my reasons for my conclusion.

22  Okay.

23      So now let me turn to Mr. Chekian.  As I understand,

24  Mr. Chekian, the present status has been that you have been

25  able to submit some documentation on some of the claims; but

 1    since you are a third party, in a sense, you are awaiting

 2    further information from the airlines as to the remaining

 3    claims or the claims that you wish to proceed on in terms of

 4    being compensated and that that will take some period of time.

 5    And there's no way to compel them at this point to move faster

 6    but that you anticipate -- since you've made the request, you

 7    anticipate at some point getting the information necessary for

 8    you to substantiate the claims.

 9         And I understand your objection, which I've already dealt

10    with, I think, in terms of that you shouldn't be required to do

11    so, but that's another matter.  That's another matter.  And you

12    preserved that.

13         So the question I have, because I don't have -- I don't

14    think I've been informed, is, first, am I correct in saying

15    that the totality of your claims is somewhere in the

16    neighborhood of 40- to 50,000 dollars?  Is that correct?

17         **MR. CHEKIAN:**  That's correct.

18         **THE COURT:**  All right.  So my question is:  In terms of

19    what you've already submitted as to proof of these claims, does

20    that -- what's the dollar value on those?

21         **MS. CASTILLO:**  Sure.  So based on my conversation with

22    Russ, Mr. Chekian has supplemented his claim since the July 6th

23    hearing.  Unfortunately, it's just an additional three

24    China Airlines tickets.  So the amount of his claim that he's

25    able to prove up at this point is $96.79.

 1          **THE COURT:**  So that would leave almost the entirety of the

 2     claims unresolved --

 3          **MS. CASTILLO:**  That's correct.

 4          **THE COURT:**  -- at this point?

 5          When I say "unresolved," I'm simply saying from the

 6     plaintiffs' point of view, they have been resolved; but from

 7     the claimant's point of view, they either, one, haven't been

 8     resolved successfully or that he's unwilling to accept that

 9     resolution and he maintains that there is further documentation

10     supporting his claims.  Is that right?

11          So we're talking about almost all the claims, and we're

12     talking about somewhere in the neighborhood of $45,000; is that

13     right?  43?  I forget what the figure is.

14          **MS. CASTILLO:**  That's correct.

15          **THE COURT:**  Okay.  Now, so, Mr. Chekian, do you have any

16     information on the subject of when you think you'll have the

17     documentation on the remaining claims?

18          Putting it another way, how many airlines are involved,

19     travel agencies are involved, and do you have any indication

20     when that information will be forthcoming?

21          **MR. CHEKIAN:**  Right.  Yes, Your Honor.  I think we've

22     narrowed it down to All Nippon Airways and the time frame being

23     approximately 2000 to 2007.

24          We've written them many times in many different ways:

25     snail mail, FedEx, fax, e-mail.  They've indicated that

 1   they -- they haven't said "no" yet to my request, but I do feel

 2   like I'm getting somewhat of a runaround.  But that's why I'm

 3   requesting more time.  I think that's -- that's the key to all

 4   of this.

 5        It is somewhat encouraging, though, just to prove up in

 6   general that I was traveling frequently during that time, is

 7   that the U.S. Department of State, in request to my passport

 8   records, although they didn't have records of my travel during

 9   that period, they did submit what I submitted to them in or

10   around the relevant time frame of the early 2000s of my request

11   for an expedited passport which was my itinerary for that

12   China Air flight that Ms. Castillo was referring to.

13        So anyway, that's where we are.  I guess I'm requesting

14   30 to 60 days to try to get those records from All Nippon.

15   We'll follow it up with -- I'll personally follow it up with

16   some phone calls to their customer service number in

17   North America and see what else I can find.

18        I'm basically keeping Ms. Castillo informed of my efforts.

19        **MS. CASTILLO:**  May I, Your Honor?

20        **THE COURT:**  Go ahead, Ms. Castillo.

21        **MS. CASTILLO:**  So Mr. Chekian has been on notice that he

22   was subject to an audit for seven months now, and he's had

23   seven months to obtain the supporting documentation.  He

24   hasn't.

25        Your Honor gave him a month from the, I believe, May 20th

 1   hearing; and then at the July 6 hearing, Your Honor gave him
 2   till September 30th.
 3        So at this point, he's had notice that he needed to prove
 4   up his claims for seven months now.  We're doubtful that he'll
 5   be able to do it, given the time period at issue here for these
 6   records is 15-plus years ago.
 7        So we'd like to bring closure to this case ASAP.  And,
 8   you know, I'm not sure that giving Mr. Chekian an additional
 9   30 to 60 days is going to allow him to prove up the full worth
10   of his claim just based on the experience of the last few
11   months.
12        **THE COURT:**  So let me get a little bit more context here.
13        There is a corpus of how much more money to be
14   distributed?
15        **MS. CASTILLO:**  Correct.
16        **THE COURT:**  Yeah.  How much is it?  How much is it?  5.4?
17   What is it?
18        **MS. CASTILLO:**  It's $5.4 million.
19        **THE COURT:**  5.4.  Okay.  And there is 5.4 million, and
20   there's also a request for attorneys' fees.
21        **MS. CASTILLO:**  Yes.
22        **THE COURT:**  And administrative costs.
23        **MS. CASTILLO:**  Correct.
24        **THE COURT:**  All right.  So the proposal would be to
25   distribute the entire corpus, less anticipated administrative

1   costs and attorneys' fees.

2       **MS. CASTILLO:**  Correct.

3       **THE COURT:**  All right.  So I then have to figure out --

4   well, I have to figure out the attorneys' fees.

5       And did you put in a proposal for administrative costs?

6   Do I know what that would be?

7       **MS. CASTILLO:**  Yes.  It's 125- -- $126,000 approximately.

8       **THE COURT:**  And that contemplates one further

9   distribution; right?

10      **MS. CASTILLO:**  One further distribution, a cy près

11  distribution after that, if necessary, and post-distribution

12  accounting work and also responding to claimant questions.

13      **THE COURT:**  All right.  But is the hundred thousand

14  dollars or so, does that contemplate the things that you've

15  just mentioned, save and except for attorneys' fees --

16      **MS. CASTILLO:**  Yes.

17      **THE COURT:**  -- or is it extra?

18      Is that in addition to it?

19      **MS. CASTILLO:**  So in the motion we filed, the attorneys'

20  fees are separate from the fees and costs that are associated

21  with claims administration.

22      **THE COURT:**  I understand that.  But are the fees and costs

23  associated with claims administration contemplating the various

24  things that you've just said?

25      **MS. CASTILLO:**  Yes.  Correct.

```
 1        THE COURT:  It's all encompassing that.

 2        Okay.  All right.  So what I will do is issue an order.

 3        I'm trying to figure out whether there should be any

 4   holdback for Mr. Chekian's claim.

 5        MS. CASTILLO:  So at the July 6th hearing, you asked us to

 6   hold back, I think it was, 46,000, 47,000 for Mr. Chekian,

 7   which we have done.  We can continue to hold back that amount.

 8   Of course, if we continue to do so, we wouldn't be able to

 9   distribute that money to other class members.  I'm afraid it

10   would be too small for a potential third redistribution; so it

11   would end up being cy près'd likely.

12        THE COURT:  It would be likely for cy près.

13        And I don't have to make that determination, the cy près

14   determination, until after there's been a response to the

15   mailing of the -- do you mail checks, or do you -- how do you

16   do the distribution, the one that you're contemplating?

17        MS. CASTILLO:  Sure.  Previously, we've mailed checks, and

18   we're planning to do so again.

19        THE COURT:  And what was the -- what was the percentage

20   response?  I don't know whether you want to give it to me --

21   don't give it to me in numbers.  I guess -- I mean, in the

22   numbers of respondents.  I guess in terms of dollar figures --

23        MS. CASTILLO:  Sure.  I think we -- I understand your

24   question.

25        We've distributed around 98 or 99 million dollars.
```

1    **THE COURT:**  Yeah.  So, but you distributed 98 or 99, but

2    does that mean you sent out 98 million or does it mean that the

3    checks were cashed for 98 million?

4        **MS. CASTILLO:**  That's how much was cashed.

5        **THE COURT:**  Okay.  What did you send out?

6        **MS. CASTILLO:**  We sent out -- let me just --

7        **THE COURT:**  What I'm really looking at, I'm trying to

8    figure out what is the monetary value of the non-response.

9        **MS. CASTILLO:**  Sure.  We sent out $104.3 million.

10       **THE COURT:**  So it just strikes me, it just strikes me that

11   if you send out -- if you send out -- let's say you don't have

12   a holdback; you send it all out.  There will be some return.

13       **MS. CASTILLO:**  Of course.

14       **THE COURT:**  And I think it's fair to say that that return

15   will encompass -- will be at least 45,000.

16       **MR. LEBSOCK:**  Let me, if I may.

17       **THE COURT:**  Yes.  Go ahead, Mr. Lebsock.

18       I'm doing the mechanics, and I want to bring this to a

19   close.  I want attorneys' fees to be paid.  I want money to be

20   redistributed.  And then I want to see -- I know at some point

21   I can say to Mr. Chekian "It's too late."  But I want to,

22   again, try to give him the opportunity of getting those

23   documents, if he can.  May or may not.

24       But I don't think -- it just struck me that I can say to

25   you people:  Don't hold anything back.  Send it all out, less

```
 1   attorneys' fees, less the cost of administration.
 2        And then in 30 days, 60 days, 90 days, we'll all get
 3   together because there will be a pot of money.  The pot of
 4   money will be the non-cashed distributions, and that will be
 5   certainly more than 40,000.
 6        So if Mr. Chekian comes in and has satisfied you, by the
 7   way, satisfied you that he has a valid claim, we can pay him at
 8   that time.  I mean, you write checks to cy près.  Why couldn't
 9   we write a check to Mr. Chekian?  Seems to me that that's
10   all right.
11        MR. LEBSOCK:  Yeah.  And we don't disagree at all with
12   that.
13        THE COURT:  Yeah.
14        MR. LEBSOCK:  The one thing I would say -- and I don't
15   know how this will all play out because, obviously, we'll have
16   to send the money out and then we'll see -- but the
17   second-round distribution will go to class members who cashed
18   their first check.  So there may be a higher, you know, take-up
19   of the money --
20        THE COURT:  Oh, I see.
21        MR. LEBSOCK:  -- that gets sent the second time.
22        THE COURT:  Oh, so it doesn't go to everybody.  It doesn't
23   go to everybody.  It just goes to the people who cashed their
24   first check.  So it'll be higher, but how much higher, I don't
25   know.
```

1          **MR. LEBSOCK:**  Right.

2          **MS. CASTILLO:**  I just want to add to that.

3          And we're also only distributing to those who not only

4     cashed their checks the first time around, but whose claim --

5     who the payout the second time around would be over $10, which

6     further incentivizes the cashing of checks.

7          **THE COURT:**  Okay.  But -- okay.  Right.  Right.

8          Well, how comfortable are you in believing that at the end

9     of the day, there will be more than $40,000 -- there'll be at

10    least $40,000 to give to a cy près?  How comfortable are you in

11    that assertion?

12         **MR. LEBSOCK:**  I'm not sure that I'm comfortable,

13    Your Honor, given that the people who cashed the checks the

14    first time around, they probably will do it the second time.

15         If we're contemplating some holdback, I think we should

16    just hold back some amount and --

17         **THE COURT:**  And that will be -- either it will go to

18    Mr. Chekian or it'll be part of the cy près.

19         **MR. LEBSOCK:**  Yes.

20         **THE COURT:**  I think that's -- I think that's reasonable.

21    I think that's reasonable.  Okay.  I think I see -- I think I

22    see a way forward.

23         And so you're getting nothing out of me right now other

24    than I'll write an order dealing with the objections and

25    dealing with how you can go forward on this and dealing with

1    attorneys' fees.

2         **MR. LEBSOCK:**  Thank you, Your Honor.

3         **THE COURT:**  Okay?  Is everybody equally unhappy?  That's

4    fine.  Okay.

5         **MR. CHEKIAN:**  So excuse me, Your Honor.  Will your order

6    include the specific holdback for my claim?

7         **THE COURT:**  It is my contemplation that it will.  But the

8    clock you're running against now, Mr. Chekian -- you can do

9    whatever you want to do, but I'm not, quote, giving you more

10   time.  But by operation of the order, you'll have more time

11   because they have to send out the checks; they have to see what

12   are cashed; they have to see what returns are made and so

13   forth.  And they're going to come back to me, I would guess,

14   somewhere between 30 days and 90 days.  I can't imagine it

15   could be done quicker than 30 days.

16        You won't be in a position in 30 days to give the

17   accounting, would you be?

18        **MR. LEBSOCK:**  No.

19        **THE COURT:**  I mean, you've got to do all that.

20        **MR. LEBSOCK:**  We've got to send the checks out.  We've got

21   to wait to let them be cashed.

22        **THE COURT:**  Yeah, that's right.  That's right.  So

23   somewhere in the neighborhood of 30 to 120 days -- I don't know

24   the outer limit because I have no control over it, but at some

25   point you'll feel comfortable coming back to me and saying:  We

1   have in the pot today X dollars; X dollars.  And I will order

2   them, as part of this, to hold back, my guess is, 50,000 or

3   something like that, simply hold it back.

4        And so they'll maximize, in a sense, not quite fully

5   maximize, distributing.  They're distributing $5 million,

6   right, roughly?  4 1/2, 5, somewhere in that neighborhood.  So

7   the 50,000 is not a big percentage of that.

8        Now, so that would be, in my view, an appropriate cy près

9   too.

10       **MS. CASTILLO:**  That's fine with us, Your Honor.

11       **THE COURT:**  I just want to get this thing going.

12       So, Mr. Chekian, you won't be faced with a situation of

13  "I'm sorry there's no money in the pot," which is a concern you

14  had.  You will be faced with the situation of "Well, today is

15  whatever day it is, and I either do have the papers or I've

16  satisfied the paper -- satisfied the claims, or I still need

17  more time."

18       And at that time, of course, I'll address it; but my

19  inclination -- no, I'm not going to address it.  At that point,

20  that's too bad.  That's too bad for you.

21       You're asking for 30 to 60 days, and effectively, I'm

22  giving you that because the money is there.  It's not going to

23  be distributed.  So the money sits there.  It won't be mooted

24  by that -- mooted by the distribution.  Yet all those people

25  who are, in my view -- and I'm not commenting on your claims --

```
 1    but in my view are deserving people, they have their money;

 2    they finally have their money, all their money out of the

 3    settlement.

 4         And I also believe lawyers should get paid.  I was a

 5    lawyer once.  And so they should get paid, and the

 6    administrator should get paid.

 7         We want to -- this is -- this is 2007.  Fortunately, I

 8    was -- this is from the early days of my judicial career.

 9         Okay.  Thank you very much, everybody, and I'll issue an

10    order.

11         MR. CHEKIAN:  Excuse me, Your Honor.  Will there be a

12    further hearing set on this matter?

13         THE COURT:  I have no idea.  I don't know yet.

14         MR. CHEKIAN:  And you're saying conceivably, if I submit

15    more proof to the Russ settlement, that that will be

16    considered?

17         THE COURT:  Yes.

18         MR. CHEKIAN:  Possibly increase the amount of my claim?

19         THE COURT:  Yes, if they approve it.  If they approve it.

20         MR. CHEKIAN:  And will the distribution that plaintiffs'

21    counsel is talking about, the additional distribution to the

22    claimants that have cashed their checks so far, will that

23    potentially exceed the previous unaudited amount, which

24    I believe was $10,000?

25         In other words, claimants that maybe submitted a $9,000
```

1    claim and were paid for that could potentially, without having

2    to prove up their claim through documentation like I'm forced

3    to do, will potentially receive more than $10,000 without

4    having submitted any proof of their flights.  Is that correct?

5    I mean, maybe that's --

6        **THE COURT:**  I think what is correct is that they can

7    continue with their plan of distribution as originally set

8    forth.  In other words, whatever their -- the manner in which

9    they conducted the distribution, which I approved of years ago,

10   can be continued.  They don't have to do something new.

11   However they did it, that's fine with me.

12       **MR. CHEKIAN:**  But it means, in effect, that someone, a

13   claimant, without submitting any proof, can get more than

14   $10,000 on their --

15       **THE COURT:**  Well, now you're going back to your argument

16   that you didn't -- that this whole thing was improperly

17   administered and that you should have been recognized on a sort

18   of an equal protection basis with them.  That's your argument.

19       You made that argument months ago.  And if I haven't

20   denied it, then I deny it.  I don't think that that's a valid

21   basis for your argument for all the circumstances and the state

22   of the record.

23       So I'm going to allow them to continue with their

24   distribution plan as they contemplated their distribution.  As

25   they executed the distribution with respect to the first

1    distribution, they may do so now.

2         And I guess I'm asking, Ms. Castillo, is that your

3    understanding?

4         **MS. CASTILLO:**  Yes, Your Honor.

5         **THE COURT:**  Without discussing the merits of the

6    distribution plan, how you did it or whether it was fair or so

7    forth, your plan is to continue with that plan; is that right?

8         **MS. CASTILLO:**  That's correct, Your Honor.

9         **THE COURT:**  Go ahead, as soon as you get my order.

10        **MS. CASTILLO:**  That's what we're planning to do.

11        **THE COURT:**  Okay.  Thank you very much.

12        **MR. CHEKIAN:**  One other thing, Your Honor.  I would --

13        **THE COURT:**  Yes.

14        **MR. CHEKIAN:**  Unless the Court is not inclined to do this,

15   then I'll file my own motion.  I'd respectfully request a final

16   hearing on my claim so that I can get an order one way or the

17   other, allowing it, denying it, partially allowing it.

18        **THE COURT:**  Well, this is what I will give you.  I

19   understand your request.

20        They will come back to the Court after they've made their

21   distribution, and they will ask for authorization for either a

22   distribution with cy près or -- and/or -- and/or, depending on

23   the volume and the money, payment of your claim.

24        I mean, they may say -- and I'm now looking forward to 30,

25   60, 90 days.  They will have to notice me, and I will -- and I

1  will rule.

2       Whether I'll have a hearing, I don't know that I'll have a

3  hearing.  I don't have to have a hearing.  I may have a

4  hearing; may not have a hearing.  But you'll get an order out

5  of me, and that's what you want.  You'll get that.  Okay.

6       Thank you.

7       **MS. CASTILLO:**  Thank you, Your Honor.

8       **MR. LEBSOCK:**  Thank you, Your Honor.

9       **MR. ROTH:**  Thank you.

10           (Proceedings adjourned at 10:34 a.m.)

11                    ---o0o---

12

13              **CERTIFICATE OF REPORTER**

14       I certify that the foregoing is a correct transcript

15  from the record of proceedings in the above-entitled matter.

16

17  DATE:  Tuesday, November 8, 2022

18

19                _Ana Dub_

20  _____

21  Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
                Official United States Reporter

22

23

24

25

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a
## United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **07-cv-05634-CRB**

Date case was first filed in U.S. District Court: **11/06/2007**

Date of judgment or order you are appealing: **9/27/2022**

Note: Appellant does not appeal the setting of a hearing.  It only appeals the Order that "Class Counsel and Rust may audit/re-examine Corp.

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*   Xanadu's claim, ....," which violates the final, approved settlements at entries 1318/1319, 1259/1260, 1256/1257/1258,

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court   and other judgments along with the Order at Entry 1327 and the administrative "final" determination of Appellant's claim.

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Xanadu Corp.

Is this a cross-appeal?  ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◉ Yes   ○ No

If Yes, what is the prior appeal case number?   **15-15364**

Your mailing address:

805 Alexandria Street S.

City: **Latrobe**   State: **PA**   Zip Code: **15650**

Prisoner Inmate or A Number (if applicable):

**Signature** | J. Allen Roth, Esq.   **Date** | October 20, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1    2-ER-287    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Xanadu Corp.

Name(s) of counsel (if any):

J. Allen Roth, Esq.

Address: 805 Alexandria Street S, Latrobe PA  15650

Telephone number(s): 724-686-8003

Email(s): office@jarothlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Meor Adlin, Franklin Ajaye, Andrew Barton, Rachel Diller, Scott Frederick, David Kuo, Dickson Leung, Brendan Maloof, Donald Wortman, Harley Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, Della Ewing Chow, James Kawaguchi, and Sharon Christian

Name(s) of counsel (if any):

Adam J. Zapala (245748)  COTCHETT, PITRE & McCARTHY, LLP
Michael P. Lehmann (77152)  HAUSFELD LLP

Address: 840 Malcolm Road  Burlingame, CA 94010

Telephone number(s): (650) 697-6000

Email(s): azapala@cpmlegal.com,mlehmann@hausfeld.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                    2-ER-288                    *New 12/01/2018*

1  Adam J. Zapala (245748)           Michael P. Lehmann (77152)
2  Elizabeth T. Castillo (280502)    Christopher L. Lebsock (184546)
   **COTCHETT, PITRE & McCARTHY, LLP**  Seth R. Gassman (311702)
3  840 Malcolm Road                  **HAUSFELD LLP**
   Burlingame, CA 94010              600 Montgomery Street, Suite 3200
4  Phone: (650) 697-6000             San Francisco, CA 94111
   Fax: (650) 697-0577               Phone: (415) 633-1908
5  azapala@cpmlegal.com              Fax: (415) 358-4980
   ecastillo@cpmlegal.com            mlehmann@hausfeld.com
6                                    clebsock@hausfeld.com
7                                    sgassman@hausfeld.com

8  *Co-Lead Counsel for Plaintiffs and the Classes*

9

10

11             **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
12               **SAN FRANCISCO DIVISION**

13

14 | **IN RE TRANSPACIFIC PASSENGER** | Civil Case No. 3:07-cv-05634-CRB |
   | **AIR TRANSPORTATION** | |
15 | **ANTITRUST LITIGATION** | MDL No. 1913 |

16 | **This Document Relates To:** | **PLAINTIFFS' REPLY IN SUPPORT OF** |
   | | **MOTION FOR SECONDARY** |
17 | **ALL ACTIONS** | **DISTRIBUTION OF REMAINING** |
   | | **SETTLEMENT FUNDS AND REQUEST** |
18 | | **FOR ATTORNEYS' FEES AND** |
   | | **REIMBURSEMENT OF EXPENSES** |
19

20

21

22

23

24

25

26

27

28

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement
Funds and Request for Attorneys' Fees and Reimbursement of Expenses;
MDL No. 1913; Case No. 3:07-cv-05634-CRB
2-ER-289

# TABLE OF CONTENTS

Page

I. INTRODUCTION ........................................................................................ 1

II. SUMMARY OF THE FACTS ...................................................................... 2

    A. Objector Corp Xanadu ...................................................................... 2

    B. Objector David Gould ....................................................................... 6

    C. Objector Kelly Overvold .................................................................. 6

    D. Rust's Claims Administration and Settlement Distribution ................. 7

III. ARGUMENT ............................................................................................. 8

    A. Plaintiffs Provided the Best Notice of the Secondary Distribution Practicable Under the Circumstances ................................................ 8

    B. The Objections to Plaintiffs' Request for Attorneys' Fees and Reimbursement of Expenses Based on An Alleged Lack of Notice Fails ................................... 10

    C. Uncashed Settlement Funds Should Be Redistributed to Settlement Class Members, Not Escheated to States ........................................ 12

    D. Class Counsel Have an Obligation to Screen for Fraudulent Claims and to Only Pay Qualified Claimants ................................... 13

        1. Corp Xanadu's Claim and Affidavit Raises Red Flags and Concerns Regarding Fraudulent Conduct ........................... 14

        2. Corp Xanadu's Refusal to Provide Additional Information as Part of the Claims Process Furthers Concerns Regarding Fraud ................... 15

IV. CONCLUSION ........................................................................................ 15

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

i

2-ER-290

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*In re Apple Inc. Sec. Litig.*,
    No. 5:06-cv-05208-JF (HRL), 2011 WL 1877988 (N.D. Cal. May 17, 2011)........................14

*Camberis v. Ocwen Loan Servicing LLC*,
    No. 14-CV-02970-EMC, 2018 WL 6068999 (N.D. Cal. Nov. 20, 2018) ................................8

*Glasser v. Volkswagen of Am., Inc.*,
    645 F.3d 1084 (9th Cir. 2011) ..............................................................................................14

*Hester v. Vision Airlines, Inc.*,
    No. 2:09-CV-00117-RLH, 2017 WL 4227928 (D. Nev. Sept. 22, 2017) ........................12, 13

*Keepseagle v. Vilsack*,
    118 F. Supp. 3d 98 (D.D.C. 2015) ..........................................................................................8

*Klier v. Elf Atochem N. Am., Inc.*,
    658 F.3d 468 (5th Cir. 2011) ................................................................................................13

*In re Korean Air Lines Co., Ltd. Antitrust Litigation*,
    MDL No. 1891, No. 2:07-cv-05107-SJO-AGR (C.D. Cal.).....................................................10

*Six (6) Mexican Workers v. Arizona Citrus Growers*,
    904 F.2d 1301 (9th Cir. 1990) ..............................................................................................13

*State of California v. Levi Strauss & Co.*,
    41 Cal. 3d 460 (1986) ...........................................................................................................13

*In re Zoom Video Commc'ns, Inc. Priv. Litig.*,
    No. 20-CV-02155-LB, 2022 WL 1593389 (N.D. Cal. Apr. 21, 2022)...................................14

**Other Authorities**

William B. Rubenstein, *Newberg on Class Actions*,
    § 12:30 (5th ed.)...................................................................................................................13

**Rules**

Northern District of California
    Local Rule 7-3.......................................................................................................................11

Federal Rules of Civil Procedure
    Rule 23 ................................................................................................................................8, 9
    Rule 23(c)(2)(B).................................................................................................................8, 9

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement
Funds and Request for Attorneys' Fees and Reimbursement of Expenses;
MDL No. 1913; Case No. 3:07-cv-05634-CRB

ii

2-ER-291

## I. INTRODUCTION

Plaintiffs submit this Reply in support of their Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses (ECF No. 1347) ("Mot.") and in response to objections by Corp Xanadu,[1] David Gould, and Kelly Overvold (together, "Objs.").[2] The Declaration of Joel K. Botzet of Rust Consulting, Inc. ("Botzet Decl.") and the Declaration of Elizabeth T. Castillo ("Castillo Decl.") support this reply.

The Court should overrule the Objections for several reasons. *First*, the Objectors received notice and filed the Objections, directly contradicting their argument that Plaintiffs and Rust failed to provide reasonable notice of the settlement distribution. *See*, *generally*, Objs. Indeed, Rust mailed a check to Corp Xanadu on March 17, 2022 after Corp Xanadu had confirmed in an October 11, 2021 email that its post office box address remained active; Mr. Gould received and cashed a check for $6,733.21 on May 31, 2022; and Rust mailed a check for $139.24 to Ms. Overvold at the address on her claim form on March 17, 2022 and reissued and remailed another check to her updated address on July 27, 2022. Botzet Decl. ¶¶ 11, 19, 22-23.

*Second*, given the amount of the remaining uncashed settlement funds (*i.e.*, $5,448,087.41), Corp Xanadu and Mr. Gould's contention that such funds should escheat to the states is unsupported in the Ninth Circuit and in class actions generally—and is nowhere to be found in any of the settlement agreements at issue. *See*, *infra*, at § III(C).

*Finally*, as to Corp Xanadu and the claims administration process generally, it is axiomatic that Class Counsel have a duty to the Court and Settlement Classes to ensure that the net

---

[1] The Objections refer to Corp Xanadu alternatively (and contradictorily) as "Xanadu Corp." *See*, *e.g.*, Objs. at 1. Rust has only received communications from Corp Xanadu represented as the entity name. Botzet Decl. ¶¶ 4-16.

[2] Attorney John Allen Roth filed the Objections on behalf of Corp Xanadu and Mr. Gould on September 7, 2022 (ECF No. 1353). Separately, an individual by the name of Scott Zaban (szaban@gmail.com) emailed Ms. Overvold's Objection to the Court and Class Counsel on September 14, 2022, a week after the extended deadline for objections to the Motion (ECF No. 1351). The Court has not yet docketed Ms. Overvold's Objection. Despite Ms. Overvold's untimely Objection, Plaintiffs address her arguments herein.

---

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

1

settlement funds are only paid to qualified claimants. Several facts have since arisen that have led to concerns over the validity of Corp Xanadu's alleged claimed purchases.[3] Class Counsel have expressed some of these concerns to Corp Xanadu, and with Rust's support, have requested that Corp Xanadu provide additional information verifying its claimed purchases. Castillo Decl. ¶ 9. To date, through its counsel, Corp Xanadu has flatly refused. *Id.* ¶ 10. At this time, without the requested information, Class Counsel cannot recommend to the Court that Corp Xanadu's claim be approved given its significant and substantial red flags. *Id.* ¶ 12.

## II. SUMMARY OF THE FACTS

### A. Objector Corp Xanadu

Corp Xanadu (claim number 0000144970) filed a claim to each of the three rounds of Settlements in this action online through the settlement website (www.airlinesettlement.com). Botzet Decl. ¶ 4. Corp Xanadu's contact information is:

First and Last Name: Corp Xanadu
Email: corpxanadu@phreakmail.com
Phone: (801) 823-1320
Address: 5042 Wilshire Boulevard #35581, Los Angeles, California 90036

*Id.* Corp Xanadu's claim included 1,337 tickets. *Id.* ¶ 5. Rust audited Corp Xanadu's claim because the audit threshold for businesses was 1,000 or more tickets. *Id.* ¶ 6. Corp Xanadu did not verify any of its alleged purchases with actual invoices or other corporate records; instead, Corp Xanadu's alleged 1,337 claimed tickets are exclusively supported by a one-page Affidavit,

---

[3] Since Plaintiffs moved for secondary distribution of the remaining settlement funds on August 8, 2022, Class Counsel and the claims administrator, Rust, have received 16 e-mails from potentially fraudulent claimants requesting the reissuance of checks. Botzet Decl. ¶ 36. They request that Rust reissue a check for under $10,000. *Id.* Each of these claimants list their address as different units in various apartment complexes on West Duarte Road in Arcadia, California, or as post office boxes in Southern California. *Id.* To verify the legitimacy of these claims, Rust is in the process of seeking interviews from each of these claimants regarding (1) why they all have similar addresses or post office box addresses, (2) why they have substantively identical emails, and (3) why they disclosed attempts to circumvent federal law requiring banks to report cash transactions of $10,000 or more pursuant to the Currency and Foreign Transactions Reporting Act. *Id.* Rust will conduct the interviews and evaluate the results of the interviews and reissue requests with Class Counsel as needed. *Id.*

---

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

2

2-ER-293

executed by the alleged Secretary of Corp Xanadu, Carlos Suica, on October 2, 2020 in response to Rust's September 20, 2020 audit letter. *Id.* Consistent with its audit protocol, best practices, and attempts to pay as many legitimate claimants as possible, Rust initially approved the claim based on the signed Affidavit. *Id.*

On August 24, 2021, Rust sent a determination letter by USPS to Corp Xanadu's Wilshire Boulevard address, which USPS returned as undeliverable with no forwarding address on September 22, 2021. *Id.* ¶ 9. On October 11, 2021, Corp Xanadu emailed Rust indicating that it did not receive the determination letter and stating that the Wilshire Boulevard address is correct. *Id.* ¶ 10. Rust replied to the email and attached the determination letter. *Id.*

On March 17, 2022, Rust mailed a check in the amount of $603,831.08 by USPS to Corp Xanadu's Wilshire Boulevard address, which USPS again returned as undeliverable with no forwarding address on April 11, 2022. *Id.* ¶ 11. On April 25, 2022, Rust sent the claimant names and addresses of all checks returned as undeliverable, including those of Corp Xanadu, to a vendor to obtain an updated address through an automated process called "batch trace," which did not return a better or updated address for Corp Xanadu. *Id.* ¶ 12.[4]

On July 26, 2022, consistent with this Court's order at the July 6, 2022 hearing, Class Counsel advised Rust to stop reissuing checks immediately and proceed with voiding uncashed original checks as of July 31, 2022 and uncashed reissued checks as of August 30, 2022 because they intended on filing a motion for secondary distribution of the remaining uncashed settlement funds shortly and needed to calculate the exact amount of the available funds. Castillo Decl. ¶ 3. On July 30, 2022, Mr. Suica emailed Rust indicating that Corp Xanadu did not receive a check and provided a new mailing address: 8605 Santa Monica Boulevard #10287, West Hollywood, California 90069. Botzet Decl. ¶ 14; Castillo Decl., Ex. A (Correspondence Between Class Counsel and Corp Xanadu) at 9-10. Mr. Suica's email also noted:

[4] Class action administrators, including Rust, commonly use vendors to return a better or updated address for claimants whose checks are returned as undeliverable. *Id.* ¶ 38.

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

3

2-ER-294

> . . . please see that the settlement check is payable ONLY to the name of the company: CORP XANADU -- and that no company officer's name is included on the check. Including a company officer's name will make it a 2-party check and will make it much more complicated for the company to negotiate the payment.

Castillo Decl., Ex. A at 10. On August 24, 2022, Corp Xanadu emailed Rust inquiring about reissuance of the check. Botzet Decl. ¶ 15.

On the morning of August 26, 2022, a Nicaragua-based attorney, Karla Corea, who purportedly represents Corp Xanadu, emailed Class Counsel threatening legal action because Corp Xanadu did not receive the check that Rust sent to it on March 17, 2022. Castillo Decl., Ex. A at 4-5. On the same day, a Pennsylvania-based attorney, John Allen Roth, who claims to represent Corp Xanadu and filed the Objections on behalf of Corp Xanadu and David Gould, moved for leave to appear *pro hac vice* in the Action, which the Court granted (ECF No. 1352).

Upon receiving Ms. Corea's email, Class Counsel immediately contacted Rust to gather any relevant facts. Castillo Decl. ¶ 5. After learning that Corp Xanadu did not provide *any* documentation to support its 1,337 claimed tickets except for Mr. Suica's one-page Affidavit, Class Counsel began investigating Corp Xanadu's claims and Corp Xanadu itself given the number of questionable, potentially fraudulent claimants requesting reissuance of checks since the filing of the Motion on August 8, 2022. *Id.* ¶ 6; *see also*, *supra*, at fn. 3.

Regarding Corp Xanadu's alleged purchases, Class Counsel found them to be highly suspicious. For example:

- Corp Xanadu did not provide *any* receipt showing a ticket purchase, *any* canceled check, *any* credit card statement, *any* travel itinerary, or *any* email confirmation of ticket purchases for its claimed 1,337 tickets, which is highly unusual for a business, particularly one that purportedly purchased tickets the tickets for its own use. Castillo Decl. ¶ 7); and

- Corp Xanadu failed to provide origin or destination airports or travel dates for *any* of its alleged ticket purchases. Castillo Decl. ¶ 7.

Regarding Corp Xanadu itself, Class Counsel also found it to be highly suspicious:

- Class Counsel could not find *any* online presence whatsoever, including on the California Secretary of State's California Business Search website. *Id.* ¶ 8.;

- Class Counsel could find no records of actual employees employed by it. No one appears to have worked for Corp Xanadu, which raises the question of how it could have had over 1,000 claimed tickets over the relevant period. *Id.*;

---

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

4

2-ER-295

- that Corp Xanadu's Wilshire Boulevard address is not associated with any actually operating business but is instead a private rental mailbox inside "Wilshire Mailbox," which appears to be a generic notary and shipping center in Los Angeles. *Id.*;

- Corp Xanadu's Santa Monica Boulevard address is associated with a virtual mailbox provider, "Earth Class Mail." *Id.*;

- Alleged representatives or agents (including alleged counsel) have alternatively (and contradictorily) referred to the company as Xanadu Corp. *Id.*;

- Corp Xanadu appears to lack a true corporate email system, which would be unusual for an entity that had the capacity to make over a 1,000 transpacific travel purchases over the relevant period. For example, the email provided with Corp Xanadu's claim is "corpxanadu@phreakmail.com." This is highly unusual by itself. *Id.*;

- Corp Xanadu's phone number is associated with a landline in Ogden, Utah. *Id.*;

- Corp Xanadu "use" of a Nicaragua-based foreign attorney is unusual. *Id.*; and

- The fact that Corp Xanadu's determination letter and check were both returned, along with the request for a reissued check to be sent elsewhere is itself worthy of investigation. *Id.*

Given its lack of an online presence and its inability to show that it has actual employees or a true mailing address, its large claim raises further red flags and fraud prevention concerns. Accordingly, on the evening of August 26, 2022, Class Counsel replied to Ms. Corea's email and included Mr. Roth, stating that they were investigating Corp Xanadu's claims. Castillo Decl. ¶ 9. To facilitate validation of the claims, Class Counsel requested Ms. Corea and Mr. Roth provide Corp Xanadu's company formation documents showing that it is a bona fide company and Mr. Suica's availability by Zoom to discuss Corp Xanadu's business and alleged purchases in this action. *Id.* Class Counsel also followed up in this request on September 2, 2022. *Id.*

On September 6, 2022, Mr. Roth declined to make a representative from his ostensible client available and did not address Class Counsel's request for Corp Xanadu's company formation documents. *Id.* While Corp Xanadu offered to provide the Court "under seal, a copy of his identification to demonstrate that he is the person who submitted the claim" (Objs. at fn. 3), this does not facilitate Class Counsel and Rust's validation of Corp Xanadu's claims or their duty to prevent fraudulent claims. Class Counsel and Rust's concerns are with the legitimacy of Corp Xanadu and its claim to the settlements in this action—not with the identification of the

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

5

2-ER-296

person who filed the claim. Castillo Decl. ¶ 10. In sum, neither Class Counsel nor Rust can verify Corp Xanadu's alleged purchases, let alone verify that such a company even exists. *Id.* ¶¶ 7-10. If Corp Xanadu does not provide further information validating its alleged purchases, Class Counsel recommend denying the claim in full. *Id.* ¶ 12. To be clear, it is certainly possible that its claims are legitimate, but until Corp Xanadu can provide additional information, neither Class Counsel nor Rust can recommend approving and paying this claim. *Id.*

### B. Objector David Gould

Like Corp Xanadu, David Gould (claim number 0000139761) filed a claim to each of the three rounds of Settlements in this action online through the settlement website. Botzet Decl. ¶ 17. Mr. Gould's claim included 96 tickets on various airlines, including eight *Satogaeri* tickets. *Id.* The audit threshold established for individuals is 125 tickets or more and/or 50 or more tickets for each of the Japan (Fuel Surcharge) and/or *Satogaeri* Settlement Classes. *Id.* ¶ 18. As Mr. Gould's claimed tickets fell under the audit threshold, and Rust therefore did not audit him. *Id.*

On August 24, 2021, Rust mailed Mr. Gould a determination letter. Botzet Decl. ¶ 19. On March 17, 2022, Rust mailed Mr. Gould a check for $6,733.21, which he cashed on May 31, 2022. *Id.* There is no additional correspondence between Mr. Gould and Rust. *Id.* Given the foregoing, Class Counsel were surprised by Mr. Gould's objection given that he received his payment from the First Distribution[,]" (Objs. at 3), appears to have had no difficulty with receiving or cashing his check, and had no other communication with Rust. Botzet Decl. ¶ 19.

### C. Objector Kelly Overvold

Kelly Overvold (claim number 0000105324) filed a claim to rounds one and two of the Settlements in this action online through the settlement website. Botzet Decl. ¶ 20. Ms. Overvold's claim included 64 tickets on various airlines. *Id.* As Ms. Overvold's claimed tickets fell under the audit threshold discussed *supra*, Rust did not audit her. *Id.*

On August 24, 2021, Rust mailed Ms. Overvold a determination letter. *Id.* ¶ 22. On March 17, 2022, Rust mailed her a check for $139.24 to the address provided on Ms. Overvold's claim

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses;
MDL No. 1913; Case No. 3:07-cv-05634-CRB

6

2-ER-297

form. *Id.* On May 31, 2022, Ms. Overvold emailed Rust providing a change of address and requesting a check reissue. *Id.* ¶ 23. On June 1, 2022, Rust replied to her confirming that it had updated her address and submitted her request for a check reissue. *Id.* In the reply, Rust stated, "You should allow a minimum of 4 – 8 weeks for the reissued check to be mailed." *Id.* On July 27, 2022, Rust mailed the reissued check to Ms. Overvold's updated address; the check had a void date of August 30, 2022. *Id.* On August 30, 2022, Rust determined that this reissued check remained uncashed and voided it. *Id.*

On September 14, 2022, Ms. Overvold emailed Rust requesting a check reissue. *Id.* ¶ 24. On the same day, Rust replied to Ms. Overvold stating that the deadline to request a check reissue had passed. *Id.* If the Court authorizes a secondary distribution of the remaining uncashed settlement funds, Plaintiffs and Rust are amenable to reissuing and remailing Ms. Overvold's check again. However, they cannot do so at this time while the Motion is pending.

### D. Rust's Claims Administration and Settlement Distribution

Rust began administering claims in this action in 2015, before the common use of electronic payments in class action settlements. Botzet Decl. ¶ 27. Electronic payment information was therefore not part of the claim filing or settlement distribution processes in this action. *Id.* Rust conducted all outreach to claimants by mail during the claims administration process. *Id.* ¶ 31. Rust does not provide regular claim status updates to Settlement Class Members by email but does respond to Settlement Class Members' requests for claim status updates by email, phone, and mail upon request. *Id.* ¶ 33.[5] For example, between 2015 and February 28, 2022, 1,289 claimants contacted Rust with a change of address, and Rust updated those addresses in its settlement database for this action. *Id.* ¶ 37.

After distribution occurred on March 17, 2022, USPS returned 5,444 checks as undeliverable to Rust. *Id.* ¶ 39. As part of its normal practices, Rust sent the claimant names and addresses of all checks returned as undeliverable to a vendor to obtain updated addresses through

---

[5] Not all claimants provided an email address. *Id.*

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

7

1  the "batch trace" automated process. *Id.* ¶ 26(c). The vendor returned 3,391 updated addresses,

2  and Rust re-mailed checks to these addresses. *Id.* ¶ 39. Claimants cashed 2,314 checks of these

3  re-mailed checks. *Id.* As of August 8, 2022, the number and value of checks cashed or assumed

4  cashed were 44,893 and $98,939,233.18, respectively. Mot. at 2. The number and value of

5  uncashed checks were 16,216 and $5,448,087.41, respectively. *Id.* Of the uncashed checks, 3,337

6  checks do not have mailable addresses. *Id.* ¶ 40.

7  ## III.  ARGUMENT

8  ### A.  Plaintiffs Provided the Best Notice of the Secondary Distribution Practicable Under the Circumstances

9

10  Corp Xanadu and Mr. Gould argue that Plaintiffs failed to meet settlement class notice

11  requirements under Federal Rule of Civil Procedure ("Rule") 23(c)(2)(B) in notifying Settlement

12  Class Members of the proposed secondary distribution. Objs. at 4-5. But Class Counsel *already*

13  provided notice of each of the three rounds of settlements, which the Court approved. ECF Nos.

14  1009, 1259-1, 1318. There is no authority for the proposition that a comprehensive notice

15  program pursuant to Rule 23 is required when Class Counsel and the Court are simply seeking

16  to redistribute uncashed settlement funds as part of the claims administration process. *See*, *e.g.*,

17  *Camberis v. Ocwen Loan Servicing LLC*, No. 14-CV-02970-EMC, 2018 WL 6068999, at *3

18  (N.D. Cal. Nov. 20, 2018); *see also Keepseagle v. Vilsack*, 118 F. Supp. 3d 98, 117 (D.D.C.

19  2015) (noting that "as a general matter, 'a court's goal in distributing class action damages is to

20  get as much of the money to the class members in as simple a manner as possible'").

21  Further, even if Rule 23(c)(2)(B) was properly invoked, it only requires "the best notice

22  that is practicable under the circumstances, including individual notice to all members who can

23  be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2)(B). The Court previously found

24  Plaintiffs met Rule 23(c)(2)(B)'s settlement class notice requirements.[6] Indeed, tens of thousands

---

[6] *See*, *e.g.*, Second Amended Order Granting Preliminary Approval of Class Action Settlement at 3 (ECF No. 1306) ("The Court finds that the manner of notice proposed constitutes the best practicable notice under the circumstances as well as valid, due and sufficient notice to all

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

8

2-ER-299

of class members received notice of the settlements in this action and filed claims, including Objectors. Botzet Decl. ¶ 28. Any suggestion by Objectors that Plaintiffs failed to satisfy Rule 23(c)(2)(B)'s settlement class notice requirements is therefore meritless and undermined by the fact that they received notice themselves and objected.

Specifically, Objectors argue that Rust's notice to Settlement Class Members regarding settlement distribution and undeliverable/uncashed checks, and Class Counsel's notice to Settlement Class Members of the Motion, were deficient. Objs. at 4-5. They submit that Rust should have emailed Settlement Class Members about settlement distribution and the status of undeliverable/uncashed checks and that Class Counsel should have emailed Settlement Class Members about the Motion. *Id.* at 4.

But Rust sent determination letters by USPS to all claimants and answered all inquiries from claimants inquiring about their claim status before July 26, 2022, when Class Counsel advised Rust to stop reissuing checks immediately and proceed with voiding uncashed original checks as of July 31, 2022 and uncashed reissued checks as of August 30, 2022. Botzet Decl. ¶ 13. Indeed, Rust emailed the determination letter to Corp Xanadu upon request and answered Corp Xanadu's multiple emails. *Id.* ¶¶ 10, 16. Rust determined there is no efficiency or precedent for emailing or mailing motions to claimants when they are available on the settlement website.[7] *Id.* ¶ 35. Even assuming Rust did so here, this would not have changed the fact that USPS returned the check sent to Corp Xanadu's Wilshire Boulevard address as undeliverable with no forwarding address. *Id.* ¶ 11. Indeed, it was Corp Xanadu *itself* that identified a new mailing

---

persons entitled thereto and complies fully with the requirements of the Federal Rule of Civil Procedure 23 and the due process requirements of the United States Constitution.").

[7] The Objectors' assumption that Rust has "all of the email addresses of the persons who submitted claims in this case" is simply wrong. Opp. at 2. Not all claimants provided email addresses. *Id.* ¶ 33. Furthermore, the objectors' assertion that "an email [] would provide fair notice" is highly speculative. Objs. at 3. Regardless, it is of no moment. The Objectors cannot (and are not) seeking to present the claims of other absent Settlement Class Members. They are seeking to obtain payment of their own claims. But they indisputably did obtain notice of the claims process and settlement distribution. Their speculation that other Settlement Class Members may have been harmed by inadequate notice, therefore, is irrelevant.

---

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

9

2-ER-300

address to Rust on July 30, 2022. *Id.* ¶ 14. Similarly, Mr. Gould received and cashed his check without e-mail notice of distribution. *Id.* ¶ 19; Objs. at 3.

Rust posted each motion and notice filed with the Court on the settlement website within 24 hours. *See*, *e.g.*, Botzet Decl. ¶¶ 42-43. The motions and notices can be downloaded on the Court Documents page, which is linked to the English, Chinese, and Japanese pages of the website. *Id.* ¶ 44.[8] Moreover, the settlement notice materials, including the Long-Form Notice, direct Settlement Class Members to visit the website for "additional information, important documents, and case updates[.]" *See*, *e.g.*, Long-Form Notice (ECF No. 1297-3). The Long-Form Notice also provides that "[s]pecific details on the distribution are available at the website" and references the website in the footer of every page. *See*, *generally*, Long-Form Notice.

Rust's claims administration here followed those in similar cases, such as *In re Korean Air Lines Co., Ltd. Antitrust Litigation*, MDL No. 1891, No. 2:07-cv-05107-SJO-AGR (C.D. Cal.) ("*Korean Air*"). Botzet Decl. ¶ 45. Rust is not required to email each of the 96,133 claimants in this action every time a motion is filed. Botzet Decl. ¶ 35. Neither the Court's orders nor the Rules require such notice, Rust's extensive experience in class action matters do not recommend it, and Rust did not do so in similar cases like *Korean Air. Id.* ¶ 45.[9]

## B. The Objections to Plaintiffs' Request for Attorneys' Fees and Reimbursement of Expenses Based on An Alleged Lack of Notice Fails

The Objectors suggest that Class Counsel did not provide reasonable notice to Settlement Class Members of their request for attorneys' fees and reimbursement of expenses. Objs. at 4-5. This position overlooks two facts: *First*, Class Counsel already provided reasonable notice to Settlement Class Members of their fee requests in connection with each of the three rounds of

---

[8] The Objectors argue Rust should have provided status updates in the Chinese and Japanese versions of the settlement website. Objs. at 6. Rust provided status updates through the initial distribution on March 17, 2022 in the English, Chinese, and Japanese webpages of the website. Botzet Decl. ¶ 41.

[9] The Objectors contend, "In most litigations, the claims administrator notifies the claimants when a check is returned or not cashed." Opp. at 4. This contention is completely unsupported.

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

10

2-ER-301

settlements (ECF Nos. 986, 1227, 1307). The deadline to object to these requests have long passed.[10] The pending request for attorneys' fees and reimbursement of expenses relates to Class Counsel's lodestar and expenses in connection with settlement administration between August 1, 2019 and July 31, 2022. Mot. at 3-5.

*Second*, this Court invited Class Counsel to submit a further fee request given the extensive work performed in connection with settlement administration and other matters in this action. Hr'g Tr. at 9:12-16 (Jul. 6, 2022). Plaintiffs did so and provided reasonable notice of their request through filing the Motion with the Court on August 8, 2022 and posting said Motion on the settlement website (airlinesettlement.com) the next day. Botzet Decl. ¶ 43. Settlement Class Members had a full and fair opportunity to object, if they even have that right to begin with: Pursuant to Local Rule 7-3, the original deadline to oppose the Motion was August 22, 2022, which the Court extended to September 7, 2022 (ECF No. 1351), providing a full 30 days for Settlement Class Members to weigh in on the Motion. Even then, Ms. Overvold's submitted her Objection a week late. *See*, *supra*, at fn. 2. Corp Xanadu, Mr. Gould, and Ms. Overvold's Objections based on their alleged lack of notice is undermined by the fact that they received notice of Plaintiffs' request and filed Objections thereto. *See*, *generally*, Objs.

The Objectors state Class Counsel should have provided notice of their request "to class members who filed a claim by email, and in the case that no email exists in the records, via postal mail." Objs. at 7. As stated, *supra*, the settlement notice materials direct potential Settlement Class Members to visit the settlement website (airlinesettlement.com) for additional information, important documents, and case updates (ECF No. 1297-3). The Motion and exhibits thereto were posted to the settlement website within 24 hours of filing. Botzet Decl. ¶ 43. There is no

---

[10] Class Counsel notes that they requested attorneys' fees of 33%, and the Court granted 25%, in connection with the third and final round net settlement fund (ECF Nos. 1307 at 1 (motion), ECF No. 1314 at 14 (order)). Even if the Court grants further attorneys' fees of $1 million, or 18.355%, from the remaining settlement funds of $5,448,087.41, this would only result in a fee award of 26.77% in connection with third and final round net settlement fund (*i.e.*, far less than the 33% noticed). Castillo Decl. ¶ 13.

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

11

2-ER-302

efficiency or precedent for emailing or mailing the Motion to the 96,133 individuals and companies that submitted claims when the Motion is readily available online. *Id.* ¶ 35. And, of course, this would expend much of the remaining uncashed settlement funds. *Id.*

While Corp Xanadu, Mr. Gould, and Ms. Overvold object to the notice provided in connection with the request for attorneys' fees, they do not appear to oppose the amount of the request. *See*, *generally*, Objs. They do, however, misstate and overstate the amount of the request throughout their Objections. *See*, *e.g.*, Corp Xanadu/Gould Objs. at 1 (alleging incorrectly that Class Counsel seeks 55% of the remaining settlement funds), 5 (alleging incorrectly that Class Counsel seeks over 30% of the remaining settlement funds), 5 (alleging incorrectly that Class Counsel seeks $3 million of the remaining settlement funds); Overvold Obj. at 3 ("Class Counsel stands to receive 30% of the remaining funds as attorney fees if this motion is approved.").

To avoid any confusion, Class Counsel are seeking $1 million, or 18.355% of the remaining settlement funds of $5,448,087.41 in connection with their motion practice and settlement administration work since August 1, 2019. Mot. at 11-12. As stated in the Motion, the additional $1 million would result in a cumulative negative multiplier of -0.77 based on work performed through July 31, 2022—and less than that if the Court takes into consideration Class Counsel's anticipated work through the end of settlement administration. *Id.* at 11. The figures cited by the Objectors are nowhere to be found in the Motion.

### C. Uncashed Settlement Funds Should Be Redistributed to Settlement Class Members, Not Escheated to States

The Court should authorize a secondary distribution of the remaining settlement funds to settlement class members who cashed their checks and who would receive a minimum payment of $10 from the secondary distribution as proposed in the Motion. Mot. at 6-7. "[R]edistribution of unclaimed class action funds to existing class members is proper and preferred" because it "ensures that 100% of the [settlement] funds remain in the hands of class members" and because "class settlements rarely 'pay individual class members the full value of their claims[.]'" *Hester*

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

12

2-ER-303

1      *v. Vision Airlines, Inc.*, No. 2:09-CV-00117-RLH, 2017 WL 4227928, at *2 (D. Nev. Sept. 22,

2  2017) (citation omitted). "Redistribution is more likely to bring the class members closer to that

3  value rather than to be a windfall." William B. Rubenstein, *Newberg on Class Actions*, § 12:30

4  (5th ed.). If it is logistically feasible and economically viable to make additional *pro rata*

5  distributions, the district court should do so. *Hester*, 2017 WL 4227928, at *2 (citation omitted).

6          Corp Xanadu and Mr. Gould's argument that the remaining settlement funds should

7  escheat to the states is unsupported in the Ninth Circuit and in class actions generally. Objs. at 5,

8  Ex. B (Escheat Statutes Governing Uncashed Checks). The case law above is conclusive in that

9  a secondary distribution to Settlement Class Members is appropriate if it is feasible. *See supra.*[11]

10  The Ninth Circuit has expressed that the next best alternative to a direct secondary distribution to

11  settlement class members is a *cy pres* distribution by providing an indirect benefit to the class. *Six*

12  *(6) Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301, 1305 (9th Cir. 1990). Moreover,

13  settlement funds should only escheat if the district court is unable to develop an appropriate *cy*

14  *pres* distribution, or finds *cy pres* no longer appropriate. *Id.* at 1309. To compel the use of

15  escheatment would cripple the "substantial compensatory function" of the private class action.

16  *State of California v. Levi Strauss & Co.*, 41 Cal. 3d 460, 478 (1986) (citation omitted). The Court

17  should therefore not order the escheatment of the remaining settlement funds to the states, as such

18  a remedy makes no sense when there are qualified claimants who could receive additional funds.

19      **D.**    **Class Counsel Have an Obligation to Screen for Fraudulent Claims and to**

20               **Only Pay Qualified Claimants**

21          Finally, Class Counsel, Rust, and ultimately the Court have an obligation to only pay those

22  claimants that actually have qualifying purchases. They are not required to put on blinders and

23  blindly pay Corp Xanadu's claim given the attendant red flags associated with its claim. In fact,

24

25  [11] *See also Klier v. Elf Atochem N. Am., Inc.*, 658 F.3d 468, 474 (5th Cir. 2011) ("Each class

26  member has a constitutionally recognized property right in the claim or cause of action that the class action resolves. The settlement-fund proceeds, having been generated by the value of the

27  class members' claims, belong solely to the class members.")

28     Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement     13
   Funds and Request for Attorneys' Fees and Reimbursement of Expenses;
   MDL No. 1913; Case No. 3:07-cv-05634-CRB

1   it is not at all clear that Corp Xanadu even has standing to assert this objection in the first instance.

2   Castillo Decl. ¶ 11. Plaintiffs have sought verification of Corp Xanadu's proof of membership in

3   at least one Settlement Class and have been repeatedly stymied. *Id.* ¶¶ 9-11.

### 1. Corp Xanadu's Claim and Affidavit Raises Red Flags and Concerns Regarding Fraudulent Conduct

An objector must provide, *inter alia*, "[p]roof of membership in at least one Settlement

Class[.]" *See, e.g.*, Long Form Notice (ECF No. 1297-3) at § 14 (How do I object to or comment

on the Settlement?). Objectors lack standing to object if they do not explain the basis on which

they claim to be settlement class members. *In re Zoom Video Commc'ns, Inc. Priv. Litig.*, No.

20-CV-02155-LB, 2022 WL 1593389, at *7 (N.D. Cal. Apr. 21, 2022); *see also In re Apple Inc.

Sec. Litig.*, No. 5:06-cv-05208-JF (HRL), 2011 WL 1877988, at *3 n.4 (N.D. Cal. May 17, 2011)

(objector lacks standing to object where "he did not provide evidence to show that he is a class

member as required by this Court's order"); *Glasser v. Volkswagen of Am., Inc.*, 645 F.3d 1084,

1088 (9th Cir. 2011) (objector must be an aggrieved class member to have standing to object).

Beyond Mr. Suica's cursory Affidavit, Corp Xanadu has provided **no** proof of

membership in any Settlement Class—not a single receipt showing a ticket purchase, cancelled

check, credit card statement, travel itinerary, or email confirmation of ticket purchase. Castillo

Decl. ¶ 7. This is very unusual for a business, particularly one that purportedly purchased 1,337

tickets for its own use. *Id.*; *see also* Botzet Decl., Ex. 1 at 7.

While Corp Xanadu provided a one-page Affidavit executed by Carlos Suica, alleged

Secretary of Corp Xanadu, on October 2, 2020 in response to Rust's September 20, 2020 audit

letter, and while Rust determined that Mr. Suica's Affidavit constituted acceptable support for

the 1,337 tickets claimed and approved the claim valued at $603,831.08 in its entirety, Class

Counsel's subsequent investigation into the validity of Corp Xanadu's claims and Corp Xanadu

itself—conducted after USPS returned Rust's check to Corp Xanadu as undeliverable with no

forwarding address and upon receiving Ms. Corea's email threatening legal action—reveals that

Corp Xanadu may not be a bona fide company and that Mr. Suica's Affidavit may be false.

---

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement        14
Funds and Request for Attorneys' Fees and Reimbursement of Expenses;
MDL No. 1913; Case No. 3:07-cv-05634-CRB

Castillo Decl. ¶ 11. Indeed, Corp Xanadu has no online presence and Class Counsel cannot verify the existence of any employees, including on the California Secretary of State's California Business Search website. *Id.* ¶ 8. Corp Xanadu's previous Wilshire Boulevard address is associated with a private rental mailbox inside Wilshire Mailbox and current Santa Monica Boulevard address is associated with a virtual mailbox provider, Earth Class Mail. *Id.* Corp Xanadu's email address (corpxanadu@phreakmail.com) does not appear to be associated with a valid domain name or known email service provider. *Id.* Corp Xanadu's phone number ((801) 823-1320) is associated with a landline in Ogden, Utah. *Id.*

For all these reasons, Plaintiffs are reasonably concerned that Corp Xanadu is not a member of any Settlement Class and may lack standing to object altogether. Of course, if Corp Xanadu can verify its purchases to the satisfaction of Class Counsel and Rust, as well as the Court, Class Counsel are happy to pay the claim as they are committed to getting settlement funds into Settlement Class Members' hands. But Class Counsel will not blindly pay claims, especially when the claims raise the unusual red flags that Corp Xanadu's claim does.

### 2. Corp Xanadu's Refusal to Provide Additional Information as Part of the Claims Process Furthers Concerns Regarding Fraud

In the interest of resolving this issue and conserving the resources of the parties and the Court, Class Counsel requested that Corp Xanadu provide its company formation documents showing that it is a bona fide company along with Mr. Suica's availability by Zoom to discuss Corp Xanadu's business and claims to the settlements in this action. Castillo Decl. ¶ 9. Corp Xanadu's refusal to do so suggests that Corp Xanadu's Objection is unwarranted and its claim to the settlements, unsupported. *Id.* ¶¶ 10-11.

## IV. CONCLUSION

Plaintiffs respectfully request that the Court deny overrule Corp Xanadu, Mr. Gould, and Ms. Overvold's Objections and grant all relief requested in Plaintiffs' Motion.

---

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses; MDL No. 1913; Case No. 3:07-cv-05634-CRB

15

2-ER-306

Dated: September 15, 2022          Respectfully submitted,

/s/ Elizabeth T. Castillo          /s/ Christopher L. Lebsock
Adam J. Zapala                     Michael P. Lehmann
Elizabeth T. Castillo              Christopher L. Lebsock
**COTCHETT, PITRE & McCARTHY, LLP** Seth R. Gassman
840 Malcolm Road                   **HAUSFELD LLP**
Burlingame, CA 94010               600 Montgomery Street, Suite 3200
Phone: (650) 697-6000              San Francisco, CA 94111
Fax: (650) 697-0577                Phone: (415) 633-1908
                                   Fax: (415) 358-4980

*Co-Lead Counsel for Plaintiffs and the Classes*

Plaintiffs' Reply in Support of Motion for Secondary Distribution of Remaining Settlement
Funds and Request for Attorneys' Fees and Reimbursement of Expenses;
MDL No. 1913; Case No. 3:07-cv-05634-CRB                                         16

2-ER-307