IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| IN RE: TRANSPACIFIC AIRLINE PASSENGERS ANTITRUST LITIGATION. | ) ) ) | 23-15118 |
| ———————————————— | ) | |
| DAVID GOULD and XANADU CORP., | ) ) | |
| Appellants. | ) | |
| _____ | ) | |

## **MOTION FOR LEAVE TO FILE CORRECTED BRIEF**

AND NOW COMES Appellants David Gould and Xanadu Corp., by and through their undersigned counsel, and move this Court for leave to file corrected brief.

1. Appellants inadvertently filed their template brief on May 22, 2023 (the PDF used to cross-scroll and create the index and table of citations). The document contains no index or table of citations. This brief was filed before midnight on May 22.

2. Counsel noticed the error and uploaded a corrected brief before the business day on May 23.

3. The briefs only differ in a few language corrections and add the index and table of citations.

4. Per notice from the Clerk's office, a second corrected version of the brief is being emailed today that corrects the fonts to 14 points throughout the entire brief (some quotations were made at 12 points). Those corrections are being submitted concurrently with this motion.

WHEREFORE, Appellants David Gould and Xanadu Corp. respectfully request leave to file the corrected version of the brief.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
_____
J.  Allen Roth, Esq.
805 S. Alexandria Street
Latrobe PA  15650
(724) 537-0939
office@jarothlaw.com

COUNSEL FOR APPELLANT