UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

MAY 26 2023



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, | No. 23-15118 |
| ------------------------------ | D.C. No. 3:07-cv-05634-CRB Northern District of California, San Francisco |
| MEOR ADLIN; et al., | ORDER |
| Plaintiffs-Appellees, | |
| v. | |
| XANADU CORP.; DAVID GOULD, | |
| Objectors-Appellants, | |
| v. | |
| ALL NIPPON AIRWAYS, | |
| Defendant. | |

The appellants' motion (Docket Entry No. 12) for leave to file a corrected opening brief is granted. The Clerk will strike the opening brief submitted at Docket Entry No. 9 and file the corrected opening brief submitted at Docket Entry No. 11.

The answering brief is due June 22, 2023. The optional reply brief is due within 21 days after service of the answering brief.

This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

OSA133

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT