UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> MEOR ADLIN; et al., <br><br>　　　　Plaintiffs - Appellees, <br><br>　v. <br><br> XANADU CORP.; DAVID GOULD, <br><br>　　　　Objectors - Appellants, <br><br>　v. <br><br> ALL NIPPON AIRWAYS, <br><br>　　　　Defendant. | No. 23-15118 <br><br> D.C. No. 3:07-cv-05634-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The answering brief submitted on June 22, 2023 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The supplemental excerpts of record submitted on June 22, 2023 are filed. Within 7 days of this order, appellees are ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT