# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 23-15118

**Case Name** Meor Adlin, et al. v. All Nippon Airways, et al.

**Hearing Location (city)** San Francisco

**Your Name** Adam J. Zapala

List the sitting dates for the two sitting months you were asked to review:

December 4-8, 2023
December 11-14, 2023
January 8-12, 2024

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Appellees-Plaintiffs is available on all dates. Counsel for Appellants-Objectors Xanadu Corp. and David Gould is unavailable on December 4-8, 2023 due to medical appointments that cannot be rescheduled.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Adam J. Zapala     **Date** August 18, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                                    New 12/01/2018