# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 23-15118

**Case Name**: Meor Adlin, et al v. All Nippon Airways

**Hearing Location (*city*)**: San Francisco

**Your Name**: Adam J. Zapala

List the sitting dates for the two sitting months you were asked to review:

February 5-9, 2024 and February 12-16, 2024
March 11-15, 2024 and March 25-29, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Plaintiffs-Appellees is unavailable on the March 11-15, 2024 and March 25-29, 2024 dates due to a previously scheduled multi-week MDL Trial set to begin on March 4, 2024, in USDC N.D. Illinois.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**: s/ Adam J. Zapala     **Date**: 10/10/2023

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**     *New 12/01/2018*