J. Allen Roth, Esq.
Law Office of J. Allen Roth
805 S. Alexandria Street
Latrobe PA  15650
(724) 686-8003
office@jarothlaw.com

January 4, 2023

Clerk, U.S. Court of Appeals
95 7th Street,
San Francisco, CA 94103

In re:  Meor Adlin v. All Nippon Airways, 23-15118, (9th Cir.)

To the Clerk:

I am counsel for the Appellants David Gould and Xanadu Corp. in this appeal. This letter is being submitted pursuant to F.R.A.P. 28(j) to bring to the Court's attention the case of *Lowery v. Rhapsody Int'l Inc.*, 75 F.4th 985 (9th Cir. 2023).

*Lowery* sets a reasonableness standard based on the benefits to the class with respect to class action attorney fees and may govern this Court's review in the present case.  *Lowery* requires the courts to evaluate the actual benefit provided and that courts should consider a "cross check" analysis to ensure fees are reasonably proportional to the benefit received.  This case involves a situation where money was taken from class members who did not cash their checks even though they submitted a timely claim, and was provided,in part, to Class Counsel. If taking the uncashed check money is found to be proper, it reduces the second amount to be paid to the class members who did cash their checks.  Therefore, the *Lowery* standard of reasonableness and required benefit to the class should govern the review.

Counsel notes that this decision was rendered after the submission of the initial brief in this case; however, the undersigned recognizes it was available at the time of the reply brief but, because the standards as to attorney fees was not squarely an issue on reply, it was overlooked.  Nevertheless, as it governs the review standards as to the appropriateness of the fees, this Court should consider *Lowery.*

Respectfully submitted,

/s/ J. Allen Roth, Esq.
J. Allen Roth, Esq.