# ATTACHMENT A

Plaintiffs-Appellees:

Meor Adlin

Franklin Ajaye

Andrew Barton

Rachel Diller

Scott Frederick

David Kuo

Dickson Leung

Brenden G. Maloof

Donald Wortman

Harley Oda

Roy Onomura

Shinsuke Kobayashi

Patricia Lee

Nancy Kajiyama

Della Ewing Chow

James Kawaguchi

Sharon Christian