UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

------------------------------

MEOR ADLIN; et al.,

      Plaintiffs - Appellees,

 v.

XANADU CORP.; DAVID GOULD,

      Objectors - Appellants,

 v.

ALL NIPPON AIRWAYS,

      Defendant.

No. 23-15118

D.C. No. 3:07-cv-05634-CRB
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered February 27, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $95.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT