No. 23-15118

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION
ANTITRUST LITIGATION

XANADU CORP. AND DAVID GOULD,
*Objectors-Appellants*,

v.

MEOR ADLIN, et al.,
*Plaintiffs-Appellees*.

Appeal from the United States District Court
for the Northern District of California, San Francisco Division
Hon. Charles R. Breyer
D.C. No. 3:07-cv-05634

**PLAINTIFFS-APPELLEES' MOTION TO FILE DOCUMENT UNDER SEAL**

Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE &
McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Christopher L. Lebsock (184546)
Jeannine M. Kenney (*pro hac vice*)
**HAUSFELD L LP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
clebsock@hausfeld.com
jkenney@hausfeld.com

*Attorney for Plaintiffs-Appellees*

Plaintiffs-Appellees submit this motion to file under seal Exhibit 3 to the Declaration of Elizabeth T. Castillo in support of Plaintiffs-Appellees' Application for Attorneys' Fees Pursuant to Circuit Rule 39-1.6 in the above-captioned matter.

## ARGUMENT

Pursuant to Interim Cir. R. 27-13(e), a party who wishes to submit a portion of a document under seal shall file a motion simultaneously with the document. That motion shall explain the specific reasons for the requested relief and describe the potential for irreparable injury in the absence of such relief.

A party seeking to seal a judicial record must articulate justifications for sealing that outweigh the public policies favoring disclosure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Because the public's interest in non-dispositive motions is relatively low, a party seeking to seal a document attached to a non-dispositive motion need only demonstrate "good cause." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir.2010) (applying "good cause" standard to all non-dispositive motions, because such motions "'are often unrelated, or only tangentially related, to the underlying cause of action'" (citing *Kamakana*, 447 F.3d at 1179)). "Under Ninth Circuit authority, 'attorney-client privilege embraces attorney time, records and statements to the extent that they reveal litigation strategy and the nature of the services provided.'" *Travelers Prop. Cas. Co. of Am. v. Centex Homes*, 2013 U.S. Dist. LEXIS 26241, at *4 (N.D. Cal.

1

Feb. 26, 2013) (citing *Real v. Cont'l Group, Inc.*, 116 F.R.D. 211, 213 (N.D.Cal.1986)).

Plaintiffs seek to seal Exhibit 3 to the Declaration of Elizabeth T. Castillo in support of Plaintiffs-Appellees' Application for Attorneys' Fees Pursuant to Circuit Rule 39-1.6. This Exhibit contains a detailed itemization of the tasks performed each date and the amount of time spent by each lawyer and staff member on each task by firm. The detailed itemization of the tasks performed constitute attorney work-product because they reveal Plaintiffs' litigation strategy and the nature of the services provided in connection with Plaintiffs' defense of the Objectors' frivolous appeals. Accordingly, to preserve attorney work-product, Plaintiffs seek to file this Exhibit under seal. There is no need for the public to view such information.

## **CONCLUSION**

Plaintiffs-Appellees respectfully request that this Court grant its Motion to File Documents Under Seal.

Dated: March 26, 2024	**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Elizabeth T. Castillo*
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

**HAUSFELD LLP**

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock (184546)
Jeannine M. Kenney (pro hac vice)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
clebsock@hausfeld.com
jkenney@hausfeld.com

*Attorney for Appellees-Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Dated: March 26, 2024        **COTCHETT, PITRE & McCARTHY, LLP**

/s/ *Elizabeth T. Castillo*
Elizabeth T. Castillo

*Counsel for Appellees-Plaintiffs*