IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| IN RE: TRANSPACIFIC AIRLINE PASSENGERS ANTITRUST LITIGATION. | ) ) ) | 23-15118 |
| ―――――――――――――――――――― | ) | |
| DAVID GOULD and XANADU CORP., | ) ) | |
| Appellants. | ) ) ) | |

## **MOTION FOR *NUNC PRO TUNC* EXTENSION OF TIME TO FILE RESPONSE TO THE APPELLEE'S MOTION FOR ATTORNEY FEES**

AND NOW COMES Appellants David Gould and Xanadu Corp., by and through their undersigned counsel, and move this Court for a *nunc pro tunc* extension of time to file their response to the motion for sanctions:

1. On April 8, 2024, Appellants filed their response to the motion for sanctions.

2. Appellants erroneously calendared this as the deadline based on the ECF modification notification of March 28, 2024; however, the Appellees motion was actually filed on March 26, 2024.

3. While Appellees objected in their Reply to the late filing, they did not cite any harm caused by the late filing.

4. Appellants' late filing was solely the result of confusion and they apologize to the Court; however, the late filing was not intentional.

WHEREFORE, Appellants David Gould and Xanadu Corp. respectfully request that this Court allow an extension of time *nunc pro tunc* and deem the April 8, 2024, response to the motion to be timely.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____

J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe PA 15650
(724) 537-0939
office@jarothlaw.com

COUNSEL FOR APPELLANT