|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | APR 26 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

------------------------------

MEOR ADLIN; et al.,

        Plaintiffs-Appellees,

 v.

XANADU CORP.; DAVID GOULD,

        Objectors-Appellants,

 v.

ALL NIPPON AIRWAYS,

        Defendant.

No. 23-15118

D.C. No. 3:07-cv-05634-CRB
Northern District of California,
San Francisco

ORDER

Before: BEA, HAMILTON,[*] and CHRISTEN, Circuit Judges.

Appellees' motion for attorney fees (Dkt. 45) is DENIED. Appellees' motion to file exhibit 3 under seal (Dkt. 46) is GRANTED. Appellants' motion to extend time to file a response (Dkt. 49) is DENIED AS MOOT.

---

[*] The Honorable David F. Hamilton, United States Circuit Judge for the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.