# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Xanadu Corp, et al.
          v. Meor Adlin, et al.
          No. 24-96
          (Your No. 23-15118)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 25, 2024 and placed on the docket July 30, 2024 as No. 24-96.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst